## **EXHIBIT A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>**TPC GROUP INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10493 (____)<br><br>Joint Administration Requested |

**ORDER AUTHORIZING THE DEBTORS TO (I) FILE (A) A CONSOLIDATED LIST OF CREDITORS AND (B) A CONSOLIDATED LIST OF DEBTORS' TOP THIRTY CREDITORS; AND (II) PROVIDE NOTICES, INCLUDING NOTICES OF COMMENCEMENT OF CASES AND SECTION 341 MEETING**

Upon the motion (the "**Motion**"),[2] of the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order (this "**Order**") pursuant to sections 105(a), 107(c), 341 and 521(a) of the Bankruptcy Code and section 156(c) of title 28 of the United States Code, as well as Bankruptcy Rule 1007 and Local Rules 1001-1(c), 1007-2, and 2002-1 authorizing the Debtors to: (i) file (a) a consolidated list of creditors and (b) a consolidated list of the Debtors' 30 largest unsecured creditors; and (ii) complete all mailings of notices, including notices of the commencement of these cases and of the meeting of creditors pursuant to section 341 of the Bankruptcy Code, all as more fully described in the Motion; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

[2] Capitalized terms not defined herein are used as defined in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth in this Order.

2. The Debtors are authorized to file a consolidated list of creditors in such a format as directed by the Clerk's Office Procedures.

3. The Debtors are authorized to file a Consolidated Top 30 List.

4. The Debtors are authorized to file one declaration under Bankruptcy Rule 1008 in connection with the consolidated list of creditors and the Consolidated Top 30 List.

5. The Debtors or their noticing and claims agent, Kroll, are hereby authorized to complete all mailings in these chapter 11 cases which are required under the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules of this Court.

6. Notwithstanding any provision in the Bankruptcy Rules to the contrary: (i) the terms of this Order shall be immediately effective and enforceable upon its entry; (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order; and (iii) the Debtors may, in their discretion and without further delay, take any action or perform any act authorized under this Order.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.