## **Exhibit C**

Insurance Policies

| Type of Coverage | Insurance Carrier(s) | Policy Number(s) | Beginning Date | End Date | Approximate Annualized Gross Premium[1] |
|---|---|---|---|---|---|
| Directors' and Officers' Liability | U.S. Specialty Insurance Co. | 14-MGU-21-A51236 | 2/1/2022 | 2/1/2023 | $150,000 |
| Excess Directors' and Officers' Liability ($5M xs $5M) | Endurance American Insurance Co. | DOX10012489703 | 2/1/2022 | 2/1/2023 | $112,154 |
| Excess Directors' and Officers' Liability ($5M xs $10M) | Starr Indemnity & Liability Company | 1000623157211 | 2/1/2022 | 2/1/2023 | $153,093 |
| Excess Directors' and Officers' Liability ($5M xs $15M) | Great Midwest Insurance Company | HPRO-CX-GM-000090-01 | 2/1/2022 | 2/1/2023 | $94,594 |
| Excess Directors' and Officers' Liability ($5M xs $20M) | Twin City Fire Insurance Company | 34 PE 0276960 21 | 2/1/2022 | 2/1/2023 | $77,598 |
| Excess Directors' and Officers' Liability ($5M xs $25M) | ACE American Insurance Company | G25100347008 | 2/1/2022 | 2/1/2023 | $73,591 |
| Excess Directors' and Officers' Liability ($5M xs $30M) | Zurich American Insurance company | MPL0646673-03 | 2/1/2022 | 2/1/2023 | $70,727 |
| Excess Directors' and Officers' Liability ($5M xs $35M) | Old Republic Insurance Company | ORPRO 13100115 | 2/1/2022 | 2/1/2023 | $69,717 |
| Excess Directors' and Officers' Liability ($10M xs $40M) | XL Specialty Insurance Company | ELU17311521 | 2/1/2022 | 2/1/2023 | $326,353 |
| Employment Practices Liability | Twin City Fire Insurance Co. | 61KB022493922 | 2/1/2022 | 2/1/2023 | $48,279 |
| Fiduciary Crime | National Union Fire Insurance Co. of Pittsburgh, PA | 027784824 | 2/1/2022 | 2/1/2023 | $32,788 |
| Marine Terminal Operator Liability | Liberty Mutual Insurance company | 3HABIJEX005 | 8/1/2021 | 8/1/2022 | $73,625 |
| Excess Marine Liability | Navigators Insurance Company | HO21LIAZ05TGZ02 | 8/1/2021 | 8/1/2022 | $38,500 |
| Excess Marine Liability | Navigators Insurance Company | HQ21LIAZ05TGZ03 | 8/1/2021 | 8/1/2022 | $35,400 |
| Business Auto | Arch Insurance Company | 81CAB5011801 | 6/1/2022 | 6/1/2023 | $74,264[2] |

[1] Annualized Premium does not include any commission, tax, surcharges, insurance fees, or audit premiums.
[2] The invoice indicating the amount of the annual premium for the Automobile Liability Program for the 2022-2023 period has not yet been received. The annual premium amount listed is the amount from the 2021-2022 period, which is expected to be substantially similar.

| Type of Coverage | Insurance Carrier(s) | Policy Number(s) | Beginning Date | End Date | Approximate Annualized Gross Premium[1] |
|---|---|---|---|---|---|
| Workers' Compensation | Arch Insurance Company | 81WCI5011701 | 6/1/2022 | 6/1/2023 | $219,573[3] |
| Excess Liability Layer 1 ($5M) | Westchester Surplus Lines Insurance Company | G71809882002 | 6/1/2022 | 6/1/2023 | $1,475,000 |
| Excess Liability Layer 2 ($5M xs $5M) | Illinois Union Insurance Co. | Pending | 6/1/2022 | 6/1/2023 | $933,759 |
| Excess Liability Layer 3 ($5.75M part of $10M xs $10M) | Lloyds Syndicate 1225 | CSUSA2104342 | 6/1/2022 | 6/1/2023 | $905,625[4] |
| Excess Liability Layer 3 ($4.25M part of $10M xs $10M) | Ascot Underwriting Bermuda (Lloyds Syndicate 1414) | RA21PQ950K2X | 6/1/2022 | 6/1/2023 | $669,375 |
| Excess Liability Layer 4 ($5M part of $25M xs $20M) | Allianz Global Corporate & Specialty SE | CSUSA2105184 | 6/1/2022 | 6/1/2023 | $703,125 |
| Excess Liability Layer 4 ($6.25M part of $25M xs $20M) | National Fire & Marine Insurance Co. | 92SRD3071791205865 | 6/1/2022 | 6/1/2023 | $878,906.25 |
| Excess Liability Layer 4 ($5M part of $25M xs $20M) | Market Insurance SE | CSUSA2105236 | 6/1/2022 | 6/1/2023 | $703,125 |
| Excess Liability Layer 4 ($8.75M part of $25M xs $20M) | Starr Surplus Lines Insurance Co. | CSUSA2105183 | 6/1/2022 | 6/1/2023 | $1,230,468.75 |
| Excess Liability Layer 5 ($25M xs $45M) | National Fire & Marine Insurance Co. | 92SRD3071801205866 | 6/1/2022 | 6/1/2023 | $3,093,750 |
| Excess Liability Layer 6 ($1.875M part of $30M xs $70M) | Lloyds Syndicate 5555 | CSUSA2105246 | 6/1/2022 | 6/1/2023 | $185,625 |
| Excess Liability Layer 6 ($3.125M part of $30M xs $70M) | Hamilton Re | CX21-8090 | 6/1/2022 | 6/1/2023 | $309,375 |
| Excess Liability Layer 6 ($5M part of $30M xs $70M) | Allianz Global Corporate & Specialty SE | CSUSA2105215 | 6/1/2022 | 6/1/2023 | $495,000.01 |
| Excess Liability Layer 6 ($5M part of $30M xs $70M) | Convex Insurance UK Ltd. | CSUSA2105217 | 6/1/2022 | 6/1/2023 | $495,000 |

---

[3] The invoice indicating the amount of the annual premium for the Workers' Compensation Policy for the 2022-2023 period has not yet been received. The annual premium amount listed is the amount from the 2021-2022 period, which is expected to be substantially similar.

[4] The invoices indicating the amount of the annual premiums for Excess Liability Layers 3 through 6 for the 2022-2023 period have not yet been received. The annual premium amounts listed for Excess Liability Layers 3 through 6 are the amounts from the 2021-2022 period, which are expected to be substantially similar.

| Type of Coverage | Insurance Carrier(s) | Policy Number(s) | Beginning Date | End Date | Approximate Annualized Gross Premium[1] |
|---|---|---|---|---|---|
| Excess Liability Layer 6 ($2.5M part of $30M xs $70M) | Endurance American Specialty Insurance Co. | ELD30001891501 | 6/1/2022 | 6/1/2023 | $247,500 |
| Excess Liability Layer 6 ($2.5M part of $30M xs $70M) | Ascot Bermuda Limited | RA21QLI14E2X | 6/1/2022 | 6/1/2023 | $247,500 |
| Excess Liability Layer 6 ($2.5M part of $30M xs $70M) | XL Bermuda Limited | BM00036120LI21A | 6/1/2022 | 6/1/2023 | $247,500 |
| Excess Liability Layer 6 ($5M part of $30M xs $70M) | Ironshore Specialty Insurance Company | 1000474378-01 | 6/1/2022 | 6/1/2023 | $495,000 |
| Excess Liability Layer 6 ($5M part of $30M xs $70M) | Market Insurance SE | CSUSA2105237 | 6/1/2022 | 6/1/2023 | $247,499.99 |
| Marine Cargo | Lloyds Syndicate 3000 | SM41690 | 8/1/2021 | 8/1/2022 | $715,000 |
| Pollution | Ironshore Specialty Insurance Company | ISPILLSCBRGV001 | 8/1/2021 | 8/1/2022 | $372,793 |
| Terrorism | Lloyds Syndicate 33 | CMCTR2104390 | 7/1/2021 | 7/1/2022 | $171,275 |
| Property/Business Interruption | Starr Surplus Lines Insurance Co. | 21SUFDH11384201 | 7/1/2021 | 7/1/2022 | $143,204 |
| Property/Business Interruption | Berkshire Hathaway Specialty Insurance Co. | 42PRP31146702 | 7/1/2021 | 7/1/2022 | $1,375,000 |
| Property/Business Interruption | Lloyds Syndicate 1183 | AJL180662H21 | 7/1/2021 | 7/1/2022 | $575,000 |
| Property/Business Interruption | Great Lakes Insurance SE | ENMAB2100057 | 7/1/2021 | 7/1/2022 | $14,177,240.55 |
| Property/Business Interruption | National Union Fire Insurance Co. | 80666484 | 7/1/2021 | 7/1/2022 | $1,152,000 |
| Property/Business Interruption | National Marine & Fire Insurance Co. | 92SRD102992 | 7/1/2021 | 7/1/2022 | $6,875,000 |
| Property/Business Interruption | ACE American Insurance Co. | EPRN18228348 | 7/1/2021 | 7/1/2022 | $2,002,000 |
| Property/Business Interruption | Indian Harbor Insurance Co. | US00101206PR21A | 7/1/2021 | 7/1/2022 | $1,450,000 |
| Property/Business Interruption | Oil Casualty Insurance, Ltd. | P-103980-0721 | 7/1/2021 | 7/1/2022 | $528,300 |