# Exhibit C to Motion

Diagram of Cash Management System

**Flow of Funds**

The chart below represents the Management-provided flow of funds between bank accounts

**Bank of America - Cash Receipts Flowchart**



Note: The Debtors hold three dormant accounts - x2957 (TPC Capital Corp), x6917 (Port Neches Fuels, LLC), x2212 (TPC Group LLC)