# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re:* | ) Chapter 11 |
| TPC Group, Inc., *et al.*,[1] | ) Case No. 22-10493 (CTG) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Bank of America, N.A. and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| J. Frasher Murphy | Mark D. Collins (No. 2981) |
| Thomas J. Zavala | Zachary I. Shapiro (No. 5103) |
| HAYNES AND BOONE, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 2323 Victory Avenue, Suite 700 | One Rodney Square |
| Dallas, TX 75219 | 920 North King Street |
| Telephone: (214) 651-5000 | Wilmington, Delaware 19801 |
| Facsimile: (214) 651-5940 | Telephone: (302) 651-7700 |
| Email: frasher.murphy@haynesboone.com | Facsimile: (302) 651-7701 |
| tom.zavala@haynesboone.com | Email: collins@rlf.com |
| | shapiro@rlf.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Charles A. Beckham, Jr.
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone:  (713) 547-2000
Facsimile:  (713) 547-2600
Email:  charles.beckham@haynesboone.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Bank of America, N.A. to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Bank of America, N.A.'s right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Bank of America, N.A.'s right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Bank of America, N.A.'s right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Bank of America, N.A. is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Bank of America, N.A. expressly reserves.

Dated: June 1, 2022
    Wilmington, Delaware

/s/ *Zachary I. Shapiro*
Mark D. Collins (No. 2981)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
    shapiro@rlf.com

-and-

J. Frasher Murphy
Thomas J. Zavala
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: frasher.murphy@haynesboone.com
    tom.zavala@haynesboone.com

Charles A. Beckham, Jr.
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: charles.beckham@haynesboone.com

*Counsel to Bank of America, N.A.*