IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **TPC GROUP INC.**, *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Joint Administration Requested |

### NOTICE OF HEARING TO CONSIDER FIRST DAY PAPERS

**This remote hearing will be conducted entirely over Zoom. All parties wishing to appear must register no later than Wednesday, June 1, 2022 at 4:00 p.m. (ET) via the following registration link:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsce-urD4rExV7Rr4bQ2YvWYDfyytbetU**

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

**After registering your appearance by Zoom, you will receive a confirmation email providing the log-in information for the scheduled hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE HEARING.**

**Topic:** *In re TPC Group Inc.*

**Time:  June 2, 2022 at 9:15 a.m. Eastern Time (US and Canada)**

**PLEASE TAKE NOTICE** that on June 1, 2022, TPC Group Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors continue to operate their business and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**First Day Hearing**") will be held **REMOTELY OVER ZOOM** before the Honorable Craig T. Goldlbatt, United States Bankruptcy Judge, at the United States Bankrupty Court for the District of Delaware, located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 on **June 2, 2022 at 9:15 a.m. (ET)** on the following motions requesting certain "first day" relief plus certain other "first day" motions not yet filed which will be reflected on a Notice of Agenda filed later today (collectively, the "**First Day Pleadings**"), which are being filed by the Debtors in connection with their chapter 11 cases (the "**Chapter 11 Cases**").

| D.I. No.[2] | **First Day Pleadings** |
|---|---|
| 3 | Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases |
| 4 | Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) File (A) a Consolidated List of Creditors and (B) a Consolidated List of Debtors' Top Thirty Creditors, and (II) Provide Notices, Including Notices of Commencement of Cases and Section 341 Meeting |
| 6 | Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments and (II) Granting Related Relief |
| 7 | Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief |

---

[2] As noted above, this list of First Day Pleadings is not exclusive.  Shortly after filing this *Notice of Hearing to Consider First Day Papers*, the Debtors will file a Notice of Agenda that will contain a list of **all** First Day Pleadings that will be heard at the First Day Hearing.
.

-2-

| | |
|---|---|
| 8 | Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs and Surety Bond Program, (B) Pay All Obligations with Respect Thereto, and (C) Perform Under, Renew, Replace and/or Enter Into New Premium Finance Agreements; and (II) Granting Related Relief |
| 9 | Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, (D) Continue Using P-Cards, and (E) Pay Bank Fees; (II) Granting an Extension of Time to Comply with 11 U.S.C. § 345(b); and (III) Granting Related Relief |
| 10 | Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Obligations to (A) Critical Vendors, (B) Certain Suppliers, (C) Lien Claimants, and (D) 503(B)(9) Claimants; and (II) Granting Related Relief |
| 11 | Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief |
| 15 | Debtors' Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. § 156(C), 11 U.S.C. § 105(A) and Local Rule 2002-1(F) |

Copies of the First Day Pleadings may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the First Day Pleadings and all other papers filed in the Chapter 11 Cases are available free of charge from the website of the Debtors' proposed claims, notice and balloting agent, Kroll Restructuring Administration, LLC, **cases.ra.kroll.com/TPCGroup**, or by calling US & Canada: 844-596-2260 and for Non-US: +1 (646) 214-8808.

Dated: June 1, 2022
      Wilmington, Delaware

|  |  |
|---|---|
| | /s/ Robert J. Dehney |
| **BAKER BOTTS L.L.P.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| James R. Prince (*pro hac vice* admission pending) | Robert J. Dehney (No. 3578) |
| Kevin Chiu (*pro hac vice* admission pending) | Curtis S. Miller (No. 4583) |
| 2001 Ross Avenue, Suite 900 | Daniel B. Butz (No. 4227) |
| Dallas, Texas 75201-2980 | Matthew O. Talmo (No. 6333) |
| Telephone:    (214) 953-6500 | Brian Loughnane (No. 6853) |
| Facsimile:    (214) 953-6503 | 1201 N. Market Street, 16th Floor |
| Email: jim.prince@bakerbotts.com | P.O. Box 1347 |
|       kevin.chiu@bakerbotts.com | Wilmington, Delaware 19899-1347 |
| | Telephone: (302) 658-9200 |
| -and- | Facsimile: (302) 658-3989 |
| | Email:    rdehney@morrisnichols.com |
| BAKER BOTTS L.L.P. |          cmiller@ morrisnichols.com |
| Scott R. Bowling (*pro hac vice* admission pending) |          dbutz@ morrisnichols.com |
| 30 Rockefeller Plaza |          mtalmo@ morrisnichols.com |
| New York, New York 10112 |          bloughnane@ morrisnichols.com |
| Telephone:    (212) 408-2500 | |
| Facsimile:    (212) 259-2501 | *Proposed Attorneys for Debtors* |
| Email: scott.bowling@bakerbotts.com | *and Debtors in Possession* |
| | |
| -and- | |
| | |
| BAKER BOTTS L.L.P. | |
| David R. Eastlake (*pro hac vice* admission pending) | |
| Lauren N. Randle (*pro hac vice* admission pending) | |
| 910 Louisiana Street | |
| Houston, Texas 77002 | |
| Telephone:    (713) 229-1234 | |
| Facsimile:    (713) 229-1522 | |
| Email: david.eastlake@bakerbotts.com | |
|       lauren.randle@bakerbotts.com | |