## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE:

TPC GROUP INC., *et al*[1]

               Debtors.

_____/

Case No. 22-10493 (CTG)
Jointly Administered
Chapter 11

## APPEARANCE
## AND REQUEST FOR NOTICE

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b) and Del. Bankr. L.R. 2002-1(d),

WARNER NORCROSS + JUDD LLP, by Rozanne M. Giunta, enters its Appearance and hereby

requests that they be put on the matrix for Notice on behalf of The Dow Chemical Company in

the above-entitled action.

WARNER NORCROSS & JUDD LLP

Dated: June 1, 2022.      By:

                            /s/ Rozanne M. Giunta
                            ROZANNE M. GIUNTA (MI-P29969)
                            Attorneys for The Dow Chemical Company
                            715 E. Main Street, Suite 110
                            Midland, Michigan 48640
                            (989) 698-3758
                            rgiunta@wnj.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: TPC Group (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); TP Capital Corp. (6248); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); and Port Neches Fuels, LLC (1641).

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE:

TPC GROUP INC., *et al*[2]                    Case No. 22-10493 (CTG)
                                              Jointly Administered
                    Debtors.                  Chapter 11
_____/

## CERTIFICATE OF SERVICE

I certify that on June 1, 2022 a copy of this pleading was emailed by the Clerk of the Court, through its ECF notice system in this matter, to all interested parties on file.

/s/ Sondra J. Cardinal
_____
Sondra J. Cardinal, Assistant to Rozanne M. Giunta

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: TPC Group (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); TP Capital Corp. (6248); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); and Port Neches Fuels, LLC (1641).