# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| TPC Group, Inc., *et al.*,[1] | Case No. 22-10493 (CTG) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorney set forth below hereby appears on behalf of Chevron Phillips Chemical Company LP and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

> Laura F. Ashley
> JONES WALKER LLP
> 201 St. Charles Avenue, 49th Floor
> New Orleans, Louisiana 70170
> Telephone: 504-582-8118
> Facsimile: 504-589-8118
> Email: lashley@joneswalker.com

PLEASE TAKE FURTHER NOTICE that this request encompasses all notices, copies and pleadings referred to in 11 U.S.C. § 1109(b) or Rules 2002, 3017 or 9007 of the Bankruptcy Rules,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

including, without limitation, notices of any orders, motions, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, telex or otherwise which affects or seeks to affect the captioned case.

PLEASE TAKE FURTHER NOTICE that Chevron Phillips Chemical Company LP intends that neither this request nor any later appearance, pleading, claim or motion, shall constitute consent to or waive any rights with respect to jurisdiction under Title 11 of the United States Code or authority under Article III of the United States Constitution, the right to have final orders in non-core proceedings entered only after de novo review by a District Judge, the right to trial by jury in any proceeding so triable, the right to have the District Court abstain or withdraw the reference in any matter subject to mandatory or discretionary abstention or withdrawal, or any other rights, claims, actions, defenses, setoffs or recoupments which they may be entitled to under agreements, in law, in equity or otherwise, all of which are expressly reserved.

Dated: June 1, 2022

Respectfully submitted,

 */s/ Laura F. Ashley*
Laura F. Ashley
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8118
Facsimile:  (504) 589-8118
Email: lashley@joneswalker.com

*Attorney for Chevron Phillips Chemical Company LP*

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing pleading was served this 1st day of June, 2022, on all counsel entitled to receive notice by this Court's CM/ECF system.

                */s/ Laura F. Ashley*
                LAURA F. ASHLEY