**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **TPC GROUP INC.**, *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Joint Administration Requested |

**NOTICE OF PROPOSED REDACTED VERSIONS OF DEBTORS'**
**MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DEBTORS'**
**ASSUMPTION OF COMMERCIAL CONTRACTS, AS AMENDED, AND**
**(II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 1, 2022 the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (I) Approving the Debtors' Assumption of Commercial Contracts, as Amended, and (II) Granting Related Relief* [Sealed] [Docket No. 49] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on June 1, 2022, pursuant to rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, the Debtors hereby file the proposed redacted version of the Motion, which is attached hereto as **Exhibit 1**.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Dated: June 1, 2022
Wilmington, Delaware

| | |
|---|---|
| | */s/ Robert J. Dehney* |
| **BAKER BOTTS L.L.P.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| James R. Prince (*pro hac vice* admission pending) | Robert J. Dehney (No. 3578) |
| Kevin Chiu (*pro hac vice* admission pending) | Curtis S. Miller (No. 4583) |
| 2001 Ross Avenue, Suite 900 | Daniel B. Butz (No. 4227) |
| Dallas, Texas 75201-2980 | Matthew O. Talmo (No. 6333) |
| Telephone:     (214) 953-6500 | Brian Loughnane (No. 6853) |
| Facsimile:      (214) 953-6503 | 1201 N. Market Street, 16th Floor |
| Email: jim.prince@bakerbotts.com | P.O. Box 1347 |
|            kevin.chiu@bakerbotts.com | Wilmington, Delaware 19899-1347 |
| | Telephone: (302) 658-9200 |
| -and- | Facsimile: (302) 658-3989 |
| | Email:    rdehney@morrisnichols.com |
| BAKER BOTTS L.L.P. |              cmiller@ morrisnichols.com |
| Scott R. Bowling (*pro hac vice* admission pending) |              dbutz@ morrisnichols.com |
| 30 Rockefeller Plaza |              mtalmo@ morrisnichols.com |
| New York, New York 10112 |              bloughnane@ morrisnichols.com |
| Telephone:     (212) 408-2500 | |
| Facsimile:      (212) 259-2501 | *Proposed Attorneys for Debtors* |
| Email: scott.bowling@bakerbotts.com | *and Debtors in Possession* |

-and-

BAKER BOTTS L.L.P.
David R. Eastlake (*pro hac vice* admission pending)
Lauren N. Randle (*pro hac vice* admission pending)
910 Louisiana Street
Houston, Texas 77002
Telephone:     (713) 229-1234
Facsimile:      (713) 229-1522
Email: david.eastlake@bakerbotts.com
           lauren.randle@bakerbotts.com