# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TPC GROUP INC., *et al.*, | ) ) ) | Case No. 22-10493 (CTG) |
| Debtors.[1] | ) ) ) | Joint Administration Requested |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Nicole P. Bruno of Goldberg Kohn Ltd. to represent Eclipse Business Capital LLC, as administrative agent and collateral agent for the ABL DIP Loans in the above-captioned cases.

Dated: June 1, 2022
       Wilmington, Delaware

                                        */s/ Jeremy W. Ryan*
                                        Jeremy W. Ryan (DE Bar No. 4057)
                                        POTTER ANDERSON & CORROON LLP
                                        1313 N. Market Street, 6th Floor
                                        Wilmington, Delaware 19801-3700
                                        Telephone: (302) 984-6000
                                        Facsimile:  (302) 658-1192
                                        Email:  jryan@potteranderson.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: June 1, 2022

*/s/ Nicole P. Bruno*
Nicole P. Bruno, Esq.
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603-5792
Telephone: (312) 201-4000
Facsimile: (312) 332-2196
Email: nicole.bruno@goldbergkohn.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: June 1st, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

IMPAC 10162063v.1