**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TPC GROUP INC.,<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-10493 (CTG)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Aaron L. Renenger of Milbank LLP, to represent the Ad Hoc Group of Non-Consenting Noteholders, in the above-captioned cases and any related proceedings.

Dated:  June 1, 2022

              */s/ Timothy P. Cairns*
              Timothy P. Cairns (DE Bar No. 4228)
              Pachulski Stang Ziehl & Jones LLP
              919 North Market Street, 17th Floor
              Wilmington, DE  19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  June 1, 2022

              */s/ Aaron L. Renenger*
              Aaron L. Renenger
              Milbank LLP
              1850 K Street NW, Suite 1100
              Washington, DC  20006
              Telephone: (202) 835-7500
              Email: arenenger@milbank.com

### ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 2nd, 2022
Wilmington, Delaware**

              **CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:239351.1 68700/001