IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **TPC GROUP INC.**, *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 57 & 161** |

### ORDER SHORTENING NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DEBTORS' ASSUMPTION OF COMMERCIAL CONTRACTS, AS AMENDED, AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion to Shorten**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order shortening the notice and objection periods for the *Debtors' Motion for Entry of an Order (I) Approving the Debtors' Assumption of Commercial Contracts, as Amended, and (II) Granting Related Relief* (the "**Motion**"); the Court having reviewed the Motion to Shorten and the Motion, and found, for the reasons set forth in the Court's letter of this date, that the relief requested in the Motion to Shorten is justified under the circumstances, it is hereby ORDERED that**:**

1. The Motion to Shorten is GRANTED.

2. The Motion will be considered at a hearing scheduled for June 10, 2022, at 3:00 p.m. (ET) (the "Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

[2] Capitalized terms used but not defined herein have the same meaning as ascribed to them in the Motion to Shorten or Motion, as applicable.

2

      3.      Objections, if any, to the relief requested in the Motion must be filed or raised at or prior to the Hearing.

      4.      This Court retains jurisdiction to construe and enforce the terms of this Order.

**Dated: June 6th, 2022**
**Wilmington, Delaware**

      **CRAIG T. GOLDBLATT**
      **UNITED STATES BANKRUPTCY JUDGE**