# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TPC GROUP, INC., *et. al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPOINTMENT OF UNSECURED CREDITORS COMMITTEE** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned case:

1. **Chevron Phillips Chemical Company LP**: Attn: Antonio Cardenas, 10001 Six Pines Drive, The Woodlands, TX 77380; Phone: 832-813-1850; Email: cardan@cpchem.com.

2. **Sasol Chemicals North America LLC**: Attn: Rolf Rehquate, 1210 Wickchester Lane, Houston, TX 77079; Phone: 281-588-3235; Email: rolf.rehquate@us.sasol.com.

3. **Farmers Insurance:** Attn: Jonathan Hart, 15700 Long Vista Dr., Austin TX 78728; Phone: 512-445-4151; Email: jonathan.hart@farmersinsurance.com.

4. **Amber Harms:** C/O: Mitchell Toups, P.O. Box 350, Beaumont, TX 77704; Phone: 409-832-1800; Email: matoups@wgttlaw.com.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002

5. **Emily Teasley**: C/O Darren Brown, 350 Pine Street, Suite 1100 Beaumont, TX 77701; Phone: 409-835-6000; Email: dbrown@pulf.com.

6. **Suzanne Williamson**: C/O Jane Leger, 350 Pine Street, Suite 1440 Beaumont, TX 77701; Phone: 409-832-9700; Email: jleger@thefergusonlawfirm.com.

7. **Chris Johnson**: C/O Troy O'Brien 1117 Herkimer Street Houston, TX 77008; Phone: 713-221-8300; Email: troy@fbtrial.com.

**ANDREW R. VARA**
**United States Trustee, Region 3**

/s/ *Rosa Sierra-Fox* for
JOSEPH J. MCMAHON, JR.
ACTING ASSISTANT UNITED STATES TRUSTEE

Dated: June 14, 2022.

Attorney assigned to this case: Rosa Sierra-Fox, Esq., Phone: (302) 573-6492.
Debtors' Counsel: Robert Dehney (Debtor's counsel): RDehney@morrisnichols.com; Jim Prince (Debtors' counsel): jim.prince@bakerbotts.com.