# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Robert J. Dehney*
*Morris, Nichols, Arsht & Tunnell*
*1201 N. Market Street*
*P O. Box 1347*
*Wilmington, DE 19899−1347*

**RE:** *TPC Group, Inc. et. al. 22−10493 (CTG)*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **July 7, 2022** at **11:30 a.m.**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before June 16, 2022 and file the Notice and Certificate of Service with the Court no later than June 23, 2022.

| | |
|---|---|
| Securities & Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 |
| Securities & Exchange Commission<br>New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281−1022 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101−7346 | |

Date: 6/14/22

_____
Una O'Boyle, *Clerk of Court*

(VAN−472)

In re:  
TPC Group Inc.  
    Debtor

Case No. 22-10493-CTG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 5  
Date Rcvd: Jun 14, 2022     Form ID: van472     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TPC Group Inc., One Allen Center, 500 Dallas Street, Suite 200, Houston, TX 77002-7487 |
| aty | | James Prince, Baker Botts LLP, 2001 Ross Avenue, Suite 900, Dallas, TX 75201-2980 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron H. Stulman | on behalf of Interested Party Eclipse Business Capital LLC as administrative agent and collateral agent for the ABL DIP Loans astulman@potteranderson.com, lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com |
| Abigail Rushing Ryan | on behalf of Interested Party Texas Commission on Environmental Quality abigail.ryan@oag.texas.gov |
| Alessandra Glorioso | on behalf of Creditor U.S. Bank Trust Company National Association, as indenture trustee and collateral agent glorioso.alessandra@dorsey.com, alessandra-glorioso-9339@ecf.pacerpro.com |
| Alissa M. Nann | on behalf of Creditor U.S. Bank Trust Company National Association, as indenture trustee and collateral agent anann@foley.com |
| Arthur C Osueke | on behalf of Creditor Pension Benefit Guaranty Corporation osueke.arthur@pbgc.gov efile@pbgc.gov |

Benjamin Joseph Steele
    on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Brian Loughnane
    on behalf of Defendant TPC Group Inc. bloughnane@morrisnichols.com

Brian Loughnane
    on behalf of Debtor TPC Group Inc. bloughnane@morrisnichols.com

Brya Michele Keilson
    on behalf of Creditor GLAS USA LLC bkeilson@morrisjames.com
    wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Brya Michele Keilson
    on behalf of Creditor GLAS Americas LLC bkeilson@morrisjames.com
    wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Daniel B. Butz
    on behalf of Debtor TPC Group Inc. dbutz@mnat.com brendan-cornely-7012@ecf.pacerpro.com

Daniel K. Hogan
    on behalf of Interested Party TPC Group Litigation Plaintiffs dkhogan@dkhogan.com gdurstein@dkhogan.com,

Danielle E. Rodriguez
    on behalf of Creditor Pension Benefit Guaranty Corporation Rodriguez.Danielle1@pbgc.gov

Erez Gilad
    on behalf of Interested Party Ad Hoc Noteholder Group erezgilad@paulhastings.com
    erezgilad@paulhastings.com;winniewu@paulhastings.com

Eric J. Monzo
    on behalf of Creditor GLAS Americas LLC emonzo@morrisjames.com
    wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor GLAS USA LLC emonzo@morrisjames.com
    wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric Lopez Schnabel
    on behalf of Creditor U.S. Bank Trust Company National Association, as indenture trustee and collateral agent
    de.ecf@Dorsey.com

Garvan F. McDaniel
    on behalf of Interested Party TPC Group Litigation Plaintiffs gfmcdaniel@dkhogan.com gdurstein@dkhogan.com

Gregory W. Werkheiser
    on behalf of Creditor Mockingbird Credit Opportunities Company gwerkheiser@beneschlaw.com
    docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Henry Jon Jaffe
    on behalf of Interested Party Formosa Plastics Corporation Texas Henry.Jaffe@troutman.com,
    wlbank@troutman.com;Monica.Molitor@troutman.com

Ian J Bambrick
    on behalf of Interested Party Easton Energy Pipelines LLC ian.bambrick@faegredrinker.com beth.olivere@faegredrinker.com

Jaclyn C Marasco
    on behalf of Interested Party Easton Energy Pipelines LLC jaclyn.marasco@faegredrinker.com beth.olivere@faegredrinker.com

Jason Binford
    on behalf of Interested Party Texas Commission on Environmental Quality Jason.binford@oag.texas.gov

Jason W. Harbour
    on behalf of Creditor Cokinos Energy Corporation jharbour@huntonak.com tcanada@huntonak.com

Jeremy William Ryan
    on behalf of Interested Party Eclipse Business Capital LLC as administrative agent and collateral agent for the ABL DIP Loans
    jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Joseph H. Huston, Jr.
    on behalf of Creditor Westlake Chemical OpCo LP jhh@stevenslee.com anna.keane@stevenslee.com

Kate R. Buck
    on behalf of Creditor Southern Chemical Corp. kbuck@mccarter.com

Kirk A. Patrick, III
    on behalf of Creditor Turner Industries Group L.L.C. kpatrick@dps-law.com, dguarneri@dps-law.com;aknight@dps-law.com

Kroll Restructuring Administration LLC
    info@ra.kroll.com

Laura Davis Jones
    on behalf of Plaintiff Bayside Capital Inc. and Cerberus Capital Management, L.P. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Interested Party Ad Hoc Group of Non-Consenting Noteholders ljones@pszjlaw.com efile1@pszjlaw.com

Laura F. Ashley
on behalf of Creditor Chevron Phillips Chemical Company LP lashley@joneswalker.com laura-ashley-4406@ecf.pacerpro.com

Laurie A. Spindler
on behalf of Creditor Dallas County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler
on behalf of Creditor Gregg County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Lee B. Gordon
on behalf of Creditor Pine Tree I.S.D. lee.gordon@mvbalaw.com
bankruptcy@mvbalaw.com;jwilliams@mvba;alocklin@mvbalaw.com;kmorriss@mvbalaw.com

Maegan Quejada
on behalf of Creditor Mockingbird Credit Opportunities Company mquejada@sidley.com
txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com

Marcy J. McLaughlin Smith
on behalf of Interested Party Formosa Plastics Corporation Texas Marcy.Smith@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Mark D. Collins
on behalf of Interested Party Bank of America N.A. rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark S. Finkelstein
on behalf of Creditor Westlake Chemical OpCo LP mfinkelstein@smfadlaw.com cdemott@smfadlaw.com

Matthew Barry Lunn
on behalf of Interested Party Ad Hoc Noteholder Group bankfilings@ycst.com

Matthew O Talmo
on behalf of Debtor TPC Group Inc. mtalmo@mnat.com
matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Melissa S. Woods
on behalf of Interested Party United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union MWOODS@CWSNY.COM

Patricia Williams Prewitt
on behalf of Creditor Kinder Morgan Texas Pipeline L.P. Patti@pprewittlaw.com

Patrick Sibley
on behalf of Creditor GLAS USA LLC psibley@pryorcashman.com

Patrick Sibley
on behalf of Creditor GLAS Americas LLC psibley@pryorcashman.com

Prisca Kim
on behalf of Interested Party Eclipse Business Capital LLC as administrative agent and collateral agent for the ABL DIP Loans Prisca.kim@goldbergkohn.com

Randall A. Rios
on behalf of Creditor Indorama Ventures Oxides LLC Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com

Randall A. Rios
on behalf of Creditor Indorama Ventures Olefins LLC Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com

Raniero D'Aversa
on behalf of Creditor NOVA Chemicals Corporation rdaversa@orrick.com lmetzger@orrick.com;mperrigino@orrick.com

Reliable Companies
gmatthews@reliable-co.com

Richard L. Schepacarter
on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Richard M. Seltzer
on behalf of Interested Party United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union rseltzer@cwsny.com, ecf@cwsny.com

Richard Mark Gladstein
on behalf of Creditor United States (on behalf of EPA) richard.gladstien@usdoj.gov

Robert J. Dehney
on behalf of Defendant TPC Group Inc. rdehney@mnat.com
robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Robert J. Dehney
on behalf of Debtor TP Capital Corp. rdehney@mnat.com
robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

| | |
|---|---|
| Robert J. Dehney | on behalf of Debtor TPC Holdings Inc. rdehney@mnat.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Debtor TPC Group LLC rdehney@mnat.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Debtor Port Neches Fuels LLC rdehney@mnat.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Debtor TPC Phoenix Fuels LLC rdehney@mnat.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Debtor TPC Group Inc. rdehney@mnat.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Debtor Texas Butylene Chemical Corporation rdehney@mnat.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Debtor Texas Olefins Domestic International Sales Corporation rdehney@mnat.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Rosa Sierra-Fox | on behalf of U.S. Trustee U.S. Trustee rosa.sierra@usdoj.gov rosa.sierra-fox@usdoj.gov |
| Rozanne M Giunta | on behalf of Interested Party The Dow Chemical Company rgiunta@wnj.com |
| Sander L Esserman | on behalf of Interested Party TPC Group Litigation Plaintiffs esserman@sbep-law.com |
| Seth H. Lieberman | on behalf of Creditor GLAS USA LLC slieberman@pryorcashman.com |
| Seth H. Lieberman | on behalf of Creditor GLAS Americas LLC slieberman@pryorcashman.com |
| Susan E. Kaufman | on behalf of Interested Party United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union skaufman@skaufmanlaw.com |
| Tara L. Grundemeier | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Texas City ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Polk County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Timothy Aaron Million | on behalf of Creditor Indorama Ventures Olefins LLC tim.million@huschblackwell.com |
| Timothy Aaron Million | on behalf of Creditor Indorama Ventures Oxides LLC tim.million@huschblackwell.com |
| Timothy P. Cairns | on behalf of Plaintiff Bayside Capital Inc. and Cerberus Capital Management, L.P. tcairns@pszjlaw.com |
| Timothy P. Cairns | on behalf of Interested Party Ad Hoc Group of Non-Consenting Noteholders tcairns@pszjlaw.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | on behalf of Interested Party The Dow Chemical Company Bankruptcy001@sha-llc.com |

William Ross Spence     on behalf of Creditor Southern Chemical Corp. ross@sdllaw.com brittany@sdllaw.com;justin@sdllaw.com;stacey@sdllaw.com

Wojciech F. Jung     on behalf of Creditor BASF TOTAL Petrochemicals LLC wjung@lowenstein.com bnathan@lowenstein.com

Zachary I Shapiro     on behalf of Interested Party Bank of America N.A. shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

TOTAL: 83