**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TPC GROUP INC., *et al*.,[1] | Case No. 22-10493 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned chapter 11 cases (the "Chapter 11 Cases") as proposed counsel to the Official Committee of Unsecured Creditors of TPG Group Inc., *et al.* (the "Committee"), and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), respectfully request that all notices given or required to be given and all papers served or required to be served in the Chapter 11 Cases be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | COLE SCHOTZ P.C. |
| Philip C. Dublin, Esq. | Justin Alberto, Esq. |
| Abid Qureshi, Esq. | Patrick J. Reilley, Esq. |
| Arik Preis, Esq. | Andrew Roth-Moore, Esq. |
| Naomi Moss, Esq. | 500 Delaware Avenue, Suite 1410 |
| Edan Lisovicz, Esq. | Wilmington, DE 19801 |
| One Bryant Park | Telephone: (302) 652-3131 |
| New York, NY 10036 | Facsimile: (302) 652-3117 |
| Telephone: (212) 872-1000 | jalberto@coleschotz.com |
| Facsimile: (212) 872-1002 | preilley@coleschotz.com |
| pdublin@akingump.com | aroth-moore@coleschotz.com |
| aqureshi@akingump.com | |
| apreis@akingump.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

nmoss@akingump.com
elisovicz@akingump.com

- and -

Marty L. Brimmage, Jr., Esq.
Lacy M. Lawrence, Esq.
2300 N. Field St., Suite 2300
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, notices of all orders, applications, hearings, motions, petitions, pleadings, complaints, demands or other requests, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, hand delivery, telephone, electronic mail, facsimile transmission, electronically or otherwise, in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, claim or suit is intended or shall be deemed or construed to be a waiver of any substantive or procedural rights of the Committee, including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"); (ii) the right to have a trial by jury in any proceeding related to, or triable in, the Chapter 11 Cases or any cases, controversies or proceedings related to the Chapter 11 Cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Court for any

2

purpose other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which the Committee may be entitled, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that the aforementioned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

[*The remainder of this page has been left blank intentionally.*]

Dated: June 17, 2022
Wilmington, Delaware

**COLE SCHOTZ P.C.**

By: */s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Andrew J. Roth-Moore (No. 5988)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com
aroth-moore@coleschotz.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin (*Pro Hac* Admission Pending)
Abid Qureshi (*Pro Hac* Admission Pending)
Arik Preis (*Pro Hac* Admission Pending)
Naomi Moss (*Pro Hac* Admission Pending)
Edan Lisovicz (*Pro Hac* Admission Pending)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
pdublin@akingump.com
aqureshi@akingump.com
apreis@akingump.com
nmoss@akingump.com
elisovicz@akingump.com

- and -

Marty L. Brimmage, Jr. (*Pro Hac* Admission Pending)
Lacy M. Lawrence (*Pro Hac* Admission Pending)
2300 N. Field St., Suite 2300
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of TPC Group Inc.,* et al.

4
40000/0836-43302573v1