**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-10493 |
| | § | (Chapter 11) |
| TPC GROUP INC. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

GALENA PARK INDEPENDENT SCHOOL DISTRICT, PASADENA INDEPENDENT SCHOOL DISTRICT, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, CHAMBERS COUNTY, BARBERS HILL INDEPENDENT SCHOOL DISTRICT, CITY OF MT BELVIEU, LA PORTE INDEPENDENT SCHOOL DISTRICT, CITY OF LA PORTE AND SPRING BRANCH INDEPENDENT SCHOOL DISTRICT

    c/o Melissa E. Valdez
    Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
    1235 North Loop West
    Suite 600
    Houston, TX 77008
    (713) 862-1860
    (713) 862-1429 FAX
    mvaldez@pbfcm.com

    Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429

Attorneys for Claimant


By:   /s/Melissa E. Valdez

 Melissa E. Valdez
 Bar No: 24051463


## CERTIFICATE OF SERVICE

I Melissa E. Valdez do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this _____ day of June, 2022.

**ATTORNEYS FOR DEBTOR**
**BAKER BOTTS LLP**
Scott R. Bowling                               Email: scott.bowling@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112

**BAKER BOTTS L.L.P.**
Kevin Chiu                                     Email: kevin.chiu@bakerbotts.com
Spencer Crawford                               Email: spencer.crawford@bakerbotts.com
James Prince                                   Email: jim.prince@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980

**BAKER BOTTS LLP**
Sarah Coble                                    Email: sarah.coble@bakerbotts.com
David R. Eastlake                              Email: david.eastlake@bakerbotts.com
Kevin T. Jacobs                                Email: kevin.jacobs@bakerbotts.com
Russell Lewis                                  Email: russell.lewis@bakerbotts.com
Lauren N. Randle                               Email: lauren.randle@bakerbotts.com
Kristina Vu                                    Email: kristina.vu@bakerbotts.com
910 Louisiana Street
Houston, TX 77002-4995

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2

**MORRIS, NICHOLS, ARSHT & TUNNELL**

| | |
|---|---|
| Daniel B. Butz | Email: dbutz@mnat.com |
| Robert J. Dehney | Email: rdehney@mnat.com |
| Brian Loughnane | Email: bloughnane@morrisnichols.com |
| Matthew O Talmo | Email: mtalmo@mnat.com |

1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347

**UNITED STATES TRUSTEE**

| | |
|---|---|
| Richard L. Schepacarter | Email: richard.schepacarter@usdoj.gov |
| Rosa Sierra-Fox | Email: rosa.sierra@usdoj.gov |

U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

    /s/Melissa E. Valdez
  Melissa E. Valdez
  Bar No: 24051463

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 3