# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| TPC GROUP INC., *et al.*, | ) Case No. 22-10493 (CTG) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF OBJECTION OF SYMMETRY ENERGY SOLUTIONS, LLC TO THE MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§105(a) AND 366 AND FED. BANKR. P. 6003 AND 6004 FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES, (II) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES, (III) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, AND (IV) GRANTING RELATED RELIEF

Symmetry Energy Solutions, LLC ("SES") hereby withdraws its *Objection* (Docket No. 276) to the *Motion of Debtors Pursuant to 11 U.S.C. §§105(a) and 366 and Fed. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief* (Docket No. 11), pursuant to a settlement between SES and the Debtors.

ME1 41263592v.1

2

Dated: June 29, 2022　　　　　**McCARTER & ENGLISH, LLP**

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
wtaylor@mccarter.com

　　　　*and*

**LAW FIRM OF RUSSELL R. JOHNSON III, PLC**

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Counsel for Symmetry Energy Solutions, LLC*