# CERTIFICATE OF SERVICE

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on June 29, 2022, I caused a true and correct copy of the *Notice of Withdrawal of Objection of Symmetry Energy Solution, LLC to the Motion of Debtors Pursuant to 11 U.S.C. §§105(a) and 366 and Fed. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief* to be served by email on:

| | |
|---|---|
| Robert J. Dehney<br>Curtis S. Miller<br>Daniel B. Butz<br>Matthew O. Talmo<br>Brian Loughnane<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>rdehney@morrisnichols.com<br>cmiller@morrisnichols.com<br>dbutz@morrisnichols.com<br>mtalmo@morrisnichols.com<br>bloughnane@morrissnichols.com<br>*Debtors' Counsel* | James R. Prince<br>Kevin Chiu<br>Katherine A. Brooker<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>jim.prince@bakerbotts.com<br>kevin.chiu@bakerbotts.com<br>Katherine.brooker@bakerbotts.com<br>*Debtors' Counsel* |
| Scott R. Bowling<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>scott.bowling@bakerbotts.com<br>*Debtors' Counsel* | David R. Eastlake<br>Lauren N. Randle<br>BAKER BOTTS L.L.P.<br>910 Louisiana Street<br>Houston, Texas 77002<br>david.eastlake@bakerbotts.com<br>lauren.randle@bakerbotts.com<br>*Debtors' Counsel* |

| | |
|---|---|
| Richard L. Schepacarter<br>Rosa Sierra-Fox<br>United States Department of Justice<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware 19801<br>richard.schepacarter@usdoj.gov<br>rosa.sierra@usdoj.gov | Justin R. Alberto<br>Patrick J. Reilley<br>Andrew Roth-Moore<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br>aroth-moore@coleschotz.com<br>*Creditor Committee Counsel* |
| Marty L. Brimmage, Jr.<br>Lacy M. Lawrence<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, Texas 75201-2481<br>mbrimmage@akingump.com<br>llawrence@akingump.com<br>*Creditor Committee Counsel* | Philip C. Dublin<br>Edan Lisovicz<br>Naomi Moss<br>Arik Preis<br>Abid Qureshi<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, New York 10036<br>pdublin@akingump.com<br>elisovicz@akingump.com<br>nmoss@akingump.com<br>apreis@akingump.com<br>aqureshi@akingump.com<br>*Creditor Committee Counsel* |

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)