**Exhibit B**

Del Genio Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **TPC GROUP INC.**, *et al.*, | Case No. 22 – 10493 (CTG) |
| Debtors.[1] | Joint Administered |

### DECLARATION OF ROBERT A. DEL GENIO APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL <u>ADVISOR *NUNC PRO TUNC* TO THE PETITION DATE</u>

I, Robert A. Del Genio, declare under penalty of perjury as follows:

1.        I am a Senior Managing Director with FTI Consulting, Inc. (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors, "<u>FTI</u>"), a financial advisory firm with numerous offices throughout the United States.  I submit this declaration on behalf of FTI (the "<u>Affidavit</u>") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor* Nunc Pro Tunc *to the Petition Date* (the "<u>Application</u>") on the terms and conditions set forth in the Application and that certain *Engagement Agreement* dated November 1, 2021 between the Debtors and FTI attached as **Exhibit**

---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

**C** to the Application (the "<u>Engagement Agreement</u>").[2]  Except as otherwise noted,[3] I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

## FTI's QUALIFICATIONS

2.      FTI has a wealth of experience in providing financial advisory and interim management services, and FTI enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of debtors and creditors throughout the United States.

3. With over 6,700 professionals in 88 cities around the world, FTI is capable of solving strategic, operational and financial issues faced by businesses.  Specifically, FTI provides services in areas ranging from corporate finance and interim management to economic consulting, forensic and litigation consulting, strategic communications, and technology. FTI's clients include many corporations in the Global 1000, as well as a majority of the largest 25 banks and top 100 law firms in the world.

2.      FTI has advised management, senior lenders, and unsecured creditors in several significant restructurings and turnarounds in recent years, including *General Nutrition Corporation, Frontier Communications, The Weinstein Company, Promise Healthcare Group, Northwest Airlines, American Home Mortgage, Bombay Company, Calpine, Global Power, Tower Automotive, Winn Dixie, Refco, Dana Corporation, Bally Total Fitness, Circuit City, Delphi, Flying J / Big West Oil, Fremont Investment & Loan, Gottschalks, Hawaiian Telecom, Intermet, Lehman Brothers, LyondellBassell, Townsends, Inc., Tribune Company, Nortel Networks, Washington*

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

[3]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

*Mutual*, and *WCI Communities*.  FTI has a wealth of experience in providing restructuring and financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

## SERVICES TO BE RENDERED AND PROFESSIONAL COMPENSATION

3.      The scope of services to be performed by FTI is accurately set forth in the Application and the Engagement Agreement.

4.      Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines, and the Local Rules, FTI will seek from the Debtors payment for compensation on an hourly basis and reimbursement of actual and necessary expenses incurred by FTI.  FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application.  These hourly rates are adjusted annually.

5.      The Debtors and FTI will coordinate to avoid any unnecessary duplication of services.  I believe FTI will provide these necessary services in a cost-effective, efficient and timely manner.

6.      To the best of my knowledge, information and belief, FTI has not received any promises as to compensation in connection with these cases other than as outlined in the Engagement Agreement.  FTI has no agreement with any other entity to share any compensation received with any person other than the principals and the employees of FTI.

## DISINTERESTEDNESS OF FTI

To the best of my knowledge, information and belief, FTI is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the

Bankruptcy Code, and therefore, FTI's employment is permissible under section 327(a) and 328(a) of the Bankruptcy Code.

Specifically, to check and clear potential conflicts of interest in these chapter 11 cases, FTI reviewed its client relationships to determine whether it had any relationships with the parties identified on **Schedule 1** hereto (collectively, the "Potential Parties in Interest").  Based on that search, FTI represents that, to the best of its knowledge, neither FTI nor any of its professional personnel have any relationship with the Debtors that would impair FTI's ability to perform services for the Debtors.  To the best of my knowledge and except as set forth herein and on **Schedule 2** hereto, FTI has no connections with the Debtors or the Potential Parties in Interest.

Further, as part of its diverse practice, FTI appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent potential claimants and Potential Parties in Interest in the chapter 11 cases.  FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  FTI further has performed in the past, and may perform in the future, advisory services for various utilities and insurance parties identified on **Schedule 1**.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which FTI is to be employed, and none are in connection with these cases.

To the best of my knowledge, no employee of FTI is a relative of, or has been connected with, the U.S. Trustee in this district or his or her employees.

If the Debtors or FTI are made aware of any new material facts or relationships, FTI will provide the Court with supplemental disclosures detailing, among other things, any new potential conflicts between the Debtors and FTI, or other significant parties in interest.

At the beginning of its engagement by the Debtors, FTI received an advance payment retainer of $300,000. During the 90-day period prior to the Petition Date, the Debtors paid in the ordinary course certain fees and expense reimbursements due under the Engagement Agreement. Specifically, according to the Debtors' books and records, the Debtors paid FTI actual or estimated to be incurred Fees and Expenses in the amount of $1,698,473.95. FTI's actual fees during this period were $1,643,638.39, resulting in overpayment by the Debtors of $54,835.56. As a result, FTI now holds a retainer of $354,835.56 for services to be rendered and expenses to be incurred in connection with its representation of the Debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2022
Wilmington, Delaware

/s/ Rober A. Del Genio
Robert A. Del Genio
Senior Managing Director, FTI

4

**Schedule 1**

**Potential Parties in Interest**

Ad Hoc Group/Supporting Noteholders
Corbin Opportunity Fund, LP
Drawbridge DSO Securities LLC
Drawbridge OSO Securities LLC
FCI Holdings I Ltd.
FDF III Limited
FDF IV Limited
FDF V Limited
Fortress Credit Opportunities IX CLO
Limited
Monarch Alternative Capital L.P.
PGIM Inc.
Redwood Drawdown Master Fund II, L.P.
Redwood Master Fund, Ltd.
Redwood Opportunity Master Fund, Ltd.
Strategic Value Capital Solutions Master Fund, L.P.
Strategic Value Excelsior Fund, L.P.
Strategic Value Master Fund, Ltd.
Strategic Value Opportunities Fund, L.P.
Stregic Value Special Situations Master Fund IV, L.P.
Strategic Value Special Situations Master Fund V, L.P

Bankruptcy Professionals
Akin Gump Strauss Hauer & Feld LLP
Baker Botts LLP
BDO USA LLP
Carl Marks Advisors
Dundon Advisers, LLC
Evercore Inc
Foley & Lardner LLP
FTI Consulting Inc
Goldberg & Kohn, LLP
Grant Thornton LLP
Haynes and Boone, LLP
Kroll Restructuring Administration LLC
Kroll Restructuring Administration LLC
Moelis & Company
Morris, Nichols, Arsht & Tunnell LLP
Paul Hastings LLP
Potter Anderson & Corroon LLP
PricewaterhouseCoopers (PwC)

Province LLC
Pryor Cashman LLP
Richards, Layton & Finger, PA
Simpson Thacher Bartlett LLP
Stroock & Stroock & Lavan
Stutzman Bromberg Esserman Plifka
Young Conaway Stargatt & Taylor, LLP

Contract Counterparty
AAY Security
Able Tool & Rental
Abrasive Products and Equipment, LLC
ACI Metals
Active Power a division of Piller Power
Systems, Inc,
Advanced Cooling Towers
Advanced Machine Reliability Resources,
Inc
Advanced Trucking Logistics LLC
Agar Corporation, Inc
Airgas Nitrogen Services, LLC
Airswift
Akron Rubber Development Laboratory, Inc
Akzo Nobel Surface Chemistry LLC
Allegheny Petroleum Products Co.
Alliance Process Partners LLC dba International
Alliance GroupALLPhase Electric
All-Phase Electric Supply Co.
Allredi Holdings, LLC
ALS Industrial Services
Alvarez & Marsal Taxand, LLC
AMACS Process Tower Internals
Amber Road
Ameribulk Transport LLC
American Halal Foundation (USA)
American Warehouses, LTD
AmSpec LLC
Apex Trench and Mat
Apple, Inc
Applied Instrument Technologies, Inc
Argus Media, Inc
Ariel Corporation

Ascend Performance Materials Operations LLC
Austin Group Solutions, L.P.
Avail K-9 Group LLC
Awards by GCT
Axxess Chemicals, LLC
B&H Distributors, Inc
Baker Hughes Holdings LLC
BASF TOTAL Petrochemicals LLC ("BTP")
BASF Total Petrochemicals LLC (BTP)
Basware, Inc
Baytown Ace Industrial Services
BDO Advisory
Bearcom Operating LLC
Becht Engineering Co.
Berry Global, Inc
Bill Clark Pest Control Inc
BirdEasePro
Blue Star Manufacturing, LLC
BMF Group LLC (BMF Industries)
BOMAC CONTRACTORS, LTD
Bozeman Engineering, Inc
Brandenburg Industrial Service Company
BrandSafway LLC
Brask, Inc - Neela
BravoSolution US, Inc
Brewer Construction Services
Bridgestone Americas Tire Operations, LLC
Bright Delivery Service
BTI Company LLC
Buckeye Partners, LP
BullWall LTD
BWC Terminal Holdings LLC
C.H. Robinson Worldwide, Inc
CalKat LLC
Canadian National Railway Company
Carl Poe Co., Inc
Carlisle Construction Materials LLC
Catalyst Handling Resources
Cat-Tech, LLC
Cave Hill Consulting
CCJ & Associates
Center for Toxicology and Environmental Health, L.L.C. (CTEH)
CenterPoint Energy Intrastate Pipelines, LLC
CenturyLink Communications, LLC

Certified Crane & Rigging Services, LLC
CH Powell Company
Chemtos, LLC
Chevron Oronite Company LLC
CHEVRONPHILLIPS CHEMICAL COMPANY, LP
Chiron Communications
Circuit Breaker Sales & Repair, Inc
Cisco Systems, Inc
ClassPass
Clean Earth Environmental Solutions, Inc
Clean Harbor Industrial Services, Inc
CLEARCO PRODUCTS COMPANY INC
Cleaver-Brooks, Inc
CNS Valve Solutions, LLC
Coastal Spray
Code Red Safety & Rental, LLC
Cogent Communications
Cokebusters USA Inc
Cole Parmer
Colloid Environmental Technology Company LLC
Comcast Cable Communications Management, LLC
Competitive Capabilities International, Inc
Construction Eco Services II Inc
Continental Energy Audit
Core Marine Services
Cority Software
Cornerstone on Demand, Inc
Coupa Software, Inc
COURVILLES CATERING
CPL Systems, Inc
CREST PRINTING
Cresta Fund Management LLC
Crystal-PMC Group
CSX Corporation
Cytec Industries Inc
DanChem
Dash Power Products
Datasite
DCG PARTNERSHIP I, LTD
DeLPhain Corporation
Den Hartogh Logistics
Detection & Suppression International, LTD
DIC International USA Inc
Distribution International Southwest, Inc
Dixie Chemical Company

DNOW L. P.
Dr. Knoell Consult GmbH
DRAEGER, Inc
Dresser-Rand Group Inc.
EBW Worldwide
EI du Pont de Nemours and Company
Electric Power Engineers, Inc
Electric Power Systems International Inc
Energage, LLC
Engineering Systems, Inc
Enhesa Inc
Envent Corporation
EP.C.on Industrial Systems
Epic International LLC
Epic Unlimited Tool and Equipment
Equinox Chemicals
Ernst & Young LLP
Evosite, LLC
ExxonMobil Gas & Power Marketing Company
Fabricon International, Inc
FES - SOUTHWEST, Inc
Fidelity Workplace Services LLC
FireEye, Inc
Flanders Inc
FLARES and STACKS
Florida Marine, LLC
Foxcroft Equipment & Service Co.
Frizell Group International, LLC
Frontline Food Services
G&K Services Division of Cintas
G.C. Broach Company
Gabriel Chemical
GAF Materials LLC
Gage Products
Gallagher Benefit Services, Inc
GATX Corporation
GCS Water Purification LLC
Gevo, Inc
Global Search Group
Grammer Logistics, Inc
Greenbrier Leasing Company
Gullett Services
H+M Industrial EP.C.
H2I Group
Harris, DeVille & Associates, Inc

Hastik Baymont
Haugen Consulting LLC
Hawboldt Industries Limited
HB Fuller Company
HCA Consulting China
Heavy Equipment Movers & Installation, LLC
Helm US Corporation
Hogan Assessment Systems Inc
Horiba Instruments Inc
Houston Methodist Hospital
HR Wallingford
HSC Pipeline Partnership, LLC
HT Staffing, LTD
Hubspot
Hughes-Anderson Heat Exchangers Inc
Hydromantis (Hatch)
I.E. Smart Systems
ICE U.S. OTC Commodity Markets, LLC
ICON Consultants
InChem Rock Hill, LLC
INCHLOR SERVICES
Independent Consulting Services LLC
Industrial Apparatus Service
Industrial Equipment Company
Industrial Safety LLC
Industrial Services Group
Industrial Specialty Services USA, LLC
Industrial Specialty Services, LLC
INDUSTRIAL STORAGE SERVICES LLC
Infosync
Info-Tech Research Group Inc
INFRARED CAMERAS INC
Insight Energy, LLC
Instar Group LLC
Integrated Power Services LLC
Intents Services
International Liquid Carriers of Texas, LLC
International Manufacturers Representatives
Intero Integrity Services
Invista Propylene, LLC
Irving Oil Terminals Inc
ISIS Solutions, Inc
IsleChem, LLC
IsoMag Corporation
ISS Machinery Service Limited

IT Convergence
ITW Performance Polymers and Fluids
Janex International B.V.
John Beath Environmental LLC (JBE)
John Frantz
JV Driver Group
JVIC Catalyst Services Group, LLC
KINGWOOD COUNTRY CLUB, Inc
KnowledgeNet
Koch Heat Transfer Co. LP
Koch-Glitsch, LP
Koflo Corporation
Kraton Polymers U.S. LLC
L&B Transport, LLC
Laboratory Design & Construction
LABTOPIA INC
LACC, LLC
Lanxess AG
Leadership Alliance, Inc
Lease Accelerator Services, LLC
Lee Hecht Harrison LLC
LexisNexis
LGC US Asset Holdings, LLC
Liquids in Motion USA
LMP Alliance LLC
Luis Katz
Lyles Combustion Services LLC
M L Ball Company, Inc
M&M Engineering Associates
MACAULAY CONTROLS COMPANY
Machine Techs
Management Controls, Inc
Manus Products Inc
Marsh USA Inc
MasterChem Solutions
MATHESON TRIGAS INC
McGriff, Seibels, and Williams of Texas
McIver & Smith Fabricators, Inc
McLain Crow & Associates, LLC
Mercer (US) Inc
Met Gas Processing Technologies S.p.A.
Metalogic Inspection Services (Southwest) LLC
Metrohm USA
Mettler Toledo International Inc
Midstream Transport Company

Minuteman Press FM 2920
Mission Secure, Inc
Mitsubishi Chemical Corporation
Mobile Mini Tank and Pump Solutions Inc
MONTROSE AIR QUALITY SERVICES
Moody Bros. Inc
Mott Corporation
MRT Laboratories LLC
Murray Resources, LTD
NAVEX Global Inc
Nelson Brothers, LLC
Nestle Waters North America
Neuman & Esser USA, Inc
NEWHART SERVICES
Next Wave Energy Partners, LP
Nexus Integrity Management, LLC
Norfolk Southern Railway Corporation
NOV Process & Flow Technologies US
Nutalix Limited
OCI Methanol Marketing, LLC
OE Advisors
Oil Price Information Service (OPIS)
OiLPatch NDT, LLC
Oiltanking North America, LLC
One Allen Center Co., LLC
Opportune LLP
Optima Chemical Group, LLC
Orga Signal LLC
Osborne Bearing Technologies, LLC
Pacific Industrial Development Corporation
PagerDuty
Palacios Marine & Industrial Coatings, Inc
Palisade Company
Panametrics LLC (Baker Hughes Holdings LLC)
Park Place Technologies, LLC
Pasadena Performance Products, LP
Phillips Pipeline Contractors LLC
Piccolo Control Services
Pico Propane and Fuels
Pilgrim Construction Co., LLC
Pine Environmental Services LLC
PLANT PROCESS MACHINE WORKS, LLC
PolarBlast
Poly Processing Company
Port of Houston Authority of Harris County, Texas

Predictive Services
Presidio Networked Solutions Group LLC
PricewaterhouseCooper LLP
Primoris Energy Services Corp (Primoris Field Services)
Process Control Outlet
Process Safety and Reliability Group Inc
ProcurementIQ
Procurium LLC
Professional Service Industries, Inc
Project Assurance Consulting Group LLC
Project Performance Company, LLC
Prosrent
Providence Technology Solutions
PTS Advance
Quality Cable Installers
Quanta Energy Services LLC
R & S Tank Service
R E Align Industries
RAE Security
Rail Logix AmeriPort, LLC
Railroad Tools & Solutions LLC
Reagin and Associates Total Compensation Consulting LLC
Recall Total Information Management, Inc.
RedGuard
Refractory Construction Services Co., LLC
Reinhausen Group
Renco Corporation
Revak Keene Turbomachinery LP
Revenew International LLC
Ritter Forest
RLC Trucking, LLC
Robbie D. Wood Inc
ROYAL & ROSS LP
ROYAL CARRIAGES LIMOUSINES & CHARTERS
RPD, Inc
Ruppel Million LP
S&B Engineers and Constructors, LTD
Safety Kleen Systems Inc
SAMSON CONTROLS
SAP America, Inc
Sasol (USA) Corporation
Sasol Chemicals North America LLC
Schneider Electric IT USA

Seal Corporation USA Inc
Sentro Technologies USA, LLC
Sentry Equipment Corporation
Service Equipment & Repair Co.
Shafaii Party & Reception Center Inc
Shelter Roofing LP
Shintech, Inc
Shrieve Chemical Products, Inc
Siddons Martin Emergency Group
SigmaChem LLC
Siluria Technologies, Inc
SIS Tech Applications
SK-KBR Technologies Pte. LTD
Smith & Burgess LLC
Smithwick Engineering
Sonic Boom
Southeast Texas Water
Specialized Technologies, LLC (SpecTech)
Specialty Rotating Equipment Repair, Inc.
Staples Contract & Commercial, Inc.
Stronghold Limited
Structural Preservation Systems, LLC
Sulzer Electro-Mechanical Services (US) Inc.
Sulzer Turbo Services Houston, Inc.
Sun Life Assurance Company of Canada
Sundyne, LLC
Synthomer, Inc
T.F. Hudgins, Incorporated
TAR, LLC
TDW(US), Inc
TDWP Partners LLC
TECH 2000 Services & Staffing, Inc.
Telarus
Teledyne Instruments, Inc.
Tenaska Marketing Ventures
Terracon Consultants, Inc.
TGB Group
The Baldwin Group
The Brock Group, Inc (Brock Services LLC)
The Dow Chemical Company
The Hilbert Company
The Lubrizol Corporation
The Martec Group
The Murphree Group LLC
The Open Group

The Response Group LLC
The Steritech Group
The Talance Group, LLC
The Vibration Guys
Thermo Orion Incorporated
Third Coast Packaging dba Third Coast Terminals
Thycotic Software LLC
Timber Rock Railroad
TolunayWong Engineers, Inc.
Total Petrochemicals & Refining USA, Inc
Tower United Inc.
Tracer Construction Company
Transcat Inc
Transliquid Technologies, LLC
Transport Service Company
Transportation Technology Center, Incorporated
Tray-Tec, Inc.
Trece Incorporated
Trecora Chemicals
Tridiagonal Solutions Inc.
Trimac Transportation Inc.
Tube Tech International
Turn2 Specialty Companies LLC
UL Workplace Health and Safety
Union Leasing, Inc dba Express 4x4 Truck Rental
United Petroleum Transports, Inc
United Rentals (North America) Inc
United Site Services of Louisiana
Universal Preserve-A-Chem Inc
Universal Thermal Covers
University of Houston Law Foundation
UOP Callidus
US Ecology
US Fusion Specialty Construction, LLC
US Tire Manufacturers Association, Inc. (USTMA)
USA Debusk LLC
US-VWR International LLC.
Utilities Optimization Group
Valero Marketing and Supply Company
Vault Verify, LLC
Velocity EHS
Venice Engineering
Versalis SPA
Vinmar International LTD
VitalSmarts LC

Vogelbusch USA Inc
Wabash Power Equipment Company
Ward Tank & Heat Exchanger Corporation
Watco Dock & Rail, L.L.C.
West Publishing Corp - d/b/a Serengeti Law
Western Process Computers
WEX Health
Willbros Engineers, LLC
Wolfenson Electric, Inc
WorkSaver Employee Testing Systems, LLC
Worley Group Inc
WORLEY PRINTING CO INC
Wynne Transport Service Inc
Zachry Industrial, Inc
ZXP Technologies LLC
Zycus, Inc

Current and Former Officers, Directors and Managers f
or the Past Four Years
Bart de Jong
Carol Flaton
Charles Graham
Courtney Ruth
Edward J. Dineen
John Harvey
John Norris
Marilyn Moore Basso
Michael White
Miguel Desdin
Neil Witzel
Patrick Hurt
Paul Aronzon
Paul Steen
Peggy Macatangay, Ph.D.
Peter DuMoulin
Phillip M. McDivitt
Roger Wollenberg
Scott Dutton
Shelly Heuser

Insurance Parties
CE American Insurance Company
Afco Credit Corp
Allianz Global Corporate & Specialty SE
Aon PLC

Arch Insurance Company
Ascot Bermuda Limited
AXIS Surplus Insurance Co.
Baker Engineering & Risk Consultants
Barbican Insurance Group
BDO USA LLP
Becht Engineering Co, Inc
Berkshire Hathaway Specialty Ins Co.
Buchanan Clarke Schlader, LLP
Chaucer Holdings Limited
Convex Insurance UK LTD
Disorbo Consulting LLC
Endurance American Insurance Co.
Endurance American Specialty Insurance Co.
Failure Analysis & Prevention, Inc.
Great Lakes Insurance SE
Great Midwest Insurance Company
Hamilton RE
Hanover Re
HDI Global Specialty SE
Helvetia Insurance
Illinois Union Insurance Co
Indian Harbor Insurance Co.
Integra Technical Services Ltd.
Ironshore Specialty Insurance Company
J.S. Held LLC
KBR Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
Markel Insurance SE
Munich Re
Muse Stancil & Co
National Fire & Marine Insurance Co.
National Union Fire Ins Co.
National Union Fire Insurance Co of Pittsburgh. PA
Navigators Insurance Company
OCIL
Old Republic Insurance Company
Pioneer Specialty Insurance Company
QBE Insurance
Ramboll US Corporation
Rimkus Consulting Group, Inc.
S&P Global Ratings
Samsung

SCOR SE
SEA Engineering, Inc
Sompo Holdings, Inc.
Starr Indemnity & Liability Company
Starr Surplus Lines Ins Co.
Starr Surplus Lines Insurance Co.
Starstone Specialty Insurance Company
Twin City Fire Insurance Co.
Twin City Fire Insurance Company
US Specialty Insurance Co.
Validus Reinsurance Ltd
Westchester Surplus Lines Insurance Company
XL Bermuda LTD
XL Insurance America Inc.
XL Specialty Insurance Company
Zurich American Insurance Company

Known Current or Former Holders of 10.50% SSN and/
or 10.875% Priming SSN
AMC Credit Opportunities Master SPV LP
Bayside Capital, LLC
Benefit Street Partners LLC
Cerberus Capital Management, L.P.
Corbin Opportunity Fund, LP
Drawbridge DSO Securities LLC
Drawbridge OSO Securities LLC
Drawbridge Special Opportunities Fund LTD
FCI Holdings I LTD
FDF Holdings I Limited
FDF Holdings II Limited
FDF Holdings III Limited
FDF Holdings IV Limited
FDF Holdings V Limited
FDF III Limited
FDF IV Limited
FDF V Limited
Fortress Credit Opportunities IX CLO Limited
Fortress Investment Group LLC
H.I.G. Capital
J.P. Morgan Securities LLC
Mackay Shields LLC
Mockingbird Credit Partners, LLC
Monarch Alternative Capital LP
Nut Tree Capital Management
PGIM, Inc.

Redwood Capital Management, LLC
Redwood Drawdown Master Fund II, LP
Redwood Master Fund, LTD
Redwood Opportunity Master Fund, LTD
Strategic Value Special Situations Master Fund IV, L.P.
Strategic Value Capital Solutions Master Fund, L.P.
Strategic Value Dislocation Master Fund, L.P.
Strategic Value Excelsior Fund, L.P.
Strategic Value Master Fund, LTD
Strategic Value Opportunities Fund, L.P.
Strategic Value Partners, LLC
Strategic Value Special Situations Master Fund V, L.P.
Trive Capital

Largest Customers
Afton Chemical Corporation
Arlanxeo USA LLC
Axxess Chemicals
Bachman Services, Inc
BASF Corporation
BASF Mexicana SA de CV
BASF TOTAL Petrochemicals, LLC
Carlisle SynTec
Centennial Energy LLC
Chase Corporation
Citgo Petroleum Corporation
Covalence Specialty Adhesives, LLC
Dow Chemical Company
Durez Corporation
Energy Transfer GC NGL Marketing LLC
Equistar Chemicals, L.P.
ExxonMobil Chemical Company - U.S.
ExxonMobil Oil Corporation
ExxonMobil Oil Corporation Marketing and Refining
Firestone Polymers LLC
Flint Hills Resources
Formosa Plastics Corporation, Texas
Goodyear-SRI Global Purchasing Company
Industrias Negromex SA de CV
Infineum
Infineum USA LP
INV Nylon Chemicals Americas LLC
ITW Polymers Sealants North America
Janex, S.A.
Kolmar Americas Inc

Kraton Polymers LLC
LCY Elastomers LP
Lion Elastomers, LLC
Lubrication Technologies, Inc
Lubrizol Corporation
Lucas Oil Products Inc
Lukoil Pan Americas, LLC
Michelin North America, Inc
Mitsui & Co. LTD
Motiva Enterprises LLC
Nelson Brothers
Neochem Corporation
Nippon Chemical Texas Inc
Nouryon Surface Chemistry LLC
Nova Chemicals Corporation
Omnova Solutions Inc
Phillips 66 Company
PMI Trading Designated Activity Company
Rohm and Haas Company
Royal Adhesives & Sealants
Shell Oil Company
SI Group Crios Resinas S.A.
SI Group, Inc
Sika Corporation
Total Petrochemicals Inc
Trafigura Trading LLC
Trinseo LLC
Univar Solutions USA
Valero Marketing & Supply Company
Westlake Polymers, LP

Major Contract Counterparties
Afton Chemical Corporation
Ameripol Synpol Company
B.F. Goodrich Company
BASF Total Petrochemicals (BTP)
Chevron Phillips Chemical
Copano NGL Services LLC
Dow Chemical Company
Eastern Energy Pipelines, LLC
Enterprise Products Operating LLC
Firestone Polymers LLC
Formosa Plastics Corp., USA
Goodyear Tire & Rubber Company
Infineum France SNC

Infineum Italia S.R.L.
Infineum USA L.P.
INVISTA S.A.R.L.
Jeffery Koonce
Jill Vincent
Jody Lynn Vincent
Karen Tucker
Kimberly Fontenot
Lyondell Chemical Company
Mary Vincent
Motiva Enterprises LLC
Nalco Company LLC
Neches Butane Products Company
Nelson Brothers LLC
OCI Mehtanol Marketing, LLC
Pasadena Performance Products, LP
Phillips 66 Company
Port of Houston Authority of Harris County
Robert Koonce
Ronald Vincent
Sondra Vincent
Southern Chemical Corporation
Stephanie Koonce
Synpol, Inc
Targa Downstream LLC
Theresa Koonce
Trafigura Trading LLC
Underground Storage, LLC
Union Carbide Corporation

Non-Debtor Subsidiary
TPC Pipeline Company LLC
TPC Pipeline Holding Company LLC

Other Litigation Parties
Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz
Abraham, Watkins, Nichols, Sorrels, Agosto, Aziz & Stogner
ACE American Insurance Company
Adrian J. Boutte
Ahmad, Zavitsanos, Anaipakos, Alvi & Mensing P.C.
Allianz Global Risks US Insurance Company
Allstate Fire & Casualty Insurance Company
American Mercury Lloyds
American Modern Lloyds

American National Lloyds Insurance Company
American Security Insurance Company
Arch Insurance Company
Arnold & Itkin LLP
Aventus Insurance Company
Axis Insurance Company & Dolgencorp Of Texas, Inc
Axis Surplus Insurance Company
Bailey Cowan Heckaman PLLC
Berger Kahn, A Law Corporation
Boteler, Mahoney & Gray, LLP
Bradley Law Firm
Brent Coon & Associates
Butler Weihmuller Katz Craig LLP
Byrd Ramsey
Calvert Eaves Clarke & Stelly, L.L.P.
Cashiola Law Firm
Certain Underwriter'S At Lloyd'S, London
ChampionX Corporation
Chevron Phillips Chemical Company, LLC
Church Insurance Company Of Vermont
Clear Blue Insurance Company
Colonial Lloyds
Cormier
Cozen O'Conner
Cristóbal M. Galindo, P.C.
CuLPepper
De La Garza & Ramirez
De La Garza Law Firm
Dean G. Pappas Law Firm, PLLC
Denenberg Tuffley, LLC
Dick Law Firm, PLLC
EEOC
Entergy Services, LLC
Farmers Insurance Exchange
Farmers Lloyds Insurance Com
Farmers Texas County Mutual
Farrar & Ball, LLP
Ferguson Law Firm, LLP
Fire Insurance Exchange
FMCS
Foremost Lloyds Of Texas
General Security Indemnity Company Of Arizona
Gette Law PLLC
Green, Toups & Terrell, L.L.P.
Grotefeld Hoffmann LLP

Gulfstream Property & Casualty Insurance
Hdi Global Specialty Se F/K/A International Insurance Company Of Hannover Se
Indian Harbor Insurance Company
Insurors Indemnity Company
J.R. Jones Law PLLC
John S. Morgan, P.C.
Kelly, Smith & Schmidt, P.C.
Landmark American Insurance Company
Law Office Of James A. Lawrence
Law Offices Of Marie Cheung-Truslow
Law Offices Of Paul Vigushin, P.C.
Law Offices Of Ron D. Harris, PLLC
Leonard Cox
Lexington Insurance Company
Liberty Surplus Insurance Corporation
Lighthouse Property Insurance Corporation
LTD Of Weller
Lucci Smith Law, PLLC
Margraves
Matthiesen, Wickert & Lehrer, S.C.
Mcdonald Worley, P.C.
Mid-Century Insurance Company
Mitchell A. Toups, LTD
Mt. Hawley Insurance Company
Navigators Specialty Insurance Company
Nobili
Occidental Fire And Casualty Insurance Company Of N c
Office Of The Attorney General Of Texas
Old Republic Union Insurance Company
Peter F. Doyle, Jr.
PhiladeLPhia Indemnity Insurance Company
Pierce Skrabanek, PLLC
Port Neches – Groves ISD
Progressive County Mutual Insurance Company
Provost Umphrey Law Firm L.L.P.
Qbe Specialty Insurance Company
Ranchers & Farmers Mutual Ins. Co.
Reaud, Morgan & Quinn, LLC
Renewable Biofuels Holdings, LLC
Safety Specialty Insurance Company
Secretary of Labor
Sentinel Insurance Company LTD
Shackelford, Bowen, Mckinley & Norton, LLP

Southern County Mutual
Southern Vanguard Insurance Company
Spinnaker Insurance Company
State Automobile Mutual Insurance Company
State Automobile Property & Casualty Insurance Comp any
State National Insurance Company, Inc
State of Texas
Steadfast Insurance Company
Taylor, Book, Allen & Morris, L.P.P.
Texas Fair Plan Association
Texas Farmers Insurance Company
Texas Municipal League Intergovernmental Risk Pool
The Alfred Firm
The Bernsen Law Firm
The Buzbee Law Firm
The Coffman Law Firm
The Garner Law Firm
The Law Office Of Daniel W. Baldree, PLLC
The Monk Law Firm
The Moore Law Firm
The Parker Law Firm
The Snell Law Firm, P.L.L.C.
The Yoes Law Firm, L.L.P.
Thompson Brody & Kaplan, LLP
Travelers Property Casualty Company Of America City National Insurance Company
Truck Insurance Exchange
Twin City Fire Insurance Company
United Property & Casualty Insurance Co.
United Specialty Insurance Company
Weller, Green, Toups & Terrell, LLP
Westchester Surplus Lines Insurance Company
Westport Insurance Corporation
White And Williams L.L.P.
Whyte, PLLC
Worth Casualty Company
Zurich American Insurance Company

PNO Incident Plaintiffs[1]

Prepetition ABL Lenders
Bank of America, N.A.
Citibank, N.A.
Deutsche Bank AG New York Branch
Goldman Sachs Bank USA
Wells Fargo Bank, N.A.

Significant Utilities
AT&T Inc
City of Houston
City of Port Neches
Clean Harbors Industrial Services
Cokinos Energy Corporation
Comcast Business
Direct Energy
Entergy Louisiana LLC
Entergy Texas Inc
Indorama Ventures Oxides
Kinder Morgan
Level 3 Communications
Symmetry Energy Solutions LLC
Waste Management Inc.

Supporting Sponsors
Ascend Performance Materials
First Reserve Corporation
First Reserve Management, L.P.
FR Sawgrass LP
FR XII-A Alpha AIV, L.P.
Sawgrass Holdings GP LLC
Sawgrass Holdings LP
Sk Capital Partners LP
SK Sawgrass, L.P.
SK Second Reserve, L.P.

Taxing Authorities
Barbers Hills ISD
Brazoria County Tax Assessor
Calcasieu Parish Sheriff & Tax Collector

Calcasieu Parish Tax Assessor
Chambers County Tax Collector
Clear Creek ISD Tax Office
Cypress-Fairbanks ISD Tax Assessor
Galveston County Tax Collector
Goose Creek CISD Tax Services
Gregg County Tax Assessor
Harris County Tax Assessor
Internal Revenue Service
Jefferson County Tax Assessor
Louisiana Department of Revenue
Lousiana Tax Commission
Pasadena ISD
Pine Tree ISD
Port Neches City of Industrial District
Sheldon ISD - Tax Collector
Spring Branch ISD Tax Assessor/Collector
Texas City ISD
Texas Comptroller of Public Accounts

Top 30 Unsecured Creditors
Ace American Insurance Company
Air Liquide Large Industries U.S. LP
Bailey Cowan Heckaman PLLC
Brent Coon & Associates
Burrow Global Services, LLC
Chevron-Phillips Chemical Company  LP
Clean Harbors Industrial Services Inc
Cokinos Energy Corporation
Cristobal M. Galindo, PC
Evoqua Water Technologies LLC
Factory Mutual Insurance Company
Farmers Insurance Exchange
Farrar & Ball LLP
Ferguson Law Firm, LLP
Formosa Plastics Corporation
Indorama Ventures Oxides LLC
Indorama Ventures PCL
Irisndt Inc.
Linde Inc
Lion Elastomers LLC

---

[1]   Each PNO Incident Plaintiff has been review for potential conflicts of interests.  However, in an abundance of caution to preserve the confidentiality of those litigation plaintiffs who are under the age of 18, the names of PNO Incident Plaintiffs have been omitted from this Schedule.

Nova Chemicals Inc.
Nova Chemicals Olefins LLC
Oci Methanol Marketing LLC
Sabic Petrochemicals Holdings US LLC
Sasol Chem N.A. LLC
Shintech Incorporated
Southern Chemical Corp.
U.S. Bank National Association
Weller, Green, Toups & Terrell LLP
Westlake Petrochemicals LLC

U.S. Trustee & Court Personnel
Al Lugano
Angelique Okita
Benjamin Hackman
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Chief Judge Laurie Selber Silverstein
Christine Green
Claire Brady
Danielle Gadson
David Buchbinder
Demitra Yeager
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jill Walker
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Karen Starr
Laura Haney
Lauren Attix
Laurie Capp
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Michael Panacio

Nicki Barksdale
Nyanquoi Jones
Paula Subda
Rachel Bello
Ramona Harris
Richard Schepacarter
Robert Cavello
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.
Boilermakers Local 587 Union
Carpenters Local 551 Union
Ibew Local 2286 Union
Pipefitters Local Union 211
Technical Control Union
Amber Harms
Chevron Phillips Chemical Company, LLC
Chris Johnson
Emily Teasley
Sasol Chemicals North America LLC
Suzanne Williamson
Texas Farmers Insurance Company

Unions
Boilermakers Local 587 Union
Carpenters Local 551 Union
Ibew Local 2286 Union
Pipefitters Local Union 211
Technical Control Union

Unsecured Creditors Committee
Amber Harms
Chevron Phillips Chemical Company, LLC
Chris Johnson
Emily Teasley
Sasol Chemicals North America LLC
Suzanne Williamson
Texas Farmers Insurance Company

Vendors
24 Hr Safety, LLC
A C I Metals Inc
A&B Environmental Services, Inc
A&L Industrial Services

A.W. Chesterton Company
Aaa Rentals/Party Supply Inc
Aaron Stephen Harrell
Aay Security LLC
Abb Inc
Able Tool & Rental LLC
Above Par Promotions
ABSG Consulting Inc
Acadian Ambulance Service, Inc
Accelerated Pm  LLC
Accent Food Services
Accent Food Services LLC
Accenture, LLP
Access Information Holdings, LLC
Accron LP
Ace Heavy Haul LLC
Ace Imagewear
Acf Finco I LP
Achievers LLC
ACI Metals
Acit
Acs Industries Inc
Acs Industries, LP
Acutech Group Inc
Adaptive Sports For Kids, Inc
ADP, Inc
Adsco Manufacturing LLC
Advance Cooling Towers
Advanced Graphics
Advanced Overhead Crane Services Inc
Advanced Piping Products
Advanced Record Storage
Advanced Systems Group
Advanced Weigh Technologies Inc
Advancing Stem For Students In South Texas
Advisian Group LLC
Aecom Technical Services Inc
Aesolutions
Aflac Group Insurance
Agar
Aggreko Inc
Agile Interiors
Agilent Technologies, Inc
Agiloft Inc
Ags Solution Inc

Aid, Inc
Air Dimensions Inc
Air Liquide America L.P.
Air Liquide Industrial
Air Liquide Industrial U.S. LP
Air Liquide Large Industries U.S. LP
Air Products And Chemicals Inc
Airdyne Inc
Airgas Inc- Gulf States
Airgas On-Site Safety Services, Inc
Aitx Leasing LLC
Akron Rubber Development, Inc
Alamo Transformer Supply
Alan C. Brackey
Alexander Marconi
Alix Partners LLP
All Phase Electric
Allegiant Industrial LLC
Allegis Partners LLC
Allen Smith
Allesco
Allied Reliability Inc
Allied Seals International, Inc
Allied Waste Service
Allometrics Inc
Alloy Products Corporation
Allredi LLC
ALPha Process Sales Inc
ALPheus Data Services, LLC
ALPine Associates Inc
Als Industrial Associates
Als Laboratory Group
Als Maverick Testing Laboratories Inc
Alstom Power Integrated Ge Svcs Inc
Alston & Bird LLP
Alta Robbins Inc
Altom Transport, Inc
Alton & Southern Railway Company
Amacs
Amarillo Gear Company, LLC
Amber LP
Amber Road Inc
American Cancer Society
American Casting Repair, Inc
American Chemistry Council

American Express Company
American Halal Foundation LLC
American Heart Association
American Institute Of Chemical Engineers (Aiche)
American International Group, Inc.
American Leadership Forum
American Management Association
American Packing & Gasket OP.C.o LLC
American Railcar Industries
American Railcar Leasing, LLC
American Shooting Centers
American Stock Transfer & Trust Company
American Warehouses
AmeriGas Partners, L.P.
Ametek Brookfield
Ametek Inc
Ametek Process Instruments
Ametek Solidstate Controls
AmP.C.o Mkt LLC
AmP.C.o Parking
Amrri
AmSpec Services LLC
Analytic Stress Relieving Inc
Analyzer Metrics Inc
Andon Specialties Inc
Andre Gobin
Andrew Ducey
Andrews Kurth LLP
Anno Chemicals USA LLC
Anton Paar USA Inc
Aon Consulting Inc
Aon Risk Services Southwest, Inc
Apache Industrial Services Inc
Ape Companies
Ape Research Council
Apex Energy International Pte LTD
Apex Energy LLC
Apex Trench And Mat LLC
Apg, LP
Api Heat Trns
Apollo Centre Street Partnership LP
Apollo Global Funding LLC
Apollo Lincoln Fixed Income Fund LP
Apollo Moultrie Credit Fund LP
Apollo Tactical Value Spn Investments LP

App Manufacturing
Applied Engineering Solutions Inc
Applied Industrial Technologies
Applied Instrument Technologies, Inc (Ait)
Apprion
Aqua Drill International
Aqua Microbics LLC
Aqua Solutions Inc
Aqua-Aerobic Systems, Inc
Aramark Refreshment Services LLC
ARC Document Solutions, LLC
Arcadis US Inc
Ardent Services, LLC
Argus Media
Arkema Inc
Arlanxeo USA LLC
Armand Bayou Nature Center
Arms Reliability Engineers LLC
Armstrong Relocation
Arrow Midstream LLC
Arun Gokhale
Arvos Ljungstrom LLC
Ascende, Inc
Asco Services
Asian Clean Fuels Association
Aspen Refrigerants, Inc
Aspen Technology Services Corporation
Aspen Technology, Inc
Assessments Of The Southwest, Weston Mud
Asset Optimization Consultants, Inc
Asset Performance Networks LLC
Association Of The Retarded, Inc
AT&T Inc.
Atlas CoP.C.o Compressors, Inc
Atlas Glassworks, Inc
Audio Electronics Inc
Aura Engineering LLC
Automatic Pump & Equipment Co. Inc
Automation Service
Avail K9 Group, LLC
Avs Industrial LLC
Awards By Gct Promo
AWC, Inc
Axens North America Inc
Axis Industrial Services LLC

Axis Mechanical Group Inc
B And H Distributions Inc
B&B Electronics Mfg Co
B&E Resources LLC
B. Riley Advisory Services
B3 Resources, LLC
Baker Communications Inc
Baker Engineering & Risk Consultants
Baker Hughes Energy Services LLC
Baker Mckenzie LLP
Baker Mediation LLC
Baker Petrolite LLC
Bakercorp
Balluff, Inc
Barbara Reyna
Barbers Hill I S D
Baro Company
Barrio Dogs Inc
BASF Corporation
Basf Total Petrochemicals LLC
Bates Chemical, Inc
Bay Area Council Boy Scouts Of America
Bay Area Fastners & Supply
Bayou City Bolt & Supply, Inc
Bayou Engineering Company
Baytown Ace Industrial Services LLC
Baytown Chamber Of Commerce
Baytown Ice
Baytown Ice LLC
Baytown LeP.C.
Baytown Valve & Fitting Co.
Bbb Tank Service, Inc
Bdo - Mark O'Rear And Team
BDO USA LLP
Beacon Search Group, LLC
Beaed Corp.
Bearcom
Beaumont Enterprise Division
Beaumont Fluid System Technologies
Becht Engineering Co, Inc
Bei Engineers
Belzona Houston
Bently Nevada LLC
Berg-Oliver Associates Inc
Berry Appleman And Leiden LLP

Best Equipment Service & Sales Company
Beveridge & Diamond P.C.
Bgn International DMCC
BHI Energy
Biehl & Co. Texas LLC
Big City Manufacturing
Bill Clark Pest Control
Binswanger Enterprises LLC Dba Binswanger Glass
Bishop Lifting Products Inc
Bk Corrosion, LLC
Blackwater Global Solutions LLC
Blast One
Blessey Marine Services Inc
Bloomberg Finance L.P.
Blue Cross Blue Shield Of Texas
Bmf Industries
BNSF Railway Company
Bobby Hambeln
Bobby Mendieta
Bolton, Glenn
Bo-Mac Contractors, LTD
Born Inc
Bourque Logistics
Bourque Logistics LLC
Bowlin, Marcus
BP Energy Company
BP North America Petroleum Inc
Bracewell LLP
Bradley, Wayne
Brady'S Landing
Brand Safway LLC
Branham Corporation
Brask Inc- Neela
Braskem Netherlands Bv
Braskem S.A.
Breakaway Engineering Services And Technology
Breakaway Engineering Services And Technology Inc
Brenntag Southwest Inc
Brewer Construction Services LLC
Brg Machinery Consulting LLC
Brian Lexmond
Bridge House Advisors Corp
Broadspire Services Inc
Brock Services LLC
Brooks Instrument LLC

Brookside Equipment
Bryan, Pendleton, Swats & Mcallister, LLC
Bs&B Safety Systems, L.L.C. C/O ALPha Process
Buckeye Development & Logistics I LLC
Budget Rent A Car
Buffalo Bayou Partnership
Buffalo Pumps Inc
Buna Electric Motor Service Inc
Burns & Mcdonnell Engineering Company, Inc
Burrow Global Services, LLC
Bush Lewis
C C Lynch And Associates, Inc
C H Powell Company
C T Corporation System
C. Johnnie On The Spot Portable Toilets Inc
C.A. Shea & Company, Inc
Cac Specialty
Cadence Environmental Energy Inc
Cahill Gordon & Reindel LLP
Cahill, Larry W.
Calcasieu Parish LeP.C.
Calculated Controls
Calkat LLC
Callidus Technologies LLC
Camin Cargo Control Inc
Canadian Pacific Railway Company
Capland Speech Therapy Center
Carl Heartfield Precious Metal
Carrier Rental Systems, (Nutemp Inc)
Carroll Buisness Forms & Printing Company Inc
Casa Alvarez Realty LLC
Casa Of Southeast Texas Inc
Cascade Analytic LLC
Cass Information Systems Inc
Catalyst Handling Resources, LLC
Catapult Systems,LLC
Cave Hill Consulting, LLC
Cch Incorporated
Cdw Direct LLC
Celestino Rivera
Centennial Energy LLC
Center For Toxicology And Enivronmental Health, LLC
Centerpoint Energy Gas Services Inc
Centerpoint Energy Intrastate Pipeline LLC
Centerpoint Energy Mobile Energy Solutions Inc

Central Delivery Service LLC
Central Graphics
Century Automotive Repairs
Century Elevators Inc
Cerberus Operations And Advisory Company
Certified Crane And Rigging Services LLC
Certified Customized Staffing
Chaffe Mccall LLP
Challenger Gray & Christmas Inc
Champion Power Products, Inc
Channel Industries Mutual Aid
Chapman, Chase
Chappelle Toxicology Consulting, LLC
Chase Canales
Chavez High School
Cheetah Transportation Systems, LP
Chem Intel
Chemical Abstracts Service (Cas)
Chemical Waste Management Inc
Chemium International Corp
Chempoint
Chemtex Global Corporation
Chem-Tray Service
Chemtreat, Inc
Cherish Our Children International
Cherry Demolition, Inc
Cherukunnel, Augustine
Cheryl Garcia And Company
Cheryl Smith Bryan
Chevron Oronite
Chevron-Phillips Chemical Company  LP
Childbuilders
Chip Lefler
Chiron Communication Services LLC
Chlorinator Maintenance Construction, Inc
Christopher Arnett
Christopher Munoz
Christy Catalytics, LLC
Chromalox
Chuck Horn
Chumley  Jason
Chwmeg, Inc
Cintas Corporation
Circa
Circor Reliability Services Co

Circuit Breaker Sales & Repair
Cisco Systems Capital Corporation
Clara Vista Environmental, LLC
Clariant Corporation
Clarivate Analytics (Compumark) Inc
Clark Fire Equipment Inc
Clean Coast Supply LLC
Clean Harbors Environmental Services Inc
Clean Harbors Industrial Services Inc
Clear Creek Independent School District
Clear Creek ISD
Clearco Products Co Inc
Cleaver Brooks
Cleaver Brooks Sales & Service
Clemtex Inc
Cleveland Wire Cloth & Mfg Co
Clia Laboratory Program
Cloud Sherpas Sn, Inc
Clyde Union Inc
Cmove Group Inc
CN (Canadian National Railway)
Coastal Flow Liquid Measurement
Coastal Spray Company
Coastal Welding Sup Inc
Coats, Russell
Collaboration In Science And Technology Inc
Colt Services LP
Colt Services, LP
Comer, Lynn
Commercial Fence Co. Inc
Competitive Capabilities International
Compressor And Turbine Services (Cts)
Compsych Corporation
Computrain
Conco Services Corp
Condit
Condition Monitoring Solutions
Consolidated Chemical Industries
Contech Control Services, Inc
Continental Disc Corp C/O Puffer Sweiven, Inc
Continental Disc Corporation
Continental Energy Audits
Contract Resource Group
Control Analytics Inc
Convergint Technologies, LLC

Cooling Towers Of Texas
Copano Ngl Services, L.P.
Copano Processing LLC
Core Marine Services Inc
Core Occupational Medicine
Cority
Cork, Jennifer E
Corner Bakery
Cornerstone Chemical Company
Cornerstone Ondemand
Corporate Executive Board
Corporate Housing Inc
Cortland  Capital Market Services LLC
Cosa Xentaur
Cossaboom Family Ymca
Cotton Commercial USA Inc
Courville'S Catering
Covenant Communications Corporation
Crane 1 Services Inc
Creditriskmonitor.Com, Inc
Crest Printing LLC
Criteria Corp
Critical Start
Crosby Tugs LLC
Crowdstrike Services Inc
Cruz Diaz, Edgardo
Cs Industrial, LLC
Csx Transportation, Inc
Ct Corporation System
Ct Lien Solutions
Ctc International
Curtis Revils
Cusip Global Services
Custom Solutions Group LLC
CVS Health Corporation
Cystic Fibrosis Foundation
D&D Lodging 7 LLC
Dacon, LLC
Dagen Personnel
Dakota Software
Damon Hearn
Dan Hunt
Daniel Horn
Dash Power Products LLC
Dashiell Corporation

Datasite LLC
Datavox, Inc
Datawatch Systems
Datum Equipment Co
Datz, William
Davenport Engineering, Inc
David L Chapman
David Powe
David Thurman
Davis Instrument Mfg Co Inc
Dba Kfdm-Tv
Dcp Midstream Marketing, LP
Dcvast, Inc
Ddp Specialty Electronic Materials US 5 LLC
Debes Ice Company
Debusk LLC
Deer Park Construction Associates  Inc
Deer Park Lumber Company LTD
DeLPhian Corp
Delta Industrial Services
Delta Tech Service Inc
Delvin Malonson
Den Hartogh Global
Design Controls LLC
Design Ventures
Detcon Inc
Detector Electronics Corp
Devall Towing & Boat Services Of Hackberry, LLC
Dhl Drawback Services
Diamond Technical Surveys LLC
Diffusion Alloys (Uk) LTD
Digital Realty Trust, L.P. - Met Center
Discovery Benefits, Inc
Disorbo Consulting LLC
Dispatch Supply Group
Distribution International
Diver Dan Diving Service, Inc
Dk & Associates Consultancy
DLA Piper LLP US
Dma
Dnow L. P. (Formerly Wilson Supply)
Dnv (Det Norske Veritas)
Docusign Inc
Doeren Mayhew Texas, PLLC
Dollar Electric Inc

Dominion Forms Inc
Dommeyer Consulting Services LLC
Donlen Corporation
Donnelley Financial Solutions LLC
Dookeran, Nyla
Dooley Tackaberry Inc
Dorado Group LLC
Dorf Ketal Chemicals LLC
Doucet, Julie
Dow Chemical Company
Dr. Knoell Consultant Gmbh
Draco Spring Mfg. Co. Inc
Drago Supply Company
Drake Controls
Dresser LLC
Dresser Rand Company
Dresser Rand-Steam Turbine Div.
Drl Engineering LLC
Drumheller Hollingsowrth & Monty LLP
Ducharme Mcmillen & Assoc. Inc
Duff & PheLPs, LLC
Dunn Heat Exchangers, Inc
Dwayne M Murray
Dwyer Instruments
Dxi Industries, Inc
DXP Enterprises Inc
Dynamic Flow Computers Inc
Dynamic Rental Systems
Dynamic Settlement Group Inc
E.J. Reynolds Company
Eads Company
Eads Distribution LLC
Eagleburgmann Ke Inc
Earth Analytical Sciences Inc
Earthlink Holdings Corp
East End Chamber Of Commerce
East End Improvement Corporation
Eastman Chemical Fin Corp
Easton Energy Pipelines LLC
Ecad Inc
Ece Solutions LLC, Dba Ece Design
Echa (European Chemicals Agency)
Eco Services Operating LLC
Economic Alliance Houston Port Region
Ecowerks

Edmondson, Lee
Ehcma
Eidupont Nemours & Co.
Eis Mechanical Services LLC
Elbow River Marketing LTD
Electric Power Engineers
Electric Power Systems
Electrical Reliability Services
Element Markets Emissions LLC
Elig, Attorneys-At-Law
Elite Piping & Civil LTD
Elite Turnaround Specialists LTD
Elizabeth Ballard
Elliot Control Company
Elliott Company
Emco Wheaton USA, Inc
Emerald Coast Process Control Inc
Emergency Response Training Solutions LLC (Erts LLC)
Emerson Process Management LLLP
Energage
Energy Power Incorporated
Entech Engineering, Inc
Enterprise Marine Services LLC
EnthaLPy Analytical LLC
Envent Cor
Enverus Inc
Environex, Inc
Environmental Resources Management
Envirotest, LLC
EP.C.on International, Inc
Epa Enforcement Division
Epic
Epic Tool & Rental Inc
Epsco Inc
Epsco International & Companies, Inc
Equistar Chemicals, LP
Eric M. Heilman
Eriks North America Inc
Ernie Dyer
Ernst & Young U.S. LLP
Esr Motor Systems LLC
Est Analytical
Ethan A. Natelson
Ethikos

Ethos Consulting
Eurecat U.S. Incorporated
Eurofins Xenco LLC
Event Solutions Of Louisiana LLC
Evercore Group LLC
Evonik Oxeno Antwerpen Nv
Evoqua Water Technologies LLC
Excel4Apps
Exponent Inc
Extrel Cms, LLC
Exxon Mobile Oil Corporation
Exxonmobil Chemical Company
F.L.Mcnamara Consulting Inc
Fabricating Solutions LLC
Fabrication & Construction Services, LP
Fabricon International
Faegre Drinker Biddle & Reath LLP
Family Services Of Southeast Texas Inc
Farley & Partners LLP
Fc Plant Solutions
Fdf Iii Limited
Fe Moran IncSpecial Hazard Systems
Federal Railroad Administration
Felix & Angela Morales Memorial Foundation
Fellon-Mccord & Associates
Fern Environmental LLC
Ferrells, PLLC
Fes IncUSA
Fes-Southwest Inc
Fidelity Investments Institutional Operations Company
Fifth Ring Inc
Fillette Green Shipping Services (USA) Corp
Filter Resources Inc
Filters Unlimited Inc
Findley Inc
Firestone Polymers LLC
Firetrol Protection Systems
First American Title Insurance Company
First Reserve Corporation LLC
Fisher Control Valve
Fisher Scientific
Fitch Ratings Inc
Flanders Electric Inc
Flares & Stacks Inc
Flex Oil Service LLC

Flexelement
Flexelement Texas Inc
Flexscape LLC
Flint Hills Resources  LP
FLIR Systems, Inc
Flowserve - Pump Division
Flowserve S De Rl De Cv
Flowserve US Inc
Flowserve-Mechanical Seal Division
Fluid Components Intl
Fluid Flow Products Inc
Fluidic Techniques
Fmt Pressure Barge Transporters Lla
Formosa Plastics Corporation
Forsythe Solutions Group, Inc
Foster Fence
Foster Safety LLC
Fourquest Energy, Inc
Foxcomm Solutions
Foxcroft Equipment & Service Company Inc
FP.C. Bangor
Franklin Valve & Supply
Fred Michel
Friends Of The Port Neches Library
Frizell Group International
Fryoux Barge Consultants Inc
Ftl Nimbus LLC
Fugro Consultants LP
Fujitsu America Inc
Fulbright & Jawarski Trust Account
G H Smart & Co Inc
G2 Integrated Solutions LLC
Galaxy 1 Communications
Gallagher Benefit Services
Gallant Builders LLC
Gardner Denver Nash, LLC
Garner Environmental Services Inc
Gartner Inc
Gas Equipment Co.
Gator Specialty Services LLC
Gba-Corona Inc
Ge Energy Control Solutions Inc
Ge Infrastructure Sensing, LLC
Ge Steam Power Inc
Gea Refrigeration North America Inc

Gem Mobile Treatment Services, Inc
General Laboratory Supply Inc
Genesys Works
Gerald R. Cardillo
Gerger Hennessy & Mcfarlane LLP
Gerson Lehrman Group Inc
Gexpro
G-Force Industrial Communications
Ghazali, Ahmed
Ghx Industrial LLC
Gk Techstar LLC
Glassdoor, Inc
Glnx Corporation
Global Bondholder Services
Global Cathodic Protection Inc
Global Management Partners LLC
Global Risk Solutions Inc
Global Search Group, Inc
Global Services A Zeno Imaging Company
Global Software LLC Dba Insightsoftware
Global View Software, Inc
Globke, Alan R
Globoforce LTD
Gobea, Steven
Golden Specialty Inc
Goldline International Equipment Manufacture LLC
Gonzalez, Gerardo
Goodwin, Larry
Goodyear Tire & Rubber Company
Gp Strategies Corporation
Grace Matthews
Graebel Relocation Services Worldwide, Inc
Graham Corporation
Graham Manufacturing Company
Grainger Industrial Supply
Grant Thornton LLP
Grant Tilton
Gravity Rail LLC
Grayson Armature Works, Inc
Great Lakes Power Service Co
Great Western Valve, Inc
Greater Houston Track Club Inc
Greater Houston Women'S Chamber Of Commerce
Greater Port Arthur Chamber Of Commerce
Greenbrier Leasing Company LLC

Greene Tweed & Co
Greer , Burns, & Crain LTD
Greg Salchow
Groves Equipment Rental Co Inc
Gsd Trading USA Inc
Gsi Environmental, Inc
Gt Industries, Inc(Inactive)
Guardian Compliance, Inc
Gulf Coast Aqua Dams
Gulf Coast Distillers
Gulf Coast Environmental Systems
Gulf Coast Growth Ventures, LLC
Gulf Coast Steel Inc
Gulf Coast Torch & Regulator Inc
Gulf Coastal Services
Gulf Intracoastal Canal Association
Gullett & Associates Inc
H + M Industrial EP.C.
H&H Technical Welding & Mechanical
H2I Group Inc
H5 Strategic Alliances LLC
Hach Company
Hahn Equipment Co., Inc
Haldor Topsoe, Inc
Hamlin Partners LLC
Hampton Inn - College Station
Hand & Associates Inc
Harborchem
Harris, Deville & Assoc.
Hastik-Baymont Inc
Hatch LTD
Hatfield & Company Inc
Haugen Consulting
Hawboldt Industries (1989) Limited
Haz Mat Special Services LLC
Hazmatpac
Hazmatpac Inc
Hca Consulting China Company Limited
Heath Nance
Heavy Equipment Movers & Installation Inc
Hector Lopez
Hendricks, J. Lee
Herc Rentals Inc
Hercules Transport Inc
Hew Group

Hexagon Ppm
Hgm International
Highway Transport Inc
Hilco Global
Hill, Katherine
HiLLCo Partners LLC
Hi-Tech Compressor & Pump Products Inc
Hi-Tech Industrial Services, Inc
Hm Insurance Group
Hmt Tank Service Inc
Hockless, Kenneth
Hoerbiger Service Inc
Hogan Assessment Systems LLC
Hoist & Crane Service Group
Holes Inc
Holiday Inn And Suites Aggieland
Holiday Inn Beaumont Plaza
Honeywell Industry Solutions
Honeywell International Inc
Hopa Reach Consortium
Hourglass Research LLC
Houston Armature Works
Houston Community College
Houston East End Chamber Of Commerce
Houston Food Bank
Houston Grinding & Mfg.
Houston Hose & Specialty
Houston Regional Monitoring
Houston Ship Channel Security District
Hovde, Emily
Howard Elton
Hpp Corp
Hr Wallingford Inc
Hri Inc
Hrq Inc
Hubspot Inc
Huckster Packaging And Supply Inc
Hudson Mechanical, Inc
Hughes Anderson Heat Exchangers, Inc
Hunter Buildings, LLC
Hunter Lab
Huntsman Petrochemical LLC
Hurt Company
Huther And Associates Inc
Hv Engineering, LLC

Hydradyne
Hydraquip Inc
Hydrochem LLC
Hydrologic Monitoring LLC
Hydrotex Deer Park
Hydrotex Inc
Hydrus Works LLC
I2Ot Solutions, LLC
Ibisworld Inc
Icon Information Consultants LP
Iea - Inspire, Encourage, Achieve
Ies Commercial, Inc
Iesmart Systems LLC
Ihop
Ihs Global Inc
Ima LTD
Imacc LLC
Imperative Group
Imr (International Manufacturers Representatives)
Inchlor Services Inc
Indeed
Independent Consulting Services
Indigo Beam
Indigo Beam LLC
Indorama Olefins LLC
Indorama Ventures Oxides LLC
Indorama Ventures Propylene Oxides LLC
Industrial Air Tool
Industrial Apparatus Services LLC
Industrial Container Services LLC
Industrial Container Services, LLC
Industrial Controls
Industrial Equipment Company Of Houston
Industrial Info Resources Inc
Industrial Instrument Company
Industrial Kosher
Industrial Monitor And Control Corp.
Industrial Networks, LP
Industrial Power & Rubber
Industrial Rescue Instruction Systems, Inc
Industrial Safety Training Council
Industrial Services Group IncDba Universal Blastco
Industrial Speciality Services USA LLC
Industrial Speciality Services, LLC
Industrial Storage Services

Industrial Surfacing Corporation
Industrias Negromex S.A. De C.V.
Ineos USA LLC
Infineum USA L.P.
Infosync Services LLC
Info-Tech Research Group Inc
Infovine Inc
Ingenero, Inc
Inglenook Engineering, Inc
Innosolv Products LLC
Insideout Development LLC
Insight Energy LLC
Insight Out Consulting LLC
Inspectionlogic
Institute For Supply Management - Houston, Inc
Instrument & Valve Services Co
Integra Capital Resources
Integra Technologies Inc
Integra US Marketing LLC
Integrated Power Services
Intelisecure Inc
Intelligize
Intents Party Supply, LLC
Intents Services LLC
Interaction Associates Inc
InterContinental Hotels Group
Intercontinental Terminals Company LLC
Interex Trading & Marketing, Inc
International Alliance Group
Internet Escrow Services
Interquest Group Inc
Interstate Powercare
Intertec Instrumentation Inc
Intertek Asset Integrity Management Inc
Intertek Surveying Services (USA) LLC
Intertek USA Inc
Intrado Digital Media LLC
Inv Nylon Chemicals Americas LLC
Invista S.A.R.L
Ipr/Ems
Irisndt Inc
Iron Mountain Inc.
Isc Constructors, LLC
Isgas Inc
Isi Commercial Refrigeration

Isn Software Corporation
Isograph Inc
Isomag Corp
Issac Diomande
Itt Goulds Pumps
Ivlev, Dmitriy
Iws Gas And Supply Of Texas
J Greg Downing Inc
J J Keller
J&S Audio Visual
J. A. Controls, Inc
J. Aron & Company
J. Cody'S Catering
Jacobs Consultancy Inc
Jacobs Engineering Group Inc
Jaime Garza
James Bohn
James Kaylor
James May
James Mikeska
James Wright
Jamie Santana
Jan Pro Cleaning Systems Of Houston
Janex S.A.
Jason Meyers
Jasons Deli Inc
Jay Macs Ktichen
Jbe
Jeff Mahan
Jeff Wilson
Jeffcote Industrial Sales Co Inc
Jeffery P Koonce
Jennings First Aid & Safety
Jeremy Schmuck
Jeremy Smart
Jesse Davidson
Jesse Hale
Jha Safety LLC
Jill Hickman Companies
Jill V Johnson
Jlc Network Technology Co LTD
Jm Test Systems, Inc
Jody Lynn Vincent
Joey Cooper
John Crane Inc

John E. Frantz
John K. Dema, P.C.
John P. Yoars
John Zink Company, LLC
Johnny Hues
Johnny Oliver
Johnson Controls Inc
Johnson Controls Security Solutions LLC
Johnson Matthey Inc
Johnson Supply
Johnson, Kevin
Johnson, Kirk
Jones Lange Lasalle Brokerage Inc
Jones, Cornelius
Jones, Steve
Jordan Downs
Josh Kleinhans
Josh Lueth
Josh Miller
Joshua Miller
Julie Rogers "Gift Of Life" Program
Junior Achievement Of Southwest Louisiana,Inc
Jv Driver Industrial Services Inc
Jv Industrial Companies LLC
Jx Nippon Chemical Texas Inc
K Jon Inc
Kag Specialty Products Group LLC
Kansas City Southern Railway
Kap Project Services
Karen A. Vincent Tucker
Katten Muchin Rosenman LLP
Kay Electronics, Inc
Kaydon Ring & Seal Inc
Kbc Advanced Technologies Inc
Kbmt
Kelly Services, Inc
Kelly Trahan
KemP.C.o Inspection Services Inc
Ken Engbrock
Kenneth Campbell
Ker Partners LLC
Kevin Bellard
Kilmer Daniel
Kimberly Sue Vincent Fontenot
Kimbro Oil Company

Kinder Morgan Tx Pipeline
Kinder Morgan, Inc
Kinetic Engineering Corporation
Kirby Inland Marine, LP
Klar, Elmer (Fritz)
Klm Consulting Services
Knight Industrial Services Inc
Knight-Chemstar, Inc
Knighthawk Engineering, Inc
Knoell Consultant Gmbh
Knoell Germany Gmbh
Knoell USA LLC
Koch Heat Transfer Company, LP
Koch Project Solutions LLC
Koch Supply & Trading, LP
Koch-Glitsch Inc
Kolke & Associates LLC
Kolmar Americas Inc
Korn Ferry Hay Group Inc
Kpler Inc
Kramer, Christine
L.I.F.E. Houston
Labcorp Of America Holdings
Labelleco Fab LLC
Labtopia Staffing
Labworks LLC
Lacc Inc
Lacy Wallace
Ladner & Associates P.C.
Lamar University
Lamons
Lamons Gasket Company
Lamoureux Associates Inc
Lanier & Associates Consulting Engineers Inc
Lanier Law Firm
Latin America Clean Fuels Association
Lauritzen Kosan A S
Lax Rayala
Lcra Environmental Lab
Lcy Elastomers LP
Leak Sealers Inc
Ledoux & Company
Lee College Foundation
Lee Hecht Harrison
Legal Club Of America Corp.

Lehigh University
Leroy Daniels
Level 3 Communications, Inc
Leverage Mechanical Services
Lewa-Nikkiso America, Inc
Lewis, Cheryl
Lewis-Goetz And Company, Inc
Lexis Nexis
Liberty Golf Cars
Liberty Tower & Flare Inc
Lightning Eliminators & Consultants Inc
Lignum Vitae North America LLC
Linde Gas & Equipment Inc
Linde Inc
Linked In, Corp.
Lion Elastomers LLC
Lion Elastomers Orange LLC
Liquid Analytical Resources, LLC
Lit Consulting LLC
Litera
Lmc International LTD
Lmp Alliance LLC
Lnrs Data Services Inc
Loa Vzw
Localjobnetwork.Com
Lokring Southwest Company
Lone Star Ngl Mont Belvieu LP (Lst)
Lonestar Ecology, LLC
Long View Systems Corp (USA)
Lori Pannell Leadership Coaching Inc
Loyd, Melvin
Lufkin Industries, LLC
Luis Katz Feinzaig
Lukoil Pan Americas, LLC
Lumina Learning USA
Lummus Technology Inc
Lyles Combustion Services
Lyondell Chemical Company
M & B Tools And Equipment, Inc
M & I Electric Industries Inc
M&M Engineerng Associates, Inc
Mackay Communications
Magellan Terminals Holdings LP
Magnum Engineering & Controls
Magpies And Peacocks Inc

Magtech
Maintenance Protection Systems Inc
Malloy, Michael
Man Energy Solutions USA Inc
Mandel Scientific Inc
Manning'S Office Solutions, LLC
Marine Technical Surveyors
Mark Murphy
Mark Smalley
Mark Soto
Markit North America Inc
Marriott International, Inc.
Marsh & McLennan Companies, Inc
Martin, Cody
Mass Transfer LTD
Matheson - Tri-Gas Inc
Matrikon International
Matt Geoffroy
Matt Harmon
Matt Smith
Matthew Serna
Maverick Communications, Inc
Maverick Technologies, LLC
Maxim Crane Works, L.P.
Mca Communications Inc
Mccarter Machine Inc
Mccrory, Joseph
Mcdonough Elevator
Mcdowell Owens Engineering Inc
Mcenery, Scott
Mckinney Services, Inc
Mcleod Machine Works Inc
Mcmaster-Carr
Mechanical Repair & Engineering, Inc
Medical Screening Clinic
Melvin Benjamin
Memorial Hermann Medical Group
Memorial Spring Branch Rotary Club Charities Inc
Mental Health America Of Greater Houston, Inc
Mental Health America Of Southeast Texas
Merrill Corporation
Mertech Inc
Mesa Line Services LLC
Metal Samples Company
Metalforms LTD

Mettler-Toledo LLC
Micro Motion Inc
Microsoft Corporation
Midland Engineering LTD
Mid-States Refrigeration Supply Inc
Midstream Transportation Company LLC
Miller, Robert
Mind Gym USA Inc
Minuteman Press
Mir3 Inc
Mistras Group Inc
Mitsui & Co. (USA), Inc
Mlm Consulting Services, Inc
Mmi Engineering, Inc
Mobile Mini, Inc
Mobile Modular Management Corporation
Mobley Industrial Services
Modern Plumbing, Co.
Modis Inc
Modspace
Monclas Investments
Montrose Air Quality Services LLC
Moody Bros. Inc
Moody'S Investor Service
Moorman & Associates
Motion Industries
Motiva Chemicals LLC
Motors On Wheels
Mourik Inc
Mowers Inc
Mps Management & Personal Systems
Mpw Industrial Water Services Inc
Mrc Global (Us) Inc
Mre Consulting, LTD
Mrt  Laboratories
Msds Online, Inc
Mtbe Consortium
Mustang Cat
Mustang Power Systems
Mw Watermark LLC
Mxsave
My1Stop.Com
Nalco Champion
Nalco Company LLC
Nasa Area Little League

Nasdaq Inc
National Electric Motor & Supply Co. Inc
National Freight Transportation Association
National Hose And Accessory
National Industrial Transportation League
National Park Foundation
National Tank & Equipment LLC
Navex Global
Ndt Pro
Nel Hydrogen Us
Neochem Corporation
Nes Global LLC
Network Cabling Services, Inc
New-Hart Services
Newtron Beaumont, LLC
Nexant Inc
Nexeo Solutions
Nextgen Security LLC
Nexus Intergrity Management LLC
Nintex USA Inc
Nlb Corp
Noack, Charles S
Nolan Power Group LLC
Norfolk Southern
North Shore Steel
North Shore Supply Co.
Northeastern Chemical Assoc
Northside Redevelopment Center
Norton Rose Fulbright US LLP
Nov Process & Flow Technologies Us, Inc
Nova Chemicals Inc
Nova Chemicals Olefins LLC
Nuclear Scanning Services Inc
Nugent & Peterson
Nunnally & Company
Nutrition And Services For Seniors
Nvent Thermal LLC
O C Tanner Recognition Co
O.D.'S Printing, Inc
O2 Works LLC
Oak Meadows Civic Club
Oates Industries Inc
Ocanas, Steve
Occucare International
Occupational Medical Care

Oceaneering International Inc
Oci Methanol Mareting LLC
Oci USA Inc
Oe Advisors LLC
Ofa Little League Of Houston
Off Duty Services Inc
Office Depot, Inc
Office Organizers
Ohmart/Vega Corporation
Ohmstede Industrial Services Inc
Ohmstede LTD
Oil Companies International Marine Forum (Ocimf)
Oil Price Information Service LLC (Opis)
OiLPatch Ndt
Oklahoma Safety Equipment Co, Inc(Oseco)
Oliver Equipment Company
Olympus America Inc
Omega Engineering Inc
Omi Environmental Solutions
Omni-Invictus LLC
Onapsis Inc
One Allen Center
Oneok Hydrocarbon
Onpoint Industrial Services LLC
Onsolve
Opslogix B.V.
Oracle America, Inc
Orion Construction LP
Orton Materials Testing And Research Center
Outsolve LLC
Overhaul Kit Solutions
Overhead Door Company Of Beaum
P.C.ard Supplier
P.C.m Sales Inc
P.C.o Div Ii, Inc
Pac LP
Pace LLC
Pacifica Foundation Radio
Padgett Communications
Paducah & Louisville Railway Inc
Palacios Marine & Industrial Coatings Inc
Palisade Company LLC
Pall Advanced Separations Systems
Panametrics LLC
Panel Built Inc

Panelmatic Texas Inc
Parfab Field Services LLC
Park Place Technologies
Parker Business Forms
Parker Print Solutions
Parkson Corporation
Parrott, Roger L
Parton Executive Search LLC
Party & Reception Center Inc
Pas Global LLC
Pasadena I S D
Pasadena Livestock Show And Rodeo
Pasadena Performance Products LLC
Pathfinder, LLC
Patterson Pump Company
Patton Mike
Paul Mora
Pbi Leased Equipment
Peak Roofing Inc
Pentair Valves & Controls US LP
Pepperl And Fuchs
Performance Blasting & Coating, LP
Performance Contracting Inc
Perin Resources, LLC
Perkin-Elmer Health Sciences
Perry, Jessica
Petrochem Wire
Petroleum Service Corporation
Petroskills LLC
Petroval Inc
Phase 5 Group, Inc
Philip Reclamation Services , Houston LLC
Phillip Townsend Asociates, Inc(Ptai)
Phillips 66 Company
Phillips Pipeline Contractors
Phoenix High Temperature Repair LLC
Pi Integrated Systems
Pico Propane And Fuels
Pidc
Pierce Consulting Partners
Pilgrim Construction Company LLC
Pinnacle Industries LTD
Pipefitters Local Union 195
Pipeline Supply & Service Co. Inc
Piping Accessories Inc

Piping Technology & Products Inc
Pira Energy Group
Pitney Bowes Inc.
Pizza Inn
Plant Automation Services Inc
Plant Process Machine Works
Plant-N-Power Services, LLP
Pmi Trading LTD
Pngyfa
Polar Blast Inc
Porocel Industries LLC
Port Arthur Higher Education Foundation
Port Arthur Newsmedia LLC
Port Neches - Groves High School
Port Neches Groves High School
Port Terminal Railroad Association
Powell Electrical Systems, Inc
Power Storage Solutions
Powertrol Inc
Ppi Engineering & Construction Services LLC
Praxair Distribution Inc
Praxair Inc
Precinct2Gether, Inc
Precision Machinery Contractors LLC
Precision Pump & Valve LLC
Predictive Service LLC
Preferred Engineering LP
Premium Plumbing Company
Presidio Network Solutions Group LLC
Price Waterhouse Coopers Belastingadviseurs N.V.
Pricewaterhouse Coopers LLP
Prime Capital Investment Advisors LLC
Prime Source Office Solutions
Primoris Field Services
Prince Food Systems Inc
Process Combustion Corporation
Process Controls Services, Inc
Process Safety & Reliability Group
Process Solutions
Process Wise
Procurement Iq
Procurium
Professional Linen
Professional Outlook Inc
Professional Service Industries, Inc(Psi)

Progressive Pumps Corp
Protiviti Inc
Proton Energy Systems, Inc
Provident Life & Accident Ins. Co.
Provost Umphrey Law Firm
Psa Consulting LLC
Psc Industrial Outsourcing LP
Ptsd Foundation Of America
Puffer Sweiven L.P.
Pulsafeeder Division
Pump Arts Inc
Pump Energy Inc
Pump Products & Services
Pursuit Of Happiness Behavioral Health LLC
Pwc Private Tax Services - Dana Clary
Qatar Chemical And Petrochemical Marketing And Distribution Company (Muntajat) Q.P.J.S.C
Qbe Insurance Corporation
Qor Industrial Services LLC
Quala Rail & Specialty
Quality Cable Installers LLC
Quality Suites
Qualspec Inc
Quan Law Group, PLLC
Quantum Analytics
Quantum Technical Services LLC
Quantum Technical Services, Inc
Quest Subsea Solutions LLC
R E Align Industries Inc
R&S Tank Service
R.A.K.I Computers
R.E. Merrill & Assoc Inc
Radarview LLC
Rae Security Southwest LLC
Rail Logix, LP
RaLPhs Industrial Electronics
Randstad Professionals Us, L.P
Randy Parker
Raul Nava
Raven Butene-1 LLC
Rawson & Company
Ray Walker
Ray Wheeler
Rayette Roach
Rbi Wingo Sales

Rcp Inc
Readyrefresh
Reagin & Associates Total Compensation Consulting LLC
Rebellion Phontonics
Recall Total Information Mgmt
Reco USA
Recruiting.Ai LLC
Red Ball Oxygen Company Inc
Red Star Fire & Safety Inc
Red Thread Brands
Red Trident Incorporated
Red Wing
Reddix, Rodney
Reddy Ice Factory
Redgate Software
Redguard LLC
Red'S Safe And Lock Service
Reed Business Information Inc
Refractory Construction Services Co.  LLC
Reinhausen Manufacturing Inc
Relevant Solutions, LLC
Reliability Controls Corporation
Rentech Boiler Systems Inc
Repsol Quimica S.A.
Republic Services Inc
Republic Title
Restek Corporation
Revak Keene Turbomachinery
Revenew International
Revive Cleaning Services
Rex Supply Company
Rice University
Ricoh Americas Corporation
Ricoh USA, Inc
Risc Inc
Ritter Forest Products
River Oaks Elementary Pto
Riverbend Resources
Riverstone Credit Partners LP
Robert Borders
Robert E. Lee Project Graduation
Robert Half International
Robert M Koonce
Robert Roseman

Robert Williams
Robinson, John W
Roc Carbon Company
Rockbill,Inc/Rbi Sales
Rockwell Automation/Reliance Electric
Roecker Consulting LLC
Rohm & Haas Chemicals, LLC
Ronald Lynn Vincent
Rosemount Analytical, Inc
Rosemount Inc
Rosemount Tank Gauging North America Inc
Rotating Machinery Services Inc
Ro'Vin Garrett, Rta
Roxanne De La Garza
Royal And Ross LP
Royal Carriages Limousines
Royal Purple, LTD
Rps Jdc, Inc
Rsm US LLP
Rucker Elementary
Ruhrpumpen Inc
Ruppel Construction
Russell Delesandri
Russell Mcdonald
Ryan LLC
S&B Engineers & Constructors LTD
S&D'S HeLPing Hand
S&P Global Platts
S.D. Myers LLC
Saber Power Services, LLC
Sabin Metal West Corp.
Sabine Neches Chiefs Association
Sabine-Neches Navigation District
Safe Rack LLC
Safety Rx
Safety Wear LTD
Safety-Kleen Systems Inc
Saladin Pump & Equipment Co Inc
Salient Process Inc
Salvador Solodkin
Samaritan Counseling Center Of Setx
Sampson Steel Corp
Samson Controls, Inc
San Jacinto College
San Jacinto Community College District

Sandelius Instruments, Inc
Sarah'S House
Sas Institute Inc
Sasol Chem N.A. LLC
Sat Corporation
Satterly, Karisa
Savage Brands
Saybolt LP
Scallon Controls, Inc
Schmidt Saw And Knife
Schneider Electric It Corporation
Schneider Electric Systems USA Inc
Scholarship America
Schulte Roth & Zabel LLP
Scott Machinery & Rentals
Scott Thompson
Scroggins, James
Seal Tech Inc
Seam Group LLC
Search Homeless Services
Securitas Critical Infrastructure Services, Inc
Sedgwick LLP
Seebald Group, Inc
Sefton Steel, LP
Senior Flexonics Pathway, Division Of Senior Operations LLC
Sentry Equipment Corp.
Sepratech Corporation
Service Equipment & Repair Co. (Serco)
Servomex Company Inc
Setpoint Integrated Solutions
SetrP.C.-Air Monitoring
Sfm Oil Group, LLC
Sgs North America, Inc
Sgs Petroleum Service Corp.
Shalonda Nicole Reed
Shamrock Petrochemical Consulting LLC
Shamrock Products LLC
Shareholder.Com
Shaw, John
Shaw, Tyrone
Shelf Tag Supply
Shell Chemical L.P.
Shell Global Solutions Us, Inc
Shell Trading (US) Co.

Shepherd Controls
Shermco Industries, Inc
Shi International
Shimadzu Scientific Instruments Inc
Shintech Incorporated
Si Group LP
Sib Boyd
Siddons Martin Emergency Group LLC
Sieben Equipment Services
Siemens Energy Inc
Siemens Industry Inc
Sirius Computer Solutions Inc
Sis Tech - Solutions, LP
Sis-Tech Applications
Sitex Safety & Rescue
Sk Operating Partners LLC
Skc Gulf Coast, Inc
Skcp Fund Management LLC
Skm Systems Analysis, Inc
Skyhawk Chemicals, Inc
Slaven, Glenn
Smart Materials Inc
Smbc Rail Services, LLC
Smithwick Engineering LLC
Solarwinds
Solufy Information Technologies Inc
Sondra Kay Deter
Sonic Boom Wellness Inc
Sonim
Soteica, LLC
Sourcetech Systems Inc
SoUSA, Melody
South Coast Fire & Safety
South Coast Terminals LP
Southeast Texas Industrial Services, Inc
Southeast Texas Occupational Medicine
Southeast Texas Plant Manager'S Forum
Southeast Texas Prospects Inc
Southeast Texas Regional Advisory Council
Southeast Texas Starter
Southeast Texas Water Conditioning Inc
Southern Chemical Corp.
Southwest Filter Company
Southwest Galvanizing
Southwest Louisiana Mutual Aid Association

Southwest Refractory Of Texas
Southwest Shipyard L.P.
Southwest Stainless, LP. Dba Sunbelt Supply Co.
Southwestern Controls
Sparkling Clear Industries
Speak Inc
Specialized Response Solutions
Specialty Maintenance Products, Inc
Specialty Rotating Equipment Repair
Specialty Tank Services LTD
Specialty Welding And Turnarounds LLC
Spectech
Spectrum Business
Spectrum Mobility LLC
Sphera Solutions Canada Inc
Spirax Sarco Inc
Spok Inc
Spplus/Central Parking
Spring Branch ISD
Sprint Safety
Spx Cooling Technologies, Inc
St Gabriel The Archangel Catholic Community
St John Paul Ii Catholic School
St. Baldrick'S Foundation
Stackmatch Flare Ignition Inc
Standard Alloys & Mfg.
Standard Steel Supply Inc
Stanmar Manufacturing
Staples Contract & Commercial LLC
Staples Inc.
Star Media Productions Inc
Starr Technical Risks Agency Inc
Stephanie J Koonce
Steritech
Sterling Deaerator Company
Steve Martin
Steve Nordaker
Steven C. Johnson
Steven Levy Enterprises
Stewart & Stevenson
Sti Manufacturing Inc
Stock, Wayne
Stolt-Nielsen, USA Inc
Stonebriar Commercial Finance LLC
Stormgeo, Inc

Str Software
Strategic Automation Services
Strategy X Partners LLC
Stratitsphere Data Center Solutions, LLC
Strauch, Jeremy
Stress Engineering Services, Inc
Strong Pipkin Bissell & Ledyard LLP
Structural Preservations Systems, LLC
Sublime China Information Group Co LTD
Suez Treatment Solutions  Inc
Suez Wts USA Inc
Sullair Of Houston
Sulzer Chemtech USA Inc
Sulzer Ems Inc(Us)
Sulzer Pump Services (Us) Inc
Sulzer Pumps (Us) Inc
Sulzer Turbo Services
Sumitomo Corporation Of Americas
Summer Creek Band Boosters Inc
Summit Electric Supply
Summit Machine Tool LLC
Sun Chemical Corporation
Sun Coast Resources Inc
Sun Life Financial
Sunbelt Rentals
Sunbelt Supply Co
Sunbelt Transformer, LTD
Sundyne
Suntrac Services, Inc
Superior Energies, Inc
Supply Force LLC
Surface Finishing Southwest Inc
Sw Chemical Association
Swagelok Central Houston
Swagelok Southeast Texas
Swailes & Company
Swift Technical Services LLC
Swindoll Paint & Body Shop
Sws Communications
Symmetry Energy Solutions, LLC
Sytek Electric Corporation
T F Hudgins Incorporated
T F Hudgins Incorporated D.B.A. Texas Rotating Equipment
Talance Group LLC

Talbran Enterprises LLC
Talent Nabbers LLC
Talent Smart Inc
Taminco US LLC
Targa Downstream LLC
Targa Transport LLC
Tariq Asrar
Tbc Sales And Distribution, LLC
Tdw (Us) Inc
Tdwp Terminals 1 LLC
Team Industrials Services, Inc
Tech Fab
Tech Trade Global LLC
Techcorr USA, LLC
Technical Automation Services Corp. (Tasc)
Technical Environmental Services Inc
Tech-Quip Inc
Tejano  Center For Community Concerns Inc
Teksavers Inc
Teledyne Analytical Instruments
Teledyne Detcon
Teledyne Isco
Teledyne Monitor Labs
Teris Nyc LLC
Terracon Consultants
Test America
Texaco Inc.
Texas A&M Engineering Extension Service
Texas Aromatics LP
Texas Aromatics, LP
Texas Association Of Rc&D Areas, Inc
Texas Chemical Council
Texas City I S D
Texas Congress Of Parents & Teachers
Texas Dept Of Licensing And
Texas Energy Museum
Texas Outhouse Inc
Texas Rotating Equipment
Texas Rotating Equipment Inc
Texas Steam Equipment
Texprint
Textor, Marise Lada
Tge Industrial Services
The Andersons Inc

The Association Of Former Students, Texas A&M University
The Center For Leadership Studies
The Clubs Of Kingwood
The Econsortium Group Inc
The Equity Engineering Group, Inc
The Examiner Corp
The Executive Group
The Eye Place
The Forgotten Pet Advocates
The G. C. Broach Company
The H.E.A.R.T. Program
The Hilbert Company Inc
The Instar Group LLC
The Koblentz Group
The Quorum Group
The Reynolds Company, LP
The Rubber Economist
The Ruggles-Klingemann Mfg. Co
The Salvation Army Of Greater Houston
The Sherwin-Williams Co.
The Telephone Man
The Tgb Group LLC
The Ultimate Software Group
The Wildlife Center Of Texas
The Work Institute, LLC
Theresa K Streety
Thermal Scientific Inc
Thermo Electron North America LLC
Thermo Environmental Insturments Inc
Thermo Process Instruments LP
Thermo/Probes, Inc
Thermon, Inc
Thomas H. Micklas
Thomas Rynearson
Thomson Reuters Corporation
Thorn, Matthew
Thorpe Plant Services, Inc
Thorpe Products Company
Tiger Field Services LLC
Tiger Industrial Rentals
Timken Gears & Services, Inc
Tis (Total Industrial Service LLC)
Titan Engineering
Titan Quality Power Services, LLC

Tmf Netherlands B.V.
Tmy Consulting  Inc
Tnt Crane & Rigging Inc
Toadfly Technologies LLC
Tolunay-Wong Engineers, Inc
Total Industrial Service Specialties, Inc
Total Petrochemicals USA, Inc
Total Resource Management, Inc
Total Safety Us, Inc
Tower Communications Inc
Tower Performance Of Texas Inc
Towneplace Suites College Station
Toyota Motor Credit Corporation
Toyotalift Of Houston
TP.C. All For One Foundation
Trafigura Ag
Trane U.S. Inc
Trane U.S. Inc D.B.A Fellon-Mccord & Associates, LLC
Transcat
Transflo Terminal Services Inc
Transportation Technology Center, Inc
Transquip U.S.A. Inc
Transwood, Inc
Trc Companies
Trc Environmental Corporation
Treasurer United States Of America Epa - Region 6
Tremor Vibration Services, LLC
Trevino, Jose
Trg The Response Group LLC
Tribridge Holdings LLC
Tribute Energy, Inc
Tridiagonal Solutions Incorporated
Trinity Consultants, Inc
Trinity Rail Leasing LLP
Triplex Inc
Tristar Petroserv, Inc
Triton Analytics
Troy Dewar
Truscore
Tti Oil
Turbine Services LTD
Turbocare, Inc
Turn 2 Specialty Companies LLC
Turnaround Logistics

Turnaround Logistics Inc
Turner Industries Group LLC
Turnkey I&E LTD
Turnstone E, H & S, Inc
Tx-La Contractor Resources LLC
U.S. Customs And Border Protection
Uanzeki Kelly Ojeiwa
UBS Securities, LLC
Ukg Inc
Ul  Ehs Sustainability
Ul Verification Services Inc
Uline Inc
Umicore Catalyst USA LLC
Underground Storage LLC
Union Pacific Railroad Co
Union Tank Car Company
United Rentals
United Site Services Of Texas, Inc
United States Environmental Services LLC
United States Treasury
United Steel Workers (Usw)
United Steelworkers Local 13-228
United Van Lines Inc
United Way
United Way Of Mid & So Jefferson County
UnitedHealth Group, Inc.
Univar Solutions USA Inc
Univar USA Inc
Universal Analyzers Inc
Universal Operations LLC
Universal Plant Services Inc
Universal Preserv-A-Chem Inc
Universal Thermal Covers LLC
University Of Houston Main Campus
University Of Maryland
University Of Oklahoma Foundation Inc
University Of Texas Health Science Center At Houston
UOP LLC
Uplink Software Solutions LLC
Ups Industrial Services, LLC
Ups Machinery Services, Inc
Us Dept. Of Labor - Osha
Us Ecology Texas Inc
Us Fire Pump Company LLC
Us Fusion & Specialty Construction LLC

Us Metals Inc
Us Tire Manufacturers Association Inc
USA Industries, Inc
Utilities Optimization Group LLC
Valco Instruments Company Inc
Vallen Distribution Inc
Valls International  Inc
Valsource International, LLC
Valtech Engineering
Vantage Solutions LLC
Vapor Point, LLC
Vegetation Management Specialist Inc
Venice Engineering LLC
Veolia Environmental Services
Veolia Es Technical Solutions LLC
Veris, Inc
Verizon Communications Inc.
Vgas, LLC
Vinmar Overseas LTD
Vinson & Elkins LLP
Visible Belief Education Foundation
Visionmonitor Software, LLC
Vitalsmarts
Vitol SA Inc
Vivicom Inc
VLS Recovery Services, LLC
Vortex Colorado Inc
Vwr International
Wabash Power Equipment
Ward Leonard
Ware Inc
Wash Away Mobile Showers
Waste Management Of Texas Inc
Watco Companies, Inc
Waters Technologies Corporation
Way Service LTD
Weather Research Center
Weil Gotshal & Manges LLP
Weisser Engineering & Surveying
Wellness Iq, Inc
Wells & Kimich
Wells Fargo Vendor Financial Services LLC
Wesco Distribution, Inc
West LLC
West Publishing Corporation

West Unified Communications Services
Western Michigan University
Westlake Chemical OP.C.o LP
Westpark Communications LP
Wex Inc.
Wg Consulting LLC
Wha International Inc
White Cap Construction Supply
Whitley, Peter
Wholesale Electric Supply Company
Wildlife Response Services LLC
William Piel
Williams Energy Resources, LLC
Williams Fire & Hazard Control
Williams Purity Pipeline
Williams, Christopher
Wimbledon Killer Whales Swim Team
Windstream Corporation
Wise Men Consultants
Wit Development & Contracting Inc
Wolf Lake Terminals, Inc
Wolfenson Electric
Wood Environment & Infrastructure Solutions Inc
Wood Group USA Inc
Woodruff, Shane
Workforce Software, LLC
Worley Printing
Wright, Jessa
Wtmc
Xact Data Discovery
Yokogawa Corporation Of America
Yourbra Guess
Zayo Group LLC
Zeno Imaging
Zimmermann & Jansen Inc.

**Schedule 2**

FTI has, or within the past two years had, a relationship with the Potential Parties in Interest and/or affiliates thereof identified below on matters unrelated to these chapter 11 cases.

Abb Inc
ABSG Consulting Inc
Accenture, LLP
ACE American Insurance Company
ACE American Insurance Company
Ace American Insurance Company
ADP, Inc
Aflac Group Insurance
Agilent Technologies, Inc
Air Liquide Large Industries U.S. LP
Air Products And Chemicals Inc
Akin Gump Strauss Hauer & Feld LLP
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
Company
Allstate Fire & Casualty Insurance
Company
Alston & Bird LLP
American Chemistry Council
American Chemistry Council
American Express Company
American International Group, Inc.
American Management Association
American Railcar Industries
AmeriGas Partners, L.P.
AmSpec LLC
AmSpec Services LLC
Andrews Kurth LLP
Aon Consulting Inc
Aon PLC
Apple, Inc
Arcadis US Inc
Arch Insurance Company
Arch Insurance Company
Arkema Inc
Asian Clean Fuels Association
Aspen Technology, Inc
AT&T Inc
AT&T Inc.
Baker Botts LLP
Baker Mckenzie LLP

Bank of America, N.A.
BASF Corporation
BASF Corporation
BDO USA LLP
BDO USA LLP
BDO USA LLP
Benefit Street Partners LLC
BHI Energy
Bloomberg Finance L.P.
Blue Cross Blue Shield Of Texas
BNSF Railway Company
BP Energy Company
Bracewell LLP
Braskem S.A.
Bridgestone Americas Tire Operations, LLC
Buckeye Partners, LP
Burns & Mcdonnell Engineering Company,
Inc
Cahill Gordon & Reindel LLP
Canadian National Railway Company
Canadian Pacific Railway Company
Centerpoint Energy Gas Services Inc
CenturyLink Communications, LLC
Cerberus Capital Management, L.P.
Cerberus Operations And Advisory
Company
Certain Underwriter'S At Lloyd'S, London
Chemical Waste Management Inc
Chevron Oronite
Chevron Oronite Company LLC
Chevron Phillips Chemical
Chevron-Phillips Chemical Company  LP
Cisco Systems, Inc
Citgo Petroleum Corporation
Citibank, N.A.
Clariant Corporation
Clean Harbors Environmental Services Inc
Clean Harbors Industrial Services
Clean Harbors Industrial Services Inc
CN (Canadian National Railway)
Cogent Communications

Comcast Cable Communications Management, LLC
Corbin Opportunity Fund, LP
Corbin Opportunity Fund, LP
Cornerstone Ondemand
Cornerstone onDemand, Inc
Cortland  Capital Market Services LLC
Cozen O'Conner
CSX Corporation
Csx Transportation, Inc
CVS Health Corporation
Delta Tech Service Inc
DLA Piper LLP US
Dnv (Det Norske Veritas)
Donlen Corporation
Dow Chemical Company
Dow Chemical Company
Dow Chemical Company
Dresser Rand Company
Dresser-Rand Group Inc.
DXP Enterprises Inc
EI du Pont de Nemours and Company
Entergy Louisiana LLC
Enterprise Products Operating LLC
Ernst & Young LLP
Ernst & Young U.S. LLP
Evercore Group LLC
Evercore Inc
Evoqua Water Technologies LLC
Evoqua Water Technologies LLC
Exponent Inc
Exxon Mobile Oil Corporation
ExxonMobil Oil Corporation
Faegre Drinker Biddle & Reath LLP
Farmers Insurance Exchange
Farmers Insurance Exchange
Figueroa, Adrian
Fire Insurance Exchange
FireEye, Inc
First American Title Insurance Company
First Reserve Corporation
Fisher Scientific
FLIR Systems, Inc
Foley & Lardner LLP
Formosa Plastics Corporation
Formosa Plastics Corporation

Fortress Investment Group LLC
Fujitsu America Inc
Gallagher Benefit Services
Gallagher Benefit Services, Inc
Gartner Inc
GATX Corporation
General Security Indemnity Company Of Arizona
Gerson Lehrman Group Inc
Goldman Sachs Bank USA
Goodyear Tire & Rubber Company
Goodyear Tire & Rubber Company
Grainger Industrial Supply
Grant Thornton LLP
Grant Thornton LLP
Great Lakes Insurance SE
H.I.G. Capital
Hach Company
Hatch LTD
Haynes and Boone, LLP
HDI Global Specialty SE
Hdi Global Specialty Se F/K/A International Insurance Company Of Hannover Se
Honeywell International Inc
Illinois Union Insurance Co
InChem Rock Hill, LLC
Indian Harbor Insurance Co.
Indian Harbor Insurance Company
InterContinental Hotels Group
Internal Revenue Service
Invista S.A.R.L
INVISTA S.A.R.L.
Iron Mountain Inc.
Ironshore Specialty Insurance Company
J. Aron & Company
J.P. Morgan Securities LLC
Jacobs Engineering Group Inc
Johnson Controls Inc
Johnson Matthey Inc
Kansas City Southern Railway
Katten Muchin Rosenman LLP
KBR Inc.
Kinder Morgan
Kinder Morgan, Inc
King, Robert
Lanxess AG

1

Latin America Clean Fuels Association
Level 3 Communications
Level 3 Communications, Inc
Lexington Insurance Company
LexisNexis
Liberty Mutual Insurance Company
Linde Inc
Linde Inc
Linked In, Corp.
Lloyd's of London
Lubrizol Corporation
Lyondell Chemical Company
Lyondell Chemical Company
Markel Insurance SE
Marriott International, Inc.
Marsh & McLennan Companies, Inc
Marsh USA Inc
Michelin North America, Inc
Microsoft Corporation
Mid-Century Insurance Company
Mitsui & Co. (USA), Inc
Mitsui & Co. LTD
Mobile Mini, Inc
Moelis & Company
Moody'S Investor Service
Morris, Nichols, Arsht & Tunnell LLP
Motiva Enterprises LLC
Motiva Enterprises LLC
Munich Re
Nasdaq Inc
National Union Fire Ins Co.
National Union Fire Insurance Co of
Pittsburgh. PA
Navigators Insurance Company
Norfolk Southern
Norfolk Southern Railway Corporation
Norton Rose Fulbright US LLP
Office Depot, Inc
Old Republic Insurance Company
Omega Engineering Inc
Oracle America, Inc
Paul Hastings LLP
Pearson, Michael
Peltier, Matthew
PGIM Inc.
PGIM, Inc

Phillips 66 Company
Phillips 66 Company
Phillips 66 Company
Pitney Bowes Inc.
Port Neches Fuels, LLC
Potter Anderson & Corroon LLP
Praxair Inc
Pricewaterhouse Coopers LLP
PricewaterhouseCooper LLP
PricewaterhouseCoopers (PwC)
Pryor Cashman LLP
QBE Insurance
Qbe Insurance Corporation
Qbe Specialty Insurance Company
Redwood Capital Management, LLC
Republic Services Inc
Restek Corporation
Richards, Layton & Finger, PA
Ricoh USA, Inc
Riverstone Credit Partners LP
Robinson, Betty
Rodriguez, Alejandro
Rohm & Haas Chemicals, LLC
Rohm and Haas Company
S&P Global Ratings
Samsung
SAP America, Inc
Schulte Roth & Zabel LLP
Scottsdale Insurance Company
Sedgwick LLP
Shell Oil Company
Shell Trading (US) Co.
Siemens Energy Inc
Siemens Industry Inc
Sika Corporation
Simpson Thacher Bartlett LLP
Sirius Computer Solutions Inc
Sk Capital Partners LP
Spirax Sarco Inc
Staples Inc.
Starr Indemnity & Liability Company
Starr Surplus Lines Ins Co.
Starr Surplus Lines Insurance Co.
Starstone Specialty Insurance Company
State Automobile Mutual Insurance
Company

2

Steadfast Insurance Company
Strategic Value Excelsior Fund, L.P.
Strategic Value Opportunities Fund, L.P.
Strategic Value Opportunities Fund, L.P.
Strategic Value Special Situations Master
Fund IV, L.P.
Strategic Value Special Situations Master
Fund V, L.P.
Strong Pipkin Bissell & Ledyard LLP
Stroock & Stroock & Lavan
Sun Chemical Corporation
Texaco Inc.
Texas Butylene Chemical Corporation
Texas Olefins Domestic International Sales
Corporation
The Dow Chemical Company
The Lubrizol Corporation
The Moore Law Firm
The Sherwin-Williams Co.
Thomson Reuters Corporation
Tnt Crane & Rigging Inc
Total Petrochemicals & Refining USA, Inc
Total Petrochemicals Inc
Total Petrochemicals USA, Inc
TP Capital Corp.
TPC Group Inc
TPC Group LLC.
TPC Holdings Inc
TPC Phoenix Fuels LLC
TPC Pipeline Company LLC
TPC Pipeline Holding Company LLC
Trane U.S. Inc
Trinh, Huy
Trinseo LLC
Truck Insurance Exchange
Twin City Fire Insurance Co.
Twin City Fire Insurance Company

Twin City Fire Insurance Company
U.S. Bank National Association
U.S. Bank National Association
UBS Securities, LLC
Union Carbide Corporation
Union Pacific Railroad Co
Union Tank Car Company
United States Treasury
UnitedHealth Group, Inc.
Univar USA Inc
UOP LLC
US Specialty Insurance Co.
Valero Marketing & Supply Company
Valero Marketing and Supply Company
Verizon Communications Inc.
Vinson & Elkins LLP
Vitol SA Inc
VLS Recovery Services, LLC
Waste Management Inc.
Watco Companies, Inc
Waters Technologies Corporation
Weil Gotshal & Manges LLP
Wells Fargo Bank, N.A.
Westport Insurance Corporation
Wex Inc.
White And Williams L.L.P.
Windstream Corporation
Wood Group USA Inc
Worley Group Inc
XL Bermuda LTD
XL Insurance America Inc.
XL Specialty Insurance Company
Young Conaway Stargatt & Taylor, LLP
Zachry Industrial, Inc
Zayo Group LLC
Zurich American Insurance Company
Zurich American Insurance Company