# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TPC GROUP INC., *et al.*,[1] | Case No. 22-10493 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, the Official Committee of Unsecured Creditors (the "Committee"), through its undersigned counsel, served the following via electronic mail on July 1, 2022, to the below counsel:

- *The Official Committee of Unsecured Creditors of TPC Group Inc., et al.'s Notice of Deposition of Roopesh Shah*

- *The Official Committee of Unsecured Creditors of TPC Group Inc., et al.'s Notice of Deposition of Zul Jamal*

- *The Official Committee of Unsecured Creditors of TPC Group Inc., et al.'s Notice of Deposition of Robert A. Del Genio*

- *The Official Committee of Unsecured Creditors of TPC Group Inc., et al.'s Notice of Deposition of Debtors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Counsel to TPC Group, Inc., *et al.*
rdehney@morrisnichols.com
cmiller@morrisnichols.com
dbutz@morrisnichols.com
mtalmo@morrisnichols.com
bloughnane@morrisnichols.com
jim.prince@bakerbotts.com
kevin.chiu@bakerbotts.com
david.eastlake@bakerbotts.com
lauren.randle@bakerbotts.com
scott.bowling@bakerbotts.com
kevin.jacobs@bakerbotts.com

Counsel to the Ad Hoc Noteholder Group
mlunn@ycst.com
rpoppiti@ycst.com
krishansen@paulhastings.com
joncanfield@paulhastings.com
gabesasson@paulhastings.com

Counsel to the Ad Hoc Group of Non-Consenting Noteholders
jselendy@selendygay.com
adunlap@selendygay.com
oshine@selendygay.com
msiegel@selendygay.com
ljones@pszjlaw.com
tcairns@pszjlaw.com
dhillman@proskauer.com

Dated: July 5, 2022
Wilmington, Delaware

*/s/ Patrick J. Reilley*
**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone : (302) 652-3131
Facsimile : (302) 652-3117
E-mail: jalberto@coleschotz.com
preilley@coleschotz.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin (admitted *pro hac vice*)
Naomi Moss (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: pdublin@akingump.com
nmoss@akingump.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (admitted *pro hac vice*)
Lacy M. Lawrence (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
E-mail: mbrimmage@akingump.com
llawrence@akingump.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*