IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TPC GROUP INC., *et al*.,[1] | Case No. 22-10493 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 36 & 390** |

NOTICE OF FILING PROPOSED REDACTED VERSION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
OBJECTION TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND
FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN SENIOR
SECURED PRIMING SUPERPRIORITY POSTPETITION FINANCING AND
(B) USE CASH COLLATERAL, (II) GRANTING LIENS AND PROVIDING CLAIMS
WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING
ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, (IV)
MODIFYING THE AUTOMATIC STAY AND (V) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on July 8, 2022, the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession, by and through its undersigned proposed counsel, filed under seal the *Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay and (V) Granting Related Relief* [Sealed] [ECF No. 390] (the "Objection").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

2

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby files a proposed redacted version of the Objection, attached hereto as **Exhibit 1**.

| | |
|---|---|
| Dated: July 10, 2022<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Patrick J. Reilley*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>Andrew J. Roth-Moore (No. 5988)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br>aroth-moore@coleschotz.com<br><br>- and -<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Philip C. Dublin (admitted *pro hac vice*)<br>Naomi Moss (admitted *pro hac vice*)<br>Edan Lisovicz (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>pdublin@akingump.com<br>nmoss@akingump.com<br>elisovicz@akingump.com<br><br>- and –<br><br>Marty L. Brimmage, Jr. (admitted *pro hac vice*)<br>Lacy M. Lawrence (admitted *pro hac vice*)<br>2300 N. Field St., Suite 2300<br>Dallas, TX 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343<br>mbrimmage@akingump.com<br>llawrence@akingump.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors of TPC Group Inc., et al.* |