# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TPC GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>Jointly Administered<br><br>**Hearing Date: August 16, 2022 at 1:00 p.m. (ET)**<br><br>**Objection Deadline: August 5, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF DEBTORS FOR ORDER (I) AUTHORIZING ENTRY INTO BACKSTOP AGREEMENTS, (II) APPROVING OBLIGATIONS THEREUNDER, (III) APPROVING RIGHTS OFFERING PROCEDURES AND RELATED FORMS, (IV) AUTHORIZING DEBTORS TO CONDUCT THE RIGHTS OFFERING TRANSACTIONS, AND (V) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on July 22, 2022, TPC Group Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the **Motion Of Debtors For Order (I) Authorizing Entry Into Backstop Agreements, (II) Approving Obligations Thereunder, (III) Approving Rights Offering Procedures And Related Forms, (IV) Authorizing Debtors To Conduct The Rights Offering Transactions, And (V) Granting Related Relief** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 5, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned proposed counsel to the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 16, 2022 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM #7, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 22, 2022
Wilmington, Delaware

| | |
|---|---|
| **BAKER BOTTS L.L.P.** | */s/ Brian Loughnane* |
| James R. Prince (admitted *pro hac vice*) | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| Kevin Chiu (admitted *pro hac vice*) | Robert J. Dehney (No. 3578) |
| 2001 Ross Avenue, Suite 900 | Curtis S. Miller (No. 4583) |
| Dallas, Texas 75201-2980 | Daniel B. Butz (No. 4227) |
| Telephone:   (214) 953-6500 | Matthew O. Talmo (No. 6333) |
| Facsimile:   (214) 953-6503 | Brian Loughnane (No. 6853) |
| Email: jim.prince@bakerbotts.com | 1201 N. Market Street, 16th Floor |
|           kevin.chiu@bakerbotts.com | P.O. Box 1347 |
| | Wilmington, Delaware 19899-1347 |
| -and- | Telephone: (302) 658-9200 |
| | Facsimile: (302) 658-3989 |
| BAKER BOTTS L.L.P. | Email:   rdehney@morrisnichols.com |
| Scott R. Bowling (admitted *pro hac vice*) |           cmiller@ morrisnichols.com |
| 30 Rockefeller Plaza |           dbutz@ morrisnichols.com |
| New York, New York 10112 |           mtalmo@ morrisnichols.com |
| Telephone:   (212) 408-2500 |           bloughnane@ morrisnichols.com |
| Facsimile:   (212) 259-2501 | |
| Email: scott.bowling@bakerbotts.com | *Attorneys for Debtors* |
| -and- | *and Debtors in Possession* |
| BAKER BOTTS L.L.P. | |
| David R. Eastlake (admitted *pro hac vice*) | |
| Lauren N. Randle (admitted *pro hac vice*) | |
| 910 Louisiana Street | |
| Houston, Texas 77002 | |

Telephone:     (713) 229-1234
Facsimile:      (713) 229-1522
Email: david.eastlake@bakerbotts.com
          lauren.randle@bakerbotts.com