**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |

**AMENDED[2] NOTICE OF AGENDA FOR OMNIBUS HEARING
SCHEDULED FOR JULY 29, 2022, AT 10:00 A.M. (E.T.)**

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.** Please register by July 28, 2022 at 4:00 p.m. Eastern Time.
>
> COURTCALL WILL NOT BE USED FOR THIS HEARING.
>
> Please use the following link to register for this hearing:
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItd-yurzMjEg5bHvbSO2daRrJ-iLPqlek**
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.
>
> YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.
>
> Topic:  TPC Group, Inc.
>
> Time:  July 29, 2022 at 10:00 AM Eastern Time (US and Canada)

**MATTERS GOING FORWARD:**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

[2] Amended items appear in **bold**.

Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 36 – filed June 1, 2022].

Objection Deadline:  June 22, 2022 at 4:00 p.m. (ET); extended by agreement among the parties to July 8, 2022 at 4:00 p.m. (ET) for the U.S. Trustee, UCC, Ad Hoc Group of Non-Consenting Noteholders, and Mockingbird Credit Opportunities Company.

Objections/Responses Received:

i. Limited Objection and Reservation of Rights of Mockingbird Credit Opportunities Company to the Debtors' DIP Motion [D.I. 69 – filed June 1, 2022];

ii. Objection of Ad Hoc Group of Non-Consenting Noteholders to Debtors' Motion for Entry of Interim and Final Orders Approving DIP Financing [D.I. 76 – filed June 2, 2022];

iii. Objection of the Taxing Authorities to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (Ref. Docket Nos. 36, 147) [D.I. 280 – filed June 22, 2022];

iv. [SEALED] Objection of Official Committee of Unsecured Creditors' to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 390 – filed July 8, 2022];

v. MDL Plaintiffs' Counsel's Joinder to the Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (Dkt. No. 390) [D.I. 391 – filed July 8, 2022];

vi. Objection and Reservation of Rights of Mockingbird Credit Opportunities Company to Final Approval of the Debtors DIP Motion [D.I. 392 – filed July 8, 2022];

vii.     [SEALED] Supplemental Objection of Cerberus Capital Management, L.P. and Bayside Capital, Inc. to Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 393 – filed July 8, 2022]; and

viii.     Second Supplemental Objection of Cerberus Capital Management, L.P. and Bayside Capital, Inc. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 508 – filed July 26, 2022].

Related Documents:

i.     [SEALED] Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 56 – filed June 1, 2022];

ii.     [SEALED] Declaration of Zul Jamal in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 65 – filed June 1, 2022];

iii.     Declaration of Robert A. Del Genio in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 66 – filed June 1, 2022];

iv.     Notice of Filing of Proposed Redacted Version of the Declaration of Zul Jamal in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing

|      |      |
| ---- | ---- |
|      | the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 68 – filed June 1, 2022]; |
| v.   | Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 147 – entered June 3, 2022]; |
| vi.  | Declaration of Zul Jamal in Support of Debtors' and Intervenor Defendant's Consolidated Response to Plaintiffs' Emergency Motion for Stay of Effectiveness and Enforcement of Order and Judgment Pending Appeal and Suspension of Other Proceedings [A.D.I. 84 – filed July 11, 2022]; |
| vii. | Declaration of Robert Del Genio in Support of Debtors' and Intervenor Defendant's Consolidated Response to Plaintiffs' Emergency Motion for Stay of Effectiveness and Enforcement of Order and Judgment Pending Appeal and Suspension of Other Proceedings [A.D.I. 85 – filed July 11, 2022]; |
| viii. | Debtors' and Intervenor Defendant's Consolidated Response to Plaintiffs' Emergency Motion for Stay of Effectiveness and Enforcement of Order and Judgment Pending Appeal and Suspension of Other Proceedings [A.D.I. 86 – filed July 11, 2022]; |
| ix.  | Notice of Filing Proposed Redacted Version of the Official Committee of Unsecured Creditors' Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 399 – filed July 10, 2022]; |
| x.   | Debtors' Omnibus Reply to Objections to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 418 – filed July 12, 2022]; |
| xi.  | Motion for Leave to Exceed Page Limit for Debtors' Omnibus Reply to Objections to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the |

|       |   |
|-------|---|
| | Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 419 – filed July 12, 2022]; |
| xii. | Omnibus Reply of the Ad Hoc Noteholder Group to Objections to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 423 – filed July 12, 2022]; |
| xiii. | Ad Hoc Noteholder Group's Motion for Entry of an Order Granting Leave and Permission to File Reply in Support of DIP Motion [D.I. 425 – filed July 13, 2022]; |
| xiv. | The Official Committee of Unsecured Creditors' Witness List for Hearing Scheduled for July 15, 2022 at 10:00 a.m. (Eastern Time) [D.I. 426 – filed July 13, 2022]; |
| xv. | Mockingbird Credit Opportunities Company LLC's Witness and Exhibit List for Final DIP Financing Hearing on July 15, 2022 at 10:00 a.m. (Eastern Time) [D.I. 427 – filed July 13, 2022]; |
| xvi. | Notice of Filing of Revised Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 429 – filed July 13, 2022]; |
| xvii. | Debtors Witness List for July 15 Hearing [D.I. 430 – filed July 13, 2022]; |
| xviii. | The Ad Hoc Group of Non-Consenting Noteholders' Amended Witness and Exhibit List for DIP Hearing [D.I. 512 – filed July 26, 2022]; |
| xix. | Debtors' Exhibit List for DIP Hearing [D.I. 516 – filed July 27, 2022]; |
| **xx.** | **The Official Committee of Unsecured Creditors' Witness List for Hearing Scheduled for July 29, 2022 at 10:00 Am (Eastern Time) [D.I. 517 – filed July 27, 2022];** |
| **xxi.** | **The Official Committee of Unsecured Creditors' Exhibit List for Hearing Scheduled for July 29, 2022 at 10:00 Am (Eastern Time) [D.I. 521 – filed July 27, 2022];** |

xxii. **Reply of the Ad Hoc Noteholder Group to Second Supplemental Objection of Cerberus Capital Management, L.P. and Bayside Capital, Inc. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 526 – filed July 28, 2022];**

xxiii. **Ad Hoc Noteholder Group's Motion for Entry of an Order Granting Leave and Permission to File Supplemental Reply in Support of DIP Moton and in Response to Second Supplemental DIP Objection [D.I. 527 – filed July 28, 2022];**

xxiv. **Motion for Leave to File the Debtors' Reply to the Second Supplemental Objection of Cerberus Capital Management, L.P. and Bayside Capital, Inc. to Debtors' Motion for Entry of an Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Secured Priming Superpriority Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 528 – filed July 28, 2022]; and**

xxv **Debtors' Reply to the Second Supplemental Objection of Cerberus Capital Management, L.P. and Bayside Capital, Inc. to Debtors' Motion for Entry of an Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Secured Priming Superpriority Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 528-1 – filed July 28, 2022].**

Status: This matter is going forward.

2. Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of the DIP Fees in the Debtor in Possession Financing Facilities [D.I. 166 – filed June 6, 2022].

Objection Deadline: June 20, 2022 at 4:00 p.m. (ET).

Objections/Responses Received:

i. United States Trustee's Omnibus Objection to the Debtors' Motions to Seal Filed at D.I. 164, 166, and 167 [D.I. 239 – filed June 17, 2022].

Related Documents:

i. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 36 – filed June 1, 2022];

ii. [SEALED] Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 56 – filed June 1, 2022];

iii. [SEALED] Declaration of Zul Jamal in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 65 – filed June 1, 2022]; and

iv. Notice of Filing Proposed Redacted Version of the Declaration of Zul Jamal in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 68 – filed June 1, 2022].

Status: This matter is going forward.

3. Motion to File Under Seal Portions of the Declaration of Robert A. Del Genio [D.I. 167 – filed June 7, 2022].

Objection Deadline: June 21, 2022, at 4:00 p.m. (ET).

Objections/Responses Received:

i. United States Trustee's Omnibus Objection to the Debtors' Motions to Seal Filed at D.I. 164, 166, and 167 [D.I. 239 – filed June 17, 2022].

Related Documents:

i. [SEALED] Declaration of Robert A. Del Genio [D.I. 67 – filed June 1, 2022]; and

ii. Notice of Proposed Redacted Version of Declaration of Robert A. Del Genio [D.I. 70 – filed June 1, 2022].

Status: This matter is going forward.

4. Motion to Seal Certain Information in the (A) Emergency Motion of Plaintiffs for Stay of Effectiveness and Enforcement of Order Pending Appeal and Suspension of Other Proceedings Pursuant to Bankruptcy Rule 8007, (B) Supplemental Objection of Cerberus Capital Management, L.P. and Bayside Capital, Inc. to "Debtors' Motion for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief", and (C) Declarations of Alexander Tracy Filed in Support of the Foregoing [D.I. 395 – filed July 8, 2022].

Objection Deadline: At or before the hearing.

Objections/Responses Received: None at this time.

Related Documents:

i. [SEALED] Supplemental Objection of Cerberus Capital Management, L.P. and Bayside Capital, Inc. to Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 393 – filed July 8, 2022]; and

ii. [REDACTED] Supplemental Objection of Cerberus Capital Management, L.P. and Bayside Capital, Inc. to "Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief" [D.I. 394 – filed July 8, 2022].

Status: This matter is going forward.

5. Motion to File Under Seal the Official Committee of Unsecured Creditors' Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A)

      Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superiority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 400 – filed July 10, 2022].

      <u>Objection Deadline</u>: At or before the hearing.

      <u>Objections/Responses Received</u>: None at this time.

      <u>Related Documents</u>:

      i.    [SEALED] Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 390 – filed July 8, 2022];

      ii.    Notice of Filing of Proposed Redacted Version of the Official Committee of Unsecured Creditors' Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 399 – filed July 10, 2022].

      <u>Status</u>: This matter is going forward.

6.    Motion to File Under Seal Portions of (I) TPC Group Inc.'s Brief in Opposition to Plaintiffs' Motion for Summary Judgment and (II) Declaration of Patrick Hurt [A.D.I. 53 – filed June 23, 2022].

      <u>Objection Deadline</u>: At or before the hearing.

      <u>Objections/Responses Received</u>:

      i.    Informal comments from the U.S. Trustee.

      <u>Related Documents</u>:

      i.    [SEALED] TPC Group Inc.'s Brief in Opposition to Plaintiff's Motion for Summary Judgment [A.D.I. 40 – filed June 17, 2022];

      ii.    [SEALED] Declaration of Patrick Hurt [A.D.I. 41 – filed June 17, 2022]; and

iii. Notice of Filing of Revised Proposed Redacted Version of TPC Group Inc.'s Brief in Opposition to Plaintiffs' Motion for Summary Judgment [A.D.I. 59 – filed June 28, 2022].

Status: This matter is going forward.

Dated: July 28, 2022
Wilmington, Delaware

| | /s/ Brian Loughnane |
|---|---|
| **BAKER BOTTS L.L.P.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| James R. Prince (admitted *pro hac vice*) | Robert J. Dehney (No. 3578) |
| Kevin Chiu (admitted *pro hac vice*) | Curtis S. Miller (No. 4583) |
| 2001 Ross Avenue, Suite 900 | Daniel B. Butz (No. 4227) |
| Dallas, Texas 75201-2980 | Matthew O. Talmo (No. 6333) |
| Telephone:   (214) 953-6500 | Brian Loughnane (No. 6853) |
| Facsimile:   (214) 953-6503 | 1201 N. Market Street, 16th Floor |
| Email: jim.prince@bakerbotts.com | P.O. Box 1347 |
|          kevin.chiu@bakerbotts.com | Wilmington, Delaware 19899-1347 |
| | Telephone: (302) 658-9200 |
| -and- | Facsimile: (302) 658-3989 |
| | Email:   rdehney@morrisnichols.com |
| BAKER BOTTS L.L.P. |            cmiller@ morrisnichols.com |
| Scott R. Bowling (admitted *pro hac vice*) |            dbutz@ morrisnichols.com |
| 30 Rockefeller Plaza |            mtalmo@ morrisnichols.com |
| New York, New York 10112 |            bloughnane@ morrisnichols.com |
| Telephone:   (212) 408-2500 | |
| Facsimile:   (212) 259-2501 | *Attorneys for Debtors* |
| Email: scott.bowling@bakerbotts.com | *and Debtors in Possession* |

-and-

BAKER BOTTS L.L.P.
David R. Eastlake (admitted *pro hac vice*)
Lauren N. Randle (admitted *pro hac vice*)
910 Louisiana Street
Houston, Texas 77002
Telephone:   (713) 229-1234
Facsimile:   (713) 229-1522
Email: david.eastlake@bakerbotts.com
         lauren.randle@bakerbotts.com