## Exhibit 1

**Email from Mark Radtke of Foley & Lardner LLP, attorney for the Prepetition Junior Priority Notes Trustee, dated June 22, 2022**

| | |
|---|---|
| **From:** | Radtke, Mark <mradtke@foley.com> |
| **Sent:** | Wednesday, June 22, 2022 9:35 AM |
| **To:** | Esses, Joshua; Nann, Alissa M.; Ruppenthal, Samantha; Eric Schnabel; 'glorioso.alessandra@dorsey.com' |
| **Cc:** | Hillman, David |
| **Subject:** | RE: TPC - Request for Direction Letter |

*This email originated from outside the Firm.*

Josh,

The trustee has not received any such direction letter.

**Mark Radtke**
*Partner*

**Foley & Lardner LLP | Chicago, IL**
Phone 312.832.4966
Visit Foley.com | mradtke@foley.com



---

**From:** Esses, Joshua <JEsses@proskauer.com>
**Sent:** Monday, June 20, 2022 11:00 PM
**To:** Radtke, Mark <mradtke@foley.com>; Nann, Alissa M. <ANann@foley.com>; Ruppenthal, Samantha <sruppenthal@foley.com>; 'schnabel.eric@dorsey.com' <schnabel.eric@dorsey.com>; 'glorioso.alessandra@dorsey.com' <glorioso.alessandra@dorsey.com>
**Cc:** Hillman, David <DHillman@proskauer.com>
**Subject:** TPC - Request for Direction Letter

** EXTERNAL EMAIL MESSAGE **
Counsel,

We represent the Ad Hoc Group of Non-Consenting Noteholders [ECF No. 226] in the TPC chapter 11 cases.

Pages 55–56 of the DIP Motion [ECF No. 36] indicate majority lenders under the 10.5% Indenture directed the trustee to consent to the proposed DIP, and that the trustee so consented.

Can you please send us a courtesy copy of this direction letter and of the trustee's acceptance of the direction?

Best,
Josh

**Joshua A. Esses**
Associate - Business Solutions, Governance, Restructuring & Bankruptcy Group

[Proskauer](Proskauer)
Eleven Times Square
New York, NY 10036-8299
d 212.969.3667
f  212.969.2900
c 203.912.2064
[jesses@proskauer.com](jesses@proskauer.com)

********************************************************************************************
****************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
********************************************************************************************
****************************************************


The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.