**Exhibit 1**

| Priority | DIP Collateral (other than TPC Holdings Assets) that constitutes **ABL Facility Priority Collateral** | DIP Collateral (other than TPC Holdings Assets) that constitutes **Notes Priority Collateral** | TPC Holdings Assets | Claims |
|---|---|---|---|---|
| *First* | Carve Out and Permitted Prior Liens | Carve Out and Permitted Prior Liens | Carve Out | Carve Out |
| *Second* | ABL DIP Liens | Term DIP Liens | ABL DIP Liens | Term DIP Superpriority Claims and ABL DIP Superiority Claims on a *pari passu* basis |
| *Third* | Term DIP Liens | Senior Priority Notes Adequate Protection Liens (until the Prepetition Senior Priority Notes Secured Obligations are rolled up in full under the Term DIP Loan Facility and are irrevocably deemed Paid in Full) | Term DIP Liens (other than DIP Roll Up Loans) | Senior Priority Notes Adequate Protection Claims (until the Prepetition Senior Priority Notes Secured Obligations are rolled up in full under the Term Loan DIP Facility and are irrevocably deemed Paid in Full) |
| *Fourth* | Senior Priority Notes Adequate Protection Liens (until the Prepetition Senior Priority Note Secured Obligations are rolled up in full under the Term DIP Loan Facility and are irrevocably deemed Paid in Full) | Prepetition Senior Priority Notes Liens (until the Prepetition Senior Priority Notes Secured Obligations are rolled up in full under the Term DIP Loan Facility and are irrevocably deemed Paid in Full) | | Junior Priority Notes Adequate Protection Claims |
| *Fifth* | Prepetition Senior Priority Notes Liens (until the Prepetition Senior Priority Note Secured Obligations are rolled up in full under the Term DIP Loan Facility and are irrevocably deemed Paid in Full) | Junior Priority Notes Adequate Protection Liens | | |

| | | |
|---|---|---|
| *Sixth* | Junior Priority Notes Adequate Protection Liens | Prepetition Junior Priority Notes Liens |
| *Seventh* | Prepetition Junior Priority Notes Liens | ABL DIP Liens |

LEGAL_US_E # 164816932.1