# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TPC GROUP INC., *et al.*,[1] | ) Case No. 22-10493 (CTG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related Docket Nos. 687, 698, and 690** |

## DECLARATION OF SERVICE

I, William D. Sullivan, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am a member of SULLIVAN HAZELTINE ALLINSON LLC, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3. On August 30, 2022, I caused one copy of the following documents to be electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and to be served via Electronic Mail on the parties listed on the attached service list:

- Port Neches Plant Explosion Class Claimants' Omnibus Motion for Class Certification (I) Approval and Ratification of Filing of Class Proofs of Claim and (II) Certification of Classes [DI 687];

- Memorandum of Points and Authorities in Support of Port Neches Plant Explosion Class Claimants' Omnibus Motion for Class Certification (I) Approval and Ratification of Filing of Class Proofs of Claim and (II) Certification of Classes [DI 698]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

2

- Appendix to Memorandum of Points and Authorities in Support of Port Neches Plant Explosion Class Claimants' Omnibus Motion for Class Certification (I) Approval and Ratification of Filing of Class Proofs of Claim and (II) Certification of Classes [DI 690].

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: August 31, 2022<br>Wilmington, Delaware | By: */s/ William D. Sullivan*<br>William D. Sullivan (No. 2820) |

**TPC Group Inc., Case No. 22-10943 (CTG)**
**Service List**

*Counsel for the Debtors*

| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br>James R. Prince, Esq.<br>Kevin Chiu, Esq.<br>jim.prince@bakerbotts.com<br>kevin.chiu@bakerbotts.com<br><br>  -and-<br><br>BAKER BOTTS L.L.P.<br>Scott R. Bowling, Esq.<br>scott.bowling@bakerbotts.com<br><br>  -and-<br><br>BAKER BOTTS L.L.P.<br>David R. Eastlake, Esq.<br>Lauren N. Randle<br>david.eastlake@bakerbotts.com<br>lauren.randle@bakerbotts.com | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney, Esq.<br>Curtis S. Miller, Esq.<br>Daniel B. Butz, Esq.<br>Matthew O. Talmo, Esq.<br>Brian Loughnane, Esq.<br>rdehney@morrisnichols.com<br>cmiller@morrisnichols.com<br>dbutz@morrisnichols.com<br>mtalmo@morrisnichols.com<br>bloughnane@morrisnichols.com |

*U.S. Trustee*

Rosa Sierra-Fox, Esq.
Office of the U.S. Trustee
rosa.sierra@usdoj.gov

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Philip C. Dublin, Esq.<br>Abid Qureshi, Esq.<br>Arik Preis, Esq.<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>apreis@akingump.com | COLE SCHOTZ P.C.<br>Justin Alberto, Esq.<br>Patrick J. Reilley, Esq.<br>Andrew Roth-Moore, Esq.<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br>aroth-moore@coleschotz.com |