IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **TPC GROUP INC.**, *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | **RE: D.I. 656** |

### CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS FROM JUNE 1, 2022 THROUGH AND INCLUDING JUNE 30, 2022

The undersigned hereby certifies that, as of the date hereof, Moelis & Company LLC ("Moelis") has received no answer, objection or other responsive pleading to the *First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from June 1, 2022 Through and Including June 30, 2022* (the "Application") (D.I. 656), filed on August 17, 2022.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of the Application, objections to the Application were to be filed and served no later than August 31, 2022 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (D.I. 339) entered on June 30, 2022, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $2,850,000.00 | $8,185.24 | $2,280,000.00 | $2,288,185.24 |

WHEREFORE, Moelis respectfully requests that the Application be approved.

Dated: September 1, 2022
      Wilmington, Delaware

**MOELIS & COMPANY, LLC**

*/s/ Zul Jamal*

Zul Jamal
Managing Director
399 Park Avenue, 4th Floor
New York, NY 10022
Telephone: (212) 883-3813
Email: zul.jamal@moelis.com

*Investment Banker to the Debtors*