**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered<br>**Hearing Date (Proposed): September 9, 2022**<br>**Objections Due (Proposed): At or before the Hearing** |

**NOTICE OF HEARING REGARDING DEBTORS' MOTION FOR AN ORDER MODIFYING THE APPLICATION OF LOCAL RULE 3007-1(F)(I) & (III) IN RESPECT OF CERTAIN PNO AND OTHER CLAIMS OBJECTIONS AND APPROVING CONSOLIDATED CLAIMS OBJECTION PROCEDURES**

PLEASE TAKE NOTICE that on September 2, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for an Order Modifying the Application of Local Rule 3007-1(f)(I) & (iii) in Respect of Certain PNO and Other Claims Objections and Approving Consolidated Claims Objection Procedures* (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION **IS PROPOSED TO BE HELD ON SEPTEMBER 9, 2022** (THE "HEARING") BEFORE THE BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY JUDGE.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion **are proposed to be able to be mad**e **at or before Hearing**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Dated: September 2, 2022
Wilmington, Delaware

| | |
|---|---|
| | */s/ Brian Loughnane* |
| **BAKER BOTTS L.L.P.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| James R. Prince (admitted *pro hac vice*) | Robert J. Dehney (No. 3578) |
| Kevin Chiu (admitted *pro hac vice*) | Curtis S. Miller (No. 4583) |
| 2001 Ross Avenue, Suite 900 | Daniel B. Butz (No. 4227) |
| Dallas, Texas 75201-2980 | Matthew O. Talmo (No. 6333) |
| Telephone: (214) 953-6500 | Brian Loughnane (No. 6853) |
| Facsimile: (214) 953-6503 | 1201 N. Market Street, 16th Floor |
| Email: jim.prince@bakerbotts.com | P.O. Box 1347 |
| kevin.chiu@bakerbotts.com | Wilmington, Delaware 19899-1347 |
| | Telephone: (302) 658-9200 |
| -and- | Facsimile: (302) 658-3989 |
| | Email: rdehney@morrisnichols.com |
| BAKER BOTTS L.L.P. | cmiller@morrisnichols.com |
| Scott R. Bowling (admitted *pro hac vice*) | dbutz@morrisnichols.com |
| 30 Rockefeller Plaza | mtalmo@morrisnichols.com |
| New York, New York 10112 | bloughnane@morrisnichols.com |
| Telephone: (212) 408-2500 | |
| Facsimile: (212) 259-2501 | |
| Email: scott.bowling@bakerbotts.com | *Attorneys for Debtors* |
| | *and Debtors in Possession* |
| -and- | |
| | |
| BAKER BOTTS L.L.P. | |
| David R. Eastlake (admitted *pro hac vice*) | |
| Lauren N. Randle (admitted *pro hac vice*) | |
| 910 Louisiana Street | |
| Houston, Texas 77002 | |
| Telephone: (713) 229-1234 | |
| Facsimile: (713) 229-1522 | |
| Email: david.eastlake@bakerbotts.com | |
| lauren.randle@bakerbotts.com | |