**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**TPC GROUP INC.**, *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I. 722, \_\_\_\_** |

**ORDER SHORTENING NOTICE OF DEBTORS' MOTION FOR AN ORDER MODIFYING THE APPLICATION OF LOCAL RULE 3007-1(F)(I) & (III) IN RESPECT OF CERTAIN PNO AND OTHER CLAIMS OBJECTIONS AND APPROVING CONSOLIDATED CLAIMS OBJECTION PROCEDURES**

Upon the Debtors' motion (the "**Motion to Shorten**")² for entry of an order shortening notice of the *Debtors' Motion for an Order Modifying the Application of Local Rule 3007-1(f)(i) & (iii) in Respect of PNO Claims and Other Claims Objections and Approving Consolidated Claims Objection Procedures* (the "**Motion**"); and the Court having reviewed the Motion to Shorten and the Motion; and the Court having found that the relief requested in the Motion to Shorten is justified under the circumstances, IT IS HEREBY ORDERED THAT**:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion shall be considered on September 9, 2022 at _____ (ET).

3. Objections, if any, to the relief requested in the Motion may be made at or before the Hearing.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

² Capitalized terms used but not defined herein are defined in the Motion to Shorten.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.