TPC Group Inc.
22-10493

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Miles | Taylor | Bankr. Ct. | |
| Charles | Persons | Mockingbird Credit Opportunities Company LLC | Sidley Austin LLP |
| Greg | Stuecheli | Mockingbird Credit Opportunities Company LLC | |
| Michael | Hasenauer | Mockingbird Credit Opportunities Company LLC | |
| Maegan | Quejada | Mockingbird Credit Opportunities Company LLC | Sidley Austin LLP |
| Mark | Radtke | U.S. Bank Trust Company, National Association, as tr | Foley & Lardner LLP |
| Rosa | Sierra-Fox | Andrew R. Vara (U.S. Trustee) | USTP |
| Arthur | Osueke | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation |
| David | Fournier | ExxonMobil Products Solutions Company | Troutman Pepper Hamilton Sanders LLP |
| Michael | Mervis | Ad Hoc Group of Non Consenting Noteholders | |
| David | Hillman | Ad Hoc Group of Non Consenting Noteholders | |
| Sameer | Alifarag | GLAS USA LLC and GLAS Americas LLC | Pryor Cashman LLP |
| Alessandra | Glorioso | U.S. Bank National Association, as Indenture Trustee | Dorsey & Whitney (Delaware) LLP |
| Conrad | Chiu | Glas USA LLC & Glas Americas LLC | Pryor Cashman |
| Seth | Lieberman | Glas USA LLC & Glas Americas LLC | Pryor Cashman LLP |
| Danielle | Rodriguez | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation |
| Emily | Kuznick | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Patrick | Sibley | Glas USA LLC & Glas Americas LLC | Pryor Cashman LLP |
| Kris | Hansen | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Ken | Pasquale | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Jonathan | Schwartz | Debtors | Simpson Thacher & Bartlett |
| Dov | Gottlieb | Debtors | Simpson Thacher & Bartlett |
| David | Azarkh | Debtors | Simpson Thacher & Bartlett |
| David A. | Hammerman | FR Sawgrass L.P. and SK Sawgrass L.P. | Latham & Watkins LLP |
| Daniel | Kay | Debtors | Simpson Thacher & Bartlett |
| Jon | Canfield | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Erez | Gilad | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Gabe | Sasson | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Jeffrey | Kaplan | BCAS | BCAS |
| Jason | Pierce | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Walter | McLallen | Cerberus Capital Management, L.P. | Cerberus Capital Management, L.P. |
| Hugh | Murtagh | FR Sawgrass L.P. and SK Sawgrass L.P. | Latham & Watkins LLP |

TPC Group Inc.
22-10493

| | | | |
|---|---|---|---|
| Caroline | Diaz | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Michael | Magzamen | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Randall | Weber-Levine | FR Sawgrass L.P. and SK Sawgrass L.P. | Latham & Watkins LLP |
| Isaac | Hudis | Debtors | Simpson Thacher & Bartlett |
| Peter | D'Apice | Co-Lead Counsel for MDL Plaintiffs | Stutzman, Bromberg, Esserman & Plifka, P.C. |
| Richard | Gladstein | Environmental Protection Agency | U.S. department of Justice |
| Becky | Yerak | Wall Street Journal | News Corp |
| Eric | Monzo | GLAS USA LLC and GLAS Americas LLC | Morris James LLP |
| Brya | Keilson | GLAS USA LLC and GLAS Americas LLC | Morris James LLP |
| Jason | Levin | GLAS USA LLC and GLAS Americas LLC | Morris James LLP |
| Dimitri | Karcazes | Eclipse | Goldberg Kohn Ltd. |
| Robert | Poppiti | Ad Hoc Noteholder Group | YCST |
| Matt | Lunn | Ad Hoc Noteholder Group | YCST |
| Prisca | Kim | Eclipse | Goldberg Kohn Ltd. |
| Jeffrey | Dunlop | Eclipse | Goldberg Kohn Ltd. |
| Jeffrey | Linstrom | Eclipse | Eclipse |
| Jeremy | Ryan | Eclipse | Potter Anderson & Corroon LLP |
| Aaron | Stulman | Eclipse | Potter Anderson & Corroon LLP |
| Elizabeth | Schlecker | Eclipse | Potter Anderson & Corroon LLP |
| Justin | Alberto | Committee | Cole Schotz P.C. |
| Michael | Fitzpatrick | Committee | Cole Schotz P.C. |
| Chasless | Yancy | Port of Houston Authority of Harris County, Texas | |
| Ross | Spence | Southern Chemical Corp. | Spence, Desenberg & Lee, PLLC |
| Marty | Brimmage | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Pat | O'Brien | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Stephen | Lam | interested party | Corre Partners |
| Eric Lopez | Schnabel | US Bank, as Trustee | Dorsey & Whitney LLP |
| Jim | Prince | TPC Group Inc. | Baker Botts |
| Kevin | Jacobs | TPC Group Inc. | Baker Botts L.L.P. |
| Kevin | Chiu | TPC Group Inc. | Baker Botts |
| Scott | Bowling | TPC Group Inc. | Baker Botts |
| Patrick | Reilley | Official Committee of Unsecured Creditors | Cole Schotz |
| Kyle | Mason | Interested Party | |
| Leah | Nudelman | Debtors | Simpson Thacher & Bartlett |

| | | | |
|---|---|---|---|
| Allison | Axenrod | Interested Party | CRG Financial |
| Shane | Johnson | Lion Elastomers LLC | Porter Hedges LLP |
| Eric | English | Air Liquide Large Industries U.S. LP | Porter Hedges LLP |
| David | Mayo | Reorg | |
| John | Higgins | Lion Elastomers LLC | Porter Hedges LLP |
| Greg | Hill | UCC | Dundon Advisers LLC |
| Malak | Doss | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Philip | Dublin | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Naomi | Moss | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Edan | Lisovicz | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Matthew | Dundon | UCC | Dundon Advisers |
| Nicholas | Lombardi | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld |
| Asia | McNeil-Womack | U.S. EPA | United States Department of Justice |
| Ron | Meisler | Nalco Company LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Stephen | Della Penna | Nalco Company LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Robert A. | Del Genio | Debtors | FTI Consulting |
| Michael | Queenan | Debtors | FTI Consulting |
| Kevin | Collins | Yokogawa Corporation of America | Barnes & Thornburg LLP |
| Daniel | Hogan | TPC Group Litigation Plaintiffs | Hogan McDaniel |
| Elihu | Allinson | Port Neches Plant Explosion Proposed Class Represen | Sullivan Hazeltine Allinson |
| William | Sullivan | Port Neches Plant Explosion Proposed Class Represen | Sullivan Hazeltine Allinson |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Richard | Archer | Law360 | |
| Abigail | Ryan | Texas Commission on Environmental Quality | Texas Attorney General's Office |
| Morris Nichols | Conf Room 16C | TPC Group Inc. | Morris Nichols Arsht & Tunnell |
| Robert | Dehney | TPC Group Inc. | Morris Nichols Arsht & Tunnell |
| Curtis | Miller | TPC Group Inc. | Morris Nichols Arsht & Tunnell |
| Andrew | Remming | TPC Group Inc. | Morris Nichols Arsht & Tunnell |
| Daniel | Butz | TPC Group Inc. | Morris Nichols Arsht & Tunnell |
| Matthew | Talmo | TPC Group Inc. | Morris Nichols Arsht & Tunnell |
| Brian | Loughnane | TPC Group Inc. | Morris Nichols Arsht & Tunnell |
| David | Eastlake | TPC Group Inc. | Baker Botts |
| Lauren | Randle | TPC Group Inc. | Baker Botts |
| Davis | Klabo | None / Student | |

| First | Last | Party | Firm |
|---|---|---|---|
| Heather | Barlow | UCC | Dundon Advisers LLC |
| Gregory | Werkheiser | Mockingbird Credit Opportunity Company | Benesch Friedlander Coplan Aronoff |
| John | Colendenski | JP Morgan North America Credit Trading Desk | |
| Jorge | Garcia | Ingenero Inc. | Saul Ewing Arnstein & Lehr LLP |
| Karen | Grivner | Lukoil Pan Americas, LLC | Clark Hill |
| Mark | Sparks | Co-lead Counsel for TPC MDL Litigation | Ferguson Law Firm |
| Uday | Gorrepati | N/A (ABI Project) | |
| Ankit | Dalal | AHG | Evercore |
| Benjamin | Loveland | Multiple Insurers | WilmerHale |
| Jane | Leger | Plaintiffs' Leadership Counsel for TPC MDL Litigation | Ferguson Law Firm |
| Taylor | Harrison | Debtwire | |
| Zach | Shapiro | Interested Party | Richards, Layton & Finger |
| Matthew | Milana | Bank of America | Richards, Layton & Finger, P.A. |