22-10493 TPC Group Inc.
9/13/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Danielle | Rodriguez | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation |
| David | Hillman | Ad Hoc Committee of Non-Consenting Noteholders | Proskauer Rose LLP |
| David | Azarkh | Debtors | Simpson Thacher & Bartlett |
| Daniel | Kay | Debtors | Simpson Thacher & Bartlett |
| Dov | Gottlieb | Debtors | Simpson Thacher & Bartlett |
| Jonathan | Schwartz | Debtors | Simpson Thacher & Bartlett |
| Isaac | Hudis | Debtors | Simpson Thacher & Bartlett |
| Eric | Monzo | GLAS USA LLC | Morris James LLP |
| Jordan | Sazant | Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP |
| Jason | Levin | GLAS USA LLC | Morris James LLP |
| Michael | Magzamen | Ad Hoc Committee of Noteholders | Paul Hastings LLP |
| Peter | Young | Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP |
| Patrick | Sibley | Glas USA LLC & Glas Americas LLC | Pryor Cashman LLP |
| Conrad | Chiu | Glas USA LLC & Glas Americas LLC | Pryor Cashman LLP |
| Ana Lucia | Hurtado | Reorg Research | |
| Seth | Lieberman | Glas USA LLC & Glas Americas LLC | Pryor Cashman LLP |
| Abigail | Ryan | Texas Commission on Environmental Quality | Texas Attorney General's Office |
| Sameer | Alifarag | GLAS USA LLC and GLAS Americas LLC | Pryor Cashman LLP |
| Malak | Doss | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Alessandra | Glorioso | U.S. Bank Trust Company, National Association | Dorsey & Whitney (Delaware) LLP |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Eric | English | Air Liquide Large Industries U.S. LP | Porter Hedges LLP |
| Edan | Lisovicz | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Caroline | Diaz | Ad Hoc Committee of Noteholders | Paul Hastings LLP |
| William | Sullivan | Port Neches Plan Explosion Class Claimants | Sullivan Hazeltine Allinson |
| Jim | Prince | TPC Group Inc. | Baker Botts L.L.P. |
| Peter | D'Apice | TPC Group Litigation Plaintiffs | TPC Group Litigation Plaintiffs |
| Maegan | Quejada | Mockingbird Credit Opportunities Company LLC | Sidley Austin LLP |
| Charles | Persons | Mockingbird Credit Opportunities Company LLC | Sidley Austin LLP |

22-10493 TPC Group Inc.
9/13/2022

| First | Last | Party | Firm |
|---|---|---|---|
| Greg | Stuecheli | Mockingbird Credit Opportunities Company LLC | |
| Michael | Hasenauer | Mockingbird Credit Opportunities Company LLC | |
| Dimitri | Karcazes | Eclipse | Goldberg Kohn Ltd. |
| Prisca | Kim | Eclipse | Goldberg Kohn Ltd. |
| Jeffrey | Dunlop | Eclipse | Goldberg Kohn Ltd. |
| Jeffrey | Linstrom | Eclipse | Eclipse |
| Kevin | Jacobs | TPC Group Inc. | Baker Botts |
| Aaron | Stulman | Eclipse | Potter Anderson & Corroon LLP |
| Elizabeth | Schlecker | Eclipse | Potter Anderson & Corroon LLP |
| Daniel | Hogan | TPC Group (MDL Leadership) | Hogan McDaniel |
| Stephen | Lam | interested party | Corre Partners |
| Kyle | Mason | Interested Party | |
| Mark | Radtke | U.S. Bank Trust Company, National Association, as trustee | Foley & Lardner LLP |
| Ross | Spence | Southern Chemical Corp. | Spence, Desenberg & Lee, PLLC |
| Mitchell | Toups | UCC Committee | Mitchell A Toups Ltd |
| Adam | Swingle | N/A | |
| Benjamin | Loveland | Multiple Insurers | WilmerHale |
| Walter | McLallen | Cerberus Capital Management, L.P. | Cerberus Capital Management, L.P. |
| Rosa | Sierra-Fox | Andrew R. Vara (U.S. Trustee) | USTP |
| Christopher | Gnaedig | Targa Downstream LLC | Hall Estill |
| Reorg | Research | Reorg Research | |
| Arthur | Osueke | Pension Benefit Guaranty Corporation (PBGC) | Pension Benefit Guaranty Corporation (PBGC) |
| David | Hammerman | FR Sawgrass L.P. and SK Sawgrass L.P. | Latham & Watkins LLP |
| Hugh | Murtagh | FR Sawgrass L.P. and SK Sawgrass L.P. | Latham & Watkins LLP |
| Shane | Johnson | Lion Elastomers LLC | Porter Hedges LLP |
| Jeff | Kaplan | BCAS | BCAS |
| Randall | Weber-Levine | FR Sawgrass L.P. and SK Sawgrass L.P. | Latham & Watkins LLP |
| Paul | Heath | FR Sawgrass L.P. and SK Sawgrass L.P. | Richards, Layton & Finger, P.A. |
| Matt | Lunn | Ad Hoc Noteholder Group | YCST LLP |
| Robert | Poppiti | Ad Hoc Noteholder Group | YCST LLP |
| Greg | Hill | UCC | Dundon Advisers LLC |
| Morris Nichols | Conf Room 16C | TPC Group Inc. | Morris Nichols Arsht & Tunnell LLP |
| John | Colendenski | jpmorgan north america credit trading desk | |
| Robert | Dehney | TPC Group Inc. | Morris Nichols Arsht & Tunnell LLP |

| First | Last | Party | Firm |
|---|---|---|---|
| Curtis | Miller | TPC Group Inc. | Morris Nichols Arsht & Tunnell LLP |
| Daniel | Butz | TPC Group Inc. | Morris Nichols Arsht & Tunnell LLP |
| Jeremy | Ryan | Eclipse | Potter Anderson & Corroon LLP |
| Patrick | Reilley | Official Committee of Unsecured Creditors | Cole Schotz |
| Joseph | Larkin | Nalco Company LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Andrew | Remming | TPC Group Inc. | Morris Nichols Arsht & Tunnell LLP |
| Matthew | Talmo | TPC Group Inc. | Morris Nichols Arsht & Tunnell LLP |
| Ron | Meisler | Nalco Company LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Brian | Loughnane | TPC Group Inc. | Morris Nichols Arsht & Tunnell LLP |
| Tori | Remington | TPC Group Inc. | Morris Nichols Arsht & Tunnell LLP |
| Kris | Hansen | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Jon | Canfield | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Erez | Gilad | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Ken | Pasquale | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Gabe | Sasson | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Pat | O'Brien | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld |
| Jason | Pierce | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Emily | Kuznick | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Marty | Brimmage | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld |
| Naomi | Moss | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Phil | Dublin | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Richard | Gladstein | Environmental Protection Agency | U.S. Department of Justice |
| Scott | Bowling | TPC Group Inc. | Baker Botts L.L.P. |
| David | Fournier | ExxonMobil Products Solutions Company | Troutman Pepper Hamilton Sanders LLP |
| Negisa | Balluku | N/A | Bloomberg LP |
| Philip | Brendel | self | Bloomberg, LP (Bloomberg Intelligence) |
| Elihu | Allinson | Port Neches Plan Explosion Class Claimants | Sullivan Hazeltine Allinson |
| Claire | McCudden | United Steelworkers | Law Office of Susan E. Kaufman, LLC |
| Levi | Akkerman | Eclipse | Potter Anderson & Corroon LLP |

22-10493 TPC Group Inc.
9/13/2022

| | | | |
|---|---|---|---|
| Jackie | Song | Debtors | Simpson Thacher & Bartlett |
| Kevin | Chiu | TPC Group Inc. | Baker Botts L.L.P. |
| Jane | Leger | Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | The Ferguson Law Firm |
| Mark | Sparks | Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | The Ferguson Law Firm |
| Taylor | Harrison | Debtwire | |
| Richard | Archer | Law360 | |
| Laura | Davis Jones | Ad Hoc Committee of Non-Consenting Noteholders | Pachulski Stang Ziehl & Jones LLP |
| Timothy | Cairns | Ad Hoc Committee of Non-Consenting Noteholders | Pachulski Stang Ziehl & Jones LLP |
| Matthew | Milana | Sponsor | Richards, Layton & Finger, P.A. |
| Tacie | Yoon | Zurich Insurance Company | Crowell & Moring LLP |
| Karen | Grivner | Lukoil | Clark Hill |
| Juan | Martinez | Mockingbird Credit Opportunities Company | Benesch |
| eric | reubel | UCC | Dundon Advisers |
| Kevin | Collins | Yokohama Corporation of America | Barnes & Thornburg LLP |