# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **TPC GROUP INC.**, *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | **RE: 682** |

### CERTIFICATE OF NO OBJECTION REGARDING THE SECOND MONTHLY FEE APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD OF JULY 1, 2022 THROUGH JULY 31, 2022

The undersigned hereby certifies that, as of the date hereof, FTI Consulting, Inc. ("FTI") has received no answer, objection or other responsive pleading to the *Second Monthly Fee Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors for the Period of July 1, 2022 Through July 31, 2022* (D.I. 682) (the "Application"), filed on August 29, 2022.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than September 12, 2022 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (D.I. 339) entered on June 30,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

2022, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $401,993.00 | $2,537.14 | $321,594.40 | $324,131.54 |

*[Remainder of the Page Intentionally Left Blank]*

WHEREFORE, FTI respectfully requests that the Application be approved.

Dated: September 13, 2022
Wilmington, Delaware

| | |
|---|---|
| **BAKER BOTTS L.L.P.** <br> James R. Prince (admitted *pro hac vice*) <br> Kevin Chiu (admitted *pro hac vice*) <br> 2001 Ross Avenue, Suite 900 <br> Dallas, Texas 75201-2980 <br> Telephone:  (214) 953-6500 <br> Email: jim.prince@bakerbotts.com <br>           kevin.chiu@bakerbotts.com <br><br> -and- <br><br> BAKER BOTTS L.L.P. <br> Scott R. Bowling (admitted *pro hac vice*) <br> 30 Rockefeller Plaza <br> New York, New York 10112 <br> Telephone:  (212) 408-2500 <br> Email: scott.bowling@bakerbotts.com <br><br> -and- <br><br> BAKER BOTTS L.L.P. <br> David R. Eastlake (admitted *pro hac vice*) <br> Lauren N. Randle (admitted *pro hac vice*) <br> 910 Louisiana Street <br> Houston, Texas 77002 <br> Telephone:  (713) 229-1234 <br> Email: david.eastlake@bakerbotts.com <br>           lauren.randle@bakerbotts.com | */s/ Brian Loughnane* <br> **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** <br> Robert J. Dehney (No. 3578) <br> Curtis S. Miller (No. 4583) <br> Daniel B. Butz (No. 4227) <br> Matthew O. Talmo (No. 6333) <br> Brian Loughnane (No. 6853) <br> 1201 N. Market Street, 16th Floor <br> P.O. Box 1347 <br> Wilmington, Delaware 19899-1347 <br> Telephone: (302) 658-9200 <br> Facsimile: (302) 658-3989 <br> Email:  rdehney@morrisnichols.com <br>           cmiller@ morrisnichols.com <br>           dbutz@ morrisnichols.com <br>           mtalmo@ morrisnichols.com <br>           bloughnane@ morrisnichols.com <br><br> *Attorneys for Debtors and Debtors in Possession* |