## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 9, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Core/2002 Email List attached hereto as **Exhibit A**:

- Notice of Agenda for Omnibus Hearing Scheduled for September 13, 2022 at 10:00 a.m. (ET) [Docket No. 752]

Dated: September 13, 2022

/s/ Nataly Diaz
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 13, 2022, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

**Exhibit A**

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Wells Fargo Vendor Financial Services LLC fka GE Capital Information Technology Solutions | A Ricoh USA Program f/d/b/a IKON Financial Services | Bankruptcy@Leasingconnection.com |
| Counsel to the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | mbrimmage@akingump.com<br>llawrence@akingump.com |
| Counsel to the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | pdublin@akingump.com<br>aqureshi@akingump.com<br>apreis@akingump.com<br>nmoss@akingump.com<br>elisovicz@akingump.com |
| Counsel to Aldine Independent School District | Aldine Independent School District | bnkatty@aldineisd.org |
| Counsel to Debtors | Baker Botts L.L.P. | david.eastlake@bakerbotts.com<br>lauren.randle@bakerbotts.com |
| Counsel to Debtors | Baker Botts L.L.P. | jim.prince@bakerbotts.com<br>kevin.chiu@bakerbotts.com |
| Counsel to Debtors | Baker Botts L.L.P. | scott.bowling@bakerbotts.com |
| Counsel to Yokogawa Corporation of America | Barnes & Thornburg LLP | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Counsel to Mockingbird Credit Opportunities Company | Benesch, Friedlander, Coplan & Aronoff LLP | gwerkheiser@beneschlaw.com |
| Counsel to Turn 2 Specialty Companies, LLC | Branscomb PLLC | pautry@branscomblaw.com |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs, and Counsel to Oscar and Keeli Galvan, as Proposed Class Representatives | Brent Coon & Associates | brent@bcoonlaw.com<br>eric_newell@bcoonlaw.com<br>Lori.Slocum@bcoonlaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | schristianson@buchalter.com |
| Counsel to Johnny Reed | Cain & Skarnulis PLLC | rchapple@cstrial.com |
| Counsel to Nelson Brothers LLC | Christian & Small LLP | ddsparks@csattorneys.com |
| Counsel to LUKOIL Pan Americas, LLC | Clark Hill PLLC | DBrescia@clarkhill.com |
| Counsel for United Steelworkers | Cohen, Weiss and Simon LLP | rseltzer@cwsny.com<br>mwoods@cwsny.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | jalberto@coleschotz.com<br>preilley@coleschotz.com<br>aroth-moore@coleschotz.com |
| Delaware Attorney General | Delaware Attorney General | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | statetreasurer@state.de.us |
| Delaware U.S. Attorney | Delaware U.S. Attorney | USADE.Press@usdoj.gov |
| Counsel to Turner Industries Group, LLC | Donohue Patrick & Scott, PLLC | kpatrick@dps-law.com |
| Counsel to U.S. Bank Trust Company, National Association, as indenture trustee and collateral  agent | Dorsey & Whitney (Delaware) LLP | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Easton Energy Pipelines LLC | Faegre Drinker Biddle & Reath LLP | Ian.bambrick@faegredrinker.com<br>Jaclyn.marasco@faegredrinker.com |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs, and Counsel for Brian Lange and Chris and Pamela Johnson, as Proposed Class Representatives | Farrar & Ball LLP | bill@fbtrial.com<br>troy@fbtrial.com |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs and Counsel to Roger Wallace, as Proposed Class Representative | Ferguson Law Firm, LLP | mark@thefergusonlawfirm.com<br>jleger@thefergusonlawfirm.com<br>cferguson@thefergusonlawfirm.com<br>cdishon@thefergusonlawfirm.com |
| Counsel to U.S. Bank Trust Company, National Association, as indenture trustee and collateral agent | Foley & Lardner LLP | anann@foley.com<br>sruppenthal@foley.com |
| Counsel to U.S. Bank Trust Company, National Association, as indenture trustee and collateral agent | Foley & Lardner LLP | mradtke@foley.com |
| Counsel to A.J. Hurt Jr., Inc | Frost Brown Todd LLC | awebb@fbtlaw.com |
| Counsel to Clean Harbors Industrial Services Inc. | Gibbons P.C. | cviceconte@gibbonslaw.com |
| Counsel to Clean Harbors Industrial Services Inc. | Gibbons P.C. | dbarney@gibbonslaw.com |
| Counsel for Eclipse Business Capital LLC, as Administrative Agent and Collateral Agent for the ABL DIP Loans | Goldberg Kohn Ltd. | dimitri.karcazes@goldbergkohn.com<br>prisca.kim@goldbergkohn.com<br>nicole.bruno@goldbergkohn.com |
| Counsel to Johnny Reed | Goldstein & McClintock LLLP | marias@goldmclaw.com |
| Counsel to the ABL Agent and Bank of America, N.A. | Haynes & Boone, LLP | charles.beckham@haynesboone.com<br>Tim.Johnston@haynesboone.com |
| Counsel for Bank of America, N.A. | Haynes & Boone, LLP | frasher.murphy@haynesboone.com |
| Counsel for TPC Group Litigation Plaintiffs | Hogan McDaniel | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com |
| Counsel to Cokinos Energy Corporation | Hunton Andrews Kurth LLP | jharbour@huntonak.com |
| Counsel to Indorama Ventures Oxides LLC and Indorama Ventures Olefins LLC | Husch Blackwell LLP | randy.rios@huschblackwell.com<br>tim.million@huschblackwell.com |
| Counsel to The Kansas City Southern Railway Company | Jack Shrum, P.A. | jshrum@jshrumlaw.com |
| Counsel for Chevron Phillips Chemical Company LP | Jones Walker LLP | lashley@joneswalker.com |
| Counsel to the Supporting Sponsors | Latham & Watkins LLP | george.davis@lw.com<br>david.hammerman@lw.com |
| Counsel to Kinder Morgan Texas Pipeline, LLC | Law Office of Patricia Williams Prewitt | patti@pprewittlaw.com |
| Counsel to Kinder Morgan Pipeline, L.P., Kinder Morgan Texas Pipeline, L.P. | Law Office of Patricia Williams Prewitt | Patti@pprewittlaw.com |
| Counsel for United Steelworkers | Law Office of Susan E. Kaufman, LLC | skaufman@skaufmanlaw.com |
| Counsel to Nalco Company LLC | Lewis Brisbois Bisgaard & Smith LLP | Richard.Morgan@lewisbrisbois.com<br>Michelle.Gilboe@lewisbrisbois.com |
| Counsel to Dallas County and Gregg County | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@lgbs.com |
| Counsel to Cypress-Fairbanks ISD, Polk County, Harris County, Jefferson County, Texas City ISD, Galveston County | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@lgbs.com |
| Counsel to BASF TOTAL Petrochemicals LLC | Lowenstein & Sandler LLP | wjung@lowenstein.com |
| Counsel to Southern Chemical Corp. | McCarter & English, LLP | kbuck@mccarter.com |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Pine Tree Independent School District | McCreary, Veselka, Bragg & Allen, P.C. | lgordon@mvbalaw.com |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs and Counsel For Weber Real Estate, LLC, Faith Shoemaker, and Scott Morvant, as Proposed Class Representatives | Mitchell A. Toups, Ltd. | matoups@wgttlaw.com |
| Counsel to Waste Management | Monzack Mersky and Browder, P.A. | rmersky@monlaw.com |
| Counsel to GLAS USA LLC and GLAS Americas LLC | Morris James LLP | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Counsel to Debtors | Morris, Nichols, Arsht & Tunnell LLP | RDehney@morrisnichols.com<br>CMiller@morrisnichols.com |
| Counsel to the Texas Commission on Environmental Quality and the Texas Comptroller of Public Accounts | Office of the Attorney General of Texas | Jason.Binford@oag.texas.gov<br>Abigail.Ryan@oag.texas.gov<br>kimberly.walsh@oag.texas.gov |
| United States Trustee, District of Delaware | Office of the United States Trustee | richard.schepacarter@usdoj.gov<br>rosa.sierra@usdoj.gov |
| Counsel to NOVA Chemicals Corporation | Orrick, Herrington & Sutcliffe LLP | rdaversa@orrick.com<br>mnaulo@orrick.com |
| Counsel for the Ad Hoc Group of Non-Consenting Noteholders | Pachulski Stang Ziehl & Jones LLP | ljones@pszjlaw.com<br>tcairns@pszjlaw.com |
| Counsel to the Ad Hoc Noteholder Group | Paul Hastings LLP | krishansen@paulhastings.com<br>joncanfield@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com |
| Pension Benefit Guaranty Corporation ("PBGC") | PBGC Office of the General Counsel | Rodriguez.Danielle1@pbgc.gov<br>Osueke.Arthur@pbgc.gov<br>efile@pbgc.gov |
| Counsel to Galena Park Independent School District, Pasadena Independent School District, Clear Creek Independent School District, City of Houston, Chambers County, Barbers Hill Independent School District, City of Mt Belvieu, La Porte Independent School District, City of La Porte and Spring Branch Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | mvaldez@pbfcm.com |
| Port of Houston Authority of Harris County, Texas | Port of Houston Authority of Harris County, Texas | cyancy@porthouston.com |
| Counsel to Shintech Inc. | Porter Hedges LLP | jwolfshohl@porterhedges.com |
| Counsel for Eclipse Business Capital LLC, as Administrative Agent and Collateral Agent for the ABL DIP Loans | Potter Anderson & Corroon LLP | astulman@potteranderson.com<br>jryan@potteranderson.com |
| Counsel for the Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP | DHillman@proskauer.com<br>MMervis@proskauer.com<br>JEsses@proskauer.com |
| Counsel for the Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP | PYoung@proskauer.com |
| Counsel to David and Teri Wilson, as Proposed Class Representatives | Provost Umphrey Law Firm LLP | dbrown@provostumphrey.com |

In re: TPC Group Inc., *et al.*
Case No. 22-10493 (CTG)

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to GLAS USA LLC and GLAS Americas LLC | Pryor Cashman LLP | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>cchiu@pryorcashman.com |
| Counsel for Bank of America, N.A. | Richard, Layton & Finger, P.A. | collins@rlf.com<br>shapiro@rlf.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | secbankruptcy@sec.gov |
| Counsel to the Ad Hoc Group of Non-Consenting Noteholders | Selendy Gay Elsberg PLLC | jselendy@selendygay.com<br>adunlap@selendygay.com<br>oshine@selendygay.com<br>msiegel@selendygay.com |
| Counsel to Westlake Chemical OpCo LP, Lyondell Chemical Company and  Equistar Chemicals, LP | Shannon, Martin, Finkelstein, Alvarado & Dunne, P.C. | mfinkelstein@smfadlaw.com |
| Counsel to Mockingbird Credit Opportunities Company | Sidley Austin LLP | cpersons@sidley.com<br>mquejada@sidley.com |
| Counsel to Nalco Company LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Joseph.Larkin@Skadden.com<br>Stephen.Dellapenna@skadden.com<br>Lawrence.Obrien@skadden.com |
| Counsel to Nalco Company LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Ron.Meisler@skadden.com |
| Counsel to Southern Chemical Corp. | Spence, Desenberg & Lee, PLLC | ross@sdllaw.com |
| Counsel to Westlake Chemical OpCo LP, Lyondell Chemical Company and  Equistar Chemicals, LP | Stevens & Lee, P.C. | joseph.huston@stevenslee.com |
| Counsel for TPC Group Litigation Plaintiffs | Stutzman, Bromberg, Esserman & Plifka, P.C. | esserman@sbep-law.com<br>dapice@sbep-law.com |
| Counsel to The Dow Chemical Company, Roger Wallace, as Proposed Class Representative, Counsel to Weber Real Estate, LLC, Faith Shoemaker, and Scott Morvant, as Proposed Class Representatives, Counsel to David and Teri Wilson, as Proposed Class Representatives, Counsel to Brian Lange, Chris, and Pamela Johnson, as Proposed Class Representatives, and Counsel to Oscar and Keeli Galvan, as Proposed Class Representatives | Sullivan Hazeltine Allinson LLC | whazeltine@sha-llc.com<br>bsullivan@sha-llc.com<br>zallinson @sha-llc.com |
| Counsel to Weber Real Estate, LLC, Faith Shoemaker, and Scott Morvant, as Proposed Class Representatives | The Coffman Law Firm | rcoffman@coffmanlawfirm.com |
| Counsel for Formosa Plastics Corporation, Texas | Troutman Pepper Hamilton Sanders LLP | henry.jaffe@troutman.com<br>marcy.smith@troutman.com |
| United States Environmental Protection Agency | U.S. Department of Justice | Asia.McNeil-Womack@usdoj.gov |
| United States Environmental Protection Agency | U.S. Department of Justice | Richard.Gladstein@usdoj.gov |
| United States Environmental Protection Agency | U.S. Department of Justice | Richard.Gladstein@usdoj.gov<br>Asia.McNeil-Womack@usdoj.gov |

In re: TPC Group Inc., *et al.*
Case No. 22-10493 (CTG)

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for United Steelworkers | United Steelworkers | nkilbert@usw.org |
| US Attorney for the District of Delaware | US Attorney For Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for The Dow Chemical Company | Warner Norcross & Judd LLP | rgiunta@wnj.com |
| Counsel to Easton Energy Pipelines LLC | Wilkie Farr & Gallagher LLP | jpawlitz@willkie.com<br>mdunn@willkie.com |
| Counsel to Turn 2 Specialty Companies, LLC and Kinder Morgan Texas Pipeline, LLC | Womble Bond Dickinson (US) LLP | kevin.mangan@wbd-us.com<br>lisa.tancredi@wbd-us.com |
| Counsel for the Ad Hoc Noteholder Group | Young Conaway Stargatt & Taylor LLP | bankfilings@ycst.com<br>mlunn@ycst.com<br>rpoppiti@ycst.com |