September 13, 2022

FILED

My name is Malcolm Lightfoot.  My wife Sherry and I live .6 of a mile from the site of the TPC Explosion
on (almost) Thanksgiving 2019.  We'd lived in the same house 40 years prior to that incident without any
harm from the neighboring Industry.

2022 SEP 15 PM 1: 56

The late night explosion rocked my house like a bomb had gone off inside it.  The second explosion
further contaminated the air and ground for miles around as melted insulation fell from the sky on my
head while I was out front with my dog.  Core samples have found substantial contamination of the soil.
From the first explosion,  the most noticeable damage was to the roof and the support structures in the
attic.  Beams and rafters were moved and some cracked like toothpicks.  There are several cracks in the
bricks on the front and side (and back) of the structure.  Nails were backed out of walls and ceilings
throughout the house.  Cracks appeared in the sheetrock and the ceiling in the kitchen/family room
sagged in several spots.  The garage door was demolished and had to be pried off its track to even move
it up or down and remove it.  The ceiling in the garage was totally damaged and must be replaced.

The terror of attempting to follow an evacuation order soon followed.  While being displaced 100 miles
away for Thanksgiving, not having a clue what was going on around here took its toll on me and my wife.
It was said that if there was another explosion of the round tanks, all the homes in the area would be
demolished by the blast.  Happy Thanksgiving to us courtesy of TPC.

We were able to have the roof replaced by a reputable company and inspected by TWIA.  We also had
the garage door replaced and it is windstorm rated.  Most of the minor interior repairs I have done, such
as attempting to patch cracks in the sheetrock, shore up the ceilings and so forth.  What remains are
numerous repairs to bring the house up to livable standards that it had been prior to the TPC Explosion.
All the window seals were broken, the insulating vacuum between the panes of each window was
destroyed.  They no longer insulate very well at all and must be replaced.  There was also slight damage
to my car which was parked in the garage at the time the TPC Explosion cause the door to cave inward.
Crown molding separated at the corner joints and from the ceiling in spots.   Light fixtures in the utility
room came crashing down and ripping sheetrock and destroying the fixture in the process.  Nothing is as
it was actually.  We are constantly shocked by the sound of minor bangs, pops, etc. from neighboring
plants.  These never bothered us before.

I was in the Artillery in the Army and also a professional Fire Fighter for almost 30 years.  I had never
heard any explosions like that we endured courtesy of TPC in 2019.  I could offer all sorts of dollar
figures that we've had to take from our Savings Account.  The roof, the garage door, the sheetrock
material, the lumber, is ridiculously expensive now more than ever before.  I could offer all sorts of
dollar figures, but as it stands now, I have no idea how much more we will have to spend to make the
house right again...if ever.  Let's start and say at least $25,000 has been spent already and a lot remains
unfinished.

The mental toll that this incident has caused us has us looking to move, staying put and dealing with it,
not knowing if this case will ever be settled and if we're just out of luck or what.  I am 77 years old and
my wife is 81.  As this case drags on and on, I notice people are back to work at TPC.  I see them every
day driving in and out of that horrendous place.  Why it was not bulldozed and declared a protected site
is beyond me.  Seems they're back in the money-making business while our house and that of many
others stand in a state of disrepair.  I hope I live long enough to see this case finalized and a reasonable
settlement made to all the folks like us who did not accept an offer from TPC (none was made to me)

and were short-changed by their Insurance estimates.  I did not accept any money from anyone and even changed carriers as a result of the Insurance Company's insulting offer.

It's a sad state of affairs that a settlement has not been reached as we approach the third anniversary of this disaster.  I feel all of us who has substantial damage are being totally ignored by TPC's representatives and they seem to be taking every step possible to further treat us unfairly..  I am thankful for the work of the Ferguson Law Firm of Beaumont on my behalf and that of ordinary citizens who have offered their assistance.

Thank you for your time and I trust you will find a way to reach an agreement with our attorneys in the near future.

Malcolm A. and Sherry P. Lightfoot
2310 Earle Street
Port Neches, Texas 77651-4414