Laurie Matthews
2426 Dinah Drive
Port Neches, TX 77651
409-201-2580


FILED
2022 SEP 15 PM 1:54

3/10/2020

To Whom It May Concern:

I live in a little town named Port Neches, TX. On November 27, 2019 at 12:56am, a plant named TPC (Texas Petrochemical Company) blew up & my town with it!
WE NEED YOUR HELP!

NO ONE from this company has spoken to our community & the community is on edge! Citizens have called TPC and spoken with Sara Cronin; she states TPC does not care about you! The community has had protests & a prayer rally, has asked for city, county, state and federal help with no success!

It seems BIG businesses continue to be protected by the government! This company & numerous others in our area continue to violate EPA regulations & a slap on the wrist is all they get! I feel the county, state, TCEQ and EPA are all hiding evidence of exposure to carcinogens and asbestos related to this explosion on Thursday, November 27, 2020 and the major leak of butadiene the following Wednesday, December 4, 2020. I believe this leak was evident before the judge reported it to the public. I became sick on Tuesday evening with a fever, bad cough & swelling of an eye duct. I went to the doctor Wednesday morning and received a shot. When I returned home, a horrible headache came on like no other that I have experienced in my life. By the late afternoon, I started throwing up. A shelter in place was called on Monday evening. Later that night, a voluntary evacuation notice was given to the area. Before the voluntary evacuation was called, I left my residence due to the severe smell of some type of chemical inside my house. After arriving at my out of town destination, my headache and throwing up cleared. When I backed out of my driveway, an EPA monitor was on Landry Drive next to my driveway testing the air and another on Merriman. Most tests on TCEQ were showing no pollutants and no odor! This is not possible! The city mayor nor the county judge have filed a lawsuit against TPC yet. This community & all Americans deserve to be protected from these violators!

TPC, after the explosion, stated they will give back to the community to repair property damage to better than before standards! TPC started giving homeowners above & beyond the dollar amount to repair homes, but just the first who were lucky enough to be in this group.  TPC said they were going to start with the closest homes to the plant and zoned them. Many citizens that do not live within these zones (an 8 mile range out) were given large amounts of money with no restrictions and the zones closest to the plant still have not received fair estimates or even an adjuster visit. Now, TPC has changed the rules! Citizens are speculating it is due to insurance deductible being met. They are not assessing damages at the actual dollar amount it costs to have damages repaired & only giving 25% up front then regulating when the rest will be given. Also, the homeowner must fill out a damage form and only what is written on this form is what the adjuster can look at. TPC's practice has not been fair to the community, especially, the ones in the zones closest to the plant. I have had one adjuster who left damage off of estimate and the dollar amount for the estimate was way below the market value. I had a 2nd adjuster come out and am waiting on the estimate. This adjuster was suggested to me by a supervisor named Tom. I went in to complain about a phone call from a lady named Christy who was very rude and ugly. Tom wanted me to

1

talk about my estimate which I was not ready to do. I wanted to wait until I had a contractor come to my home and bid on the damage to see if TPC's estimate was enough. This 2nd adjuster was instructed to only adjust the damage that was not in the 1st estimate and based on a form I had to fill out stating what the damage is. I am not an adjuster so I have no idea if I found all the damage. The job of an adjuster is to find the damage. I live in zone 1, 4000 feet from the plant. This 2nd adjuster, Bobby McGraw, told me that TPC in the beginning told all the adjusters to give an estimate on any and everything they saw even if they thought it was old damage. He said every day, TPC has changed the way the adjusters do their jobs. He told me he felt sorry for me since I have actual damage from the explosion and will not get what I need to repair my house due to the way TPC has instructed them to do the adjustments & the way the payouts are now. He said it has been very unfair the way TPC has given property damage to many homeowners in excess of $100,000 that don't live in the zones and some with no damage from the explosion. Some of these were as far out as 8 miles from the plant. TPC should not have the right to put stipulations or deny any property owner that was impacted by TPC's own neglect! We should all be treated and compensated in the same manner as the first damaged property owner was. We are desperate to get back to normal but can't!

Also, my vehicle was damaged from this explosion. My garage brick foundation broke and moved about two inches inward making the wall disconnect and move. This wall had numerous items hanging on the wall that fell on my car. This left scratches to the paint and dents. TPC has stated they are not doing vehicle damages for a long time. So I am stuck with a damaged vehicle that could rust until TPC decides to pay out for the damage their neglect has caused from this explosion. If I damaged TPC in any way, my insurance would be required to pay in full immediately and with no restrictions! TPC would want their damage replaced back to the way it was just like the citizens impacted by TPC's explosion. I don't understand how and why this company is allowed to dictate how and when all damages they caused from neglect will be repaid.

My yard was littered with debris from the explosion. TPC did send Clean Harbors to pick up the debris. This company did not pick all the debris up from my yard. It did not even go in my backyard to access the debris much less pick it up. I have cameras on my house so I was watching when the crew was at my house. I contacted Ottis, the foreman, asking him if they went in my backyard and his reply was yes! I explained to him that I saw via my cameras they did not enter the backyard. He said they would go back later. He did! I assessed the yard when I arrived home and there was debris still left in my front and backyard after two attempts to clean the debris up. I sent photos of the debris still in my yard and asked if they would come back. He and his crew came back the next day and did a better job. But I still have debris in my yard to this day. Ottis kept telling me this debris was not asbestos. I have pictures of some of the debris; some looks like coal, some is fuzzy looking and some is a hard material which is probably the covering from the piping material. I am afraid to cut my grass due to the asbestos. I could hire someone to cut my yard but I am afraid of being sued if the person becomes ill from the debris. Also, Ottis did not have his crew wearing any protective masks while picking the debris up. I asked why and was told none of the debris in my yard was asbestos. This is not true either! It is asbestos!

It has been a life altering event! When I hear noises, I jump! Being blown out of bed at 12:56am to be slammed up against the wall was very frightening! I was frightened senseless since I had no idea what just happened. I literally thought my house exploded with me in it! I couldn't get through to 911 or any first responders. I finally realized my house was not on fire when I made it to my living room where my french doors were blown open. I came to my senses and saw there wasn't any fire or smoke in my house. I still had no idea what had just happened. I could hear backyard neighbors yelling. I then went to my front door and opened it and heard my elderly neighbor yelling my name. I ran to her barefooted in my pj's with my phone in hand. She said her house had just exploded. My reply was, MINE TOO! Did mine

2

explode because yours exploded? She said no, turn around! I then saw and heard the huge blaze of TPC's explosion. She asked me to stay with her until her son in law arrived since her house was full of glass from all of her windows blowing out. We waited together watching this horrendous ball of fire in fear of what might happen next! We, along with all the neighbors, were in shock and in a state of panic.

Doors, windows, ceilings, etc. were blown out, including mine! NO ONE should ever endure such criminal neglect!

I now live with fear of another explosion, loud noises and the fear of future health issues from exposure to the chemicals released in the air & water! Also, the fear of asbestos being in my yard!

Please help us!
Any help you can offer will be greatly appreciated!

Sincerely,


Laurie Matthews


9/14/2022
To Whom It May Concern:

After reading the above letter two years after the fact of the explosion, this event still brings fear, anger and tears! My life has been in turmoil since this explosion; my dad became ill & was hospitalized I, being single, working from 4:30am-6:00pm Monday-Friday as a teacher and a bus driver, every day was visiting my dad in the hospital after work, living in a damaged house & trying to fight TPC for the correct amount of money to repair my home. Needless to say, I didn't have the time or energy anymore to fight TPC. I tried as much as I could & I didn't win. Every day, the rules changed. I suddenly retired July, 2020, because I couldn't handle any more crisis! My dad lost his life on August 4, 2020. I also abruptly accepted TPC's offer when I read information stating all claims had to be turned in by a certain date or they would all be lumped together & I had no more fight left in me! Also, I was advised by a lawyer that "Big Business" was winning since 2 weeks after the explosion all lawsuits were put on hold & TPC asked for the cases to be heard from a specific judge in Houston! He also stated TPC would more than likely file bankruptcy since they can. AND they did!
Honest contractors were very hard to come by. Some wouldn't even show up after finding out the work to be done was for TPC damage since they could find jobs paying more since two hurricanes had just come through our area. Finally, at the end of 2021, my house was repaired. Needless to say, I did not have enough money to repair my house back to the state it was in before the explosion. I now have no savings due to using over $10k to repair the house & not to the repair list TPC's adjusters stated on their claim…far less!
One major point I want you to know is, I am not against any plant or refinery. My dad worked at Neches Butane (TPC) from when he was in college until he retired. He became plant manager of C4(Neches Butane) when Texaco bought Neches Butane & Jefferson Chemical. When Huntsman bought Texaco out, he was removed from this position and helped build the MTB/PO unit & then retired.
Days before my dad became sick, I had to tell him TPC blew up. Since he had Alzheimer's I didn't know if he would even remember what TPC was. Oh, but he did! He was infuriated! I showed him pictures of the aftermath of the explosion. Funny but not funny, TPC officials at that time could not tell the public what chemicals were in the tanks that were in jeopardy of exploding and demolishing our town but a man

3

...

with Alzheimer's could! He told me and my niece every inch of TPC. He literally called them "beeping" peons for "letting" anything blow up! Mind you, my dad could not remember what was just said at anytime but he could with this conversation. I asked my dad if I should take the money TPC offered or what…he asked me, "Does your house have damage from the explosion?" Yes! "Then get a lawyer and sue them!" While I was talking to my mom (to keep her happy) he kept asking to see the pictures and telling more about the North side, South side, East & West…just everything…but TPC officials could not tell the public one bit of information because they did not know! Just ignorance!

Now, due to the law, they can be allowed to run as normal! So wrong in so many ways!

Lastly, I have been very ill since the explosion! Long story short, I lived in my house waiting on repairs and acquired mold in my body. This has made me very sick! Hopefully, I have overcome it, but now, I am waiting on a breast biopsy to come back from a mass that was just found. Praying it isn't cancer! We all know what Benzene can cause…

Sincerely,

Laurie Matthews

4