FILED
2022 SEP 15 PM 1:53

March 10, 2020

Dear Sir or Madam,

I am writing today in reference to the TPC explosion of 11/27/2019 in Port Neches, Texas. Myself and my 2 minor children have lived at damaged address for approx. 6 years. I am a single Mother who is self employed and low income with no assistance from the other parent. This is a home I can afford on my limited income and I've grown to love my elderly neighbor next door, whom is also my landlady. Both of our homes were significantly damaged from the blast but my home was knocked off of the piers and beam causing the floor to collapse and some of the ceilings to begin to collapse. The ceiling fan over my bed was left hanging by wires. My son's beds were covered in shards of glass from the blast as well as our carpet and entire home. All our windows were blown out as a result of the explosion. My car windsheild was also cracked. On 11/28/2019 I called and received a claim number from the TPC hotline at which time they were claiming 100% responsiblitly for all damages. My kids and I left and stayed with our family in Bridge City for a few nights until we could further assess damages and decide how to proceed. On 12/10/2019, we received the 2 day evacuation reimbursement but still are unable to return to our home. We are sleeping from couch to couch with our pets and trying to not become a burden on any of our family. During this time the hotline keeps telling me there will be "future programs" that may or may not help us to find a home or give us temporary shelter until our home can be repaired to a safe living environment, I'm being told to be patient. I pray and try to be patient and make it through the entire holiday season on 2019 couch-hopping with 2 boys and 2 dogs. No one seems to care or have any sympathy for us at the armory or on the hotline and keeps referring me back to my landlady who is also being forced to live in a dangerous situation due to the explosion. On 12/30/2019 I meet with Tammy Dycus at the armory to discuss my personal damages, she tells me that my livestock that was killed as a r I was result of the explosion is not considered "personal property", tries to intimidate me into signing a release form and taking an amount of approx $1,500. I refuse the offer and explain again that we have been "evacuated"/displaced for over 30 days and we need some type of answers as to what we can do or how to get relief. I request a copy of said release form she tries to force me into signing. She hands me some papers and I leave refusing their offer and tell her I will take the release to get legal advice before signing. I get home and realize she did not include the release form in my paperwork. On 12/31/2019, I contacted the hotline again regarding my homeless situation and advised that I was unhappy with the way I was treated at the armory by Tammy Dycus the day before. I was told that this call was the first they had heard of my situation, (which was a total lie), I was promised they would check and call me back. I never heard back from anyone. I then contacted the armory and asked for a copy of the release form that Tammy failed to provide as previously requested. I was told they would email it to me. One hour later, I get a phone call from Tammy Dycus asking if I have obtained legal representation. I told her no and that I wished to have the release form to show them when getting legal advice. She was pretty rude and told me that I would have to "put in a lot of work" to obtain estimates for moving and relocating and to include my contaminated personal items. Told me to get all this together and submit it to her for consideration and reimbursement. 1/8/2020 I finally find another rent house that I can get approved with my income and that will accept my pets. I spend around 40 hours working on estimates and gathering, copying receipts to submit. On 1/10/2019 I am informed that Tammy Dycus is not employed at the armory any longer and no one can help me. I call the hotline numerous times and keep being told there will be "future programs" for my vehicle damage and they are not addresssing relocation costs at this time. Basically the run around. Last week I decided to go down to the armory to see if I can get anyone to speak with me regarding my personal property claims and relocation costs, Taylor Tamusch, the supervisor then informs me that they are not responsible for ensuring I have a safe place to reside and that my relocation costs fall upon my landlady and I should

seek my reimbursement from her. I have decided now to obtain an atty. I am frustrated, tired of being ignored and put off and redirected to my elderly landlady.

Thanks
Donnell Lanay Hebert