## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **TPC GROUP INC., et al.**[1] | § | **Case No. 22-10493 (CTG)** |
| **Debtor.** | § | |
| | § | **Jointly Administered** |
| | § | |
| | § | |

## NOTICE OF APPEARANCE UNDER
## FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES
## PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
## ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)

Lion Elastomers LLC ("Lion Elastomers") by and through its undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

> Lucian Murley
> **SAUL EWING ARNSTEIN & LEHR**
> 1201 North Market St., Suite 2300
> P.O. Box 1266
> Wilmington, DE 19899
> (302) 421-6898
> (302) 421-6813 (fax)
> luke.murley@saul.com
>
> -  and -
>
> John F. Higgins
> M. Shane Johnson
> **PORTER HEDGES LLP**
> 1000 Main Street, 36th Floor
> Houston, TX 77002
> (713) 226-6000
> (713) 226-6248 (fax)
> jhiggins@porterhedges.com
> sjohnson@porterhedges.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of Lion Elastomers' substantive or procedural rights, including without limitation, Lion Elastomers' rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Lion Elastomers is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Remainder of page intentionally left blank]*

2

Dated:  September 15, 2022

SAUL EWING ARNSTEIN & LEHR LLP

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 North Market St., Suite 2300
Wilmington, DE 19801
(302) 421-6898
(302) 421-6813 (fax)
luke.murley@saul.com

-and-

**PORTER HEDGES LLP**
John F. Higgins
TX Bar No. 09597500
M. Shane Johnson
TX Bar No. 24083263
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6248 (fax)
jhiggins@porterhedges.com
sjohnson@porterhedges.com

**COUNSEL FOR LION ELASTOMERS LLC**