*TPC Explosion (11-27-19)*

The Honorable Craig T. Goldblatt
United States Bankruptcy Court for District of Delaware
824 North Market Street (3rd Floor)
Wilmington, DE 19801

**FILED**

2022 SEP 21 AM 8:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge,

Just thinking about writing about the TPC explosion, gives me anxiety, to have to go back in time and re-live the explosion on Nov. 27, 2019. Being a refinery worker at a different facility for almost 9 years, I was very familiar with the different sounds and alarms that refineries make. I live only ½ mile from the TPC refinery - so when the explosion happened at approx. 1:00 AM in the morning - it knocked me out of my chair onto the floor - and glass blew in from my living room window. I saw a huge orange ball of fire - and I knew it was bad. I jumped up and got into my truck - barefooted - and drove away from the area as fast as I could. When I looked in my rear view window - all I could see was a huge ball of fire in the sky with smoke everywhere - my ears still hearing the loudest Boom I have ever heard in my life. I drove for 20 minutes and went to friends

house to listen to the news to get updates on what happened and to check on my family who also lives close to the TPC facility. Roads were blocked in my area so I couldn't get back home if I wanted to. TPC was saying the wind was driving alot of the fumes into the addition I lived in. My windows were broke, so all the fumes and smoke were pouring into my home for days. We didn't even have mail delivery for awhile because of the damage to the post office and roads being closed. So many homes and business were affected. I met up with my parents and stayed in a hotel as TPC had a 2nd explosion and we were told to evacuate, as asbetos and butadiene was being released. I stayed out of my home for approx. 3 weeks because I didn't trust that the chemicals were not all in my home and on all my furniture, curtains, and bedding, and carpet. When I finally went home - we found many large pieces of the tanks that blew up, all in my

2

front and back yard. There was a sooty film all over my truck. I wore a mask and goggles as I tried to clean up my home. There were cracks in all the sheetrock. Blew some of the panels in my garage out. Patio door couldn't close right. The kitchen and bathroom cabinets had moved from the wall. There were black soot coming out of my air conditioning vents. By backyard buildings foundation was compromised, and the Bricks on all 4 sides of my home were cracked. There was glass in the living room floor from the explosion shattering my window.

Due to the TPC explosion -we were not able to have our traditional Thanksgiving family gathering because of the "Mandatory Evacuation" after the 2nd explosion. We were not allowed back in the area. We had to spend Thanksgiving in a hotel room.

I started having bad anxiety, especially when I was at work. Because I work at a refinery -every loud noise or bang or a machine going on or shutting off loudly- made me jumpy.

and nervous and bring back memories of the sound of the TPC explosion. I couldn't sleep long at night without waking up — thinking there may be another explosion. I was emotionally exhausted. I couldn't focus or concentrate.

I started making mistake at work — I was constantly thinking that if something blew up — "What would I do next — where would I run to for safety? — what was my plan to get out." I was embarrased to tell anyone how I felt. I tried to overcome this anxiety myself, but it got to where I was very irritable with coworkers — was frustrated that I couldn't stop the flashbacks of seeing the explosion, the flames, the roaring sounds. With my anxiety and insomnia, I made more errors at work, as I couldn't focus or concentrate. My company told me if I made one more mistake — they would terminate me. I decided to get medical help for my anxiety, depression, and insomnia. My doctor put me on medication and on Family Medical

3

Leave for 8 weeks. While on medical leave — the company I worked for found out that I had an attorney for the TPC Explosion. They stated since TPC explosion caused my anxiety — they made me sign a document that I would have to pay back my company for the salary they paid me the 8 weeks I was on Family Medical Leave. When I did return to work — the day I returned. the company said they had found a error I made before leaving on FMLA and said that I could either resign or they would terminate me. I had to resign in lieu of termination.

TPC not only damaged my home, my mind, my stability, but also caused me to loose an above average job that I had for almost 9 years -due to the explosion. causing my anxiety, insomnia, and depression.

TPC should NOT beable to hide behind this bankruptcy case, and leave our community damaged. They should have accountability to fix our homes - that is the least they can do.

Trent Anderson

Mr. Trent Anderson
441 Lofton Dr
Port Neches, TX 77651

NORTH HOUSTON TX 773
16 SEP 2022 PM 1 L

1 9801-302499

The Honorable Craig T. Goldblatt
United States Bankruptcy Court for District of Delaware
824 North Market Street (3rd Floor)
Wilmington, DE 19801

