# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **TPC GROUP INC.**, *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 490, 714** |

### NOTICE OF FILING OF SECOND REVISED PROPOSED ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) FIXING VOTING RECORD DATE, (III) APPROVING SOLICITATION MATERIALS AND PROCEDURES FOR DISTRIBUTION THEREOF, (IV) APPROVING FORMS OF BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING ON PLAN, (V) SCHEDULING HEARING AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN RESPECT OF PLAN CONFIRMATION, AND (VI) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on July 22, 2022 the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Solicitation Materials And Procedures For Distribution Thereof, (IV) Approving Forms Of Ballots And Establishing Procedures For Voting On Plan, (V) Scheduling Hearing And Establishing Notice And Objection Procedures In Respect Of Plan Confirmation, And (VI) Granting Related Relief* (D.I. 490) (the "Solicitation Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Disclosure Statement Motion was a proposed order granting the relief requested in the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that on September 2, 2022, the Debtors filed the *Revised Proposed Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Solicitation Materials And Procedures For Distribution Thereof, (IV) Approving Forms Of Ballots And Establishing Procedures For Voting On Plan, (V) Scheduling Hearing And Establishing Notice And Objection Procedures In Respect Of Plan Confirmation, And (VI) Granting Related Relief* [D.I. 714-1] (the "Revised Solicitation Procedures Order").

**PLEASE TAKE FURTHER NOTICE** attached hereto as **Exhibit A** is a further revised form of order granting the relief requested in the Disclosure Statement Motion (the "Second Revised Solicitation Procedures Order"). For the convenience of the Court and all parties in interest, a redline comparing the Revised Solicitation Procedures Order and the Second Revised Solicitation Procedures Order is attached hereto as **Exhibit B**.[2]

*[Signature page follows.]*

---

[2] Exhibits A-1 and A-2 to the Second Revised Solicitation Procedures Order were not included with the Revised Solicitation Procedures Order. The redline attached hereto as Exhibit B compares Exhibits A-1 and A-2 to the Second Revised Solicitation Procedures Order to the previous versions filed with the form of proposed order filed with the Motion.

Dated: September 22, 2022
       Wilmington, Delaware

| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br>James R. Prince (admitted *pro hac vice*)<br>Kevin Chiu (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>Telephone:   (214) 953-6500<br>Facsimile:   (214) 953-6503<br>Email: jim.prince@bakerbotts.com<br>       kevin.chiu@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>Scott R. Bowling (admitted *pro hac vice*)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:   (212) 408-2500<br>Facsimile:   (212) 259-2501<br>Email: scott.bowling@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>David R. Eastlake (admitted *pro hac vice*)<br>Lauren N. Randle (admitted *pro hac vice*)<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone:   (713) 229-1234<br>Facsimile:   (713) 229-1522<br>Email: david.eastlake@bakerbotts.com<br>       lauren.randle@bakerbotts.com |  */s/ Matthew O. Talmo*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Matthew O. Talmo (No. 6333)<br>Brian Loughnane (No. 6853)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:   rdehney@morrisnichols.com<br>         cmiller@ morrisnichols.com<br>         dbutz@ morrisnichols.com<br>         mtalmo@ morrisnichols.com<br>         bloughnane@ morrisnichols.com<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* |