# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 804** |

## NOTICE OF FILING OF DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF TPC GROUP INC. AND ITS DEBTOR AFFILIATES

PLEASE TAKE NOTICE that on June 16, 2022, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Disclosure Statement for Joint Chapter 11 Plan of TPC Group Inc. and its Debtor Affiliates* [D.I. 217] (the "**Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that on September 20, 2022, the Debtors filed the *Disclosure Statement for Second Amended Joint Chapter 11 Plan of TPC Group Inc. and its Debtor Affiliates* [D.I. 804-1].

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit 1** is a further revised version of the *Disclosure Statement for Second Amended Joint Chapter 11 Plan of TPC Group Inc. and its Debtor Affiliates* (the "**Second Amended Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit 2** is a redline comparing the Second Amended Disclosure Statement to the version filed on September 20, 2022.

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to further alter, amend, modify, or supplement the Second Amended Disclosure Statement.

PLEASE TAKE FURTHER NOTICE that that if you would like to obtain a copy of the Amended Disclosure Statement, you may obtain a copy from (a) Kroll Restructuring LLC at no charge by accessing the Debtor's restructuring website at https://cases.ra.kroll.com/tpcgroup/Home-Index or by telephone at (844) 596-2260 (toll-free) or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

(646) 214-8808 (if calling from outside the U.S. or Canada) or (b) for a fee via PACER at http://www.deb.uscourts.gov.

Dated: September 22, 2022
Wilmington, Delaware

| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br>James R. Prince (admitted *pro hac vice*)<br>Kevin Chiu (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>Telephone:　(214) 953-6500<br>Facsimile:　(214) 953-6503<br>Email: jim.prince@bakerbotts.com<br>　　　　kevin.chiu@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>Scott R. Bowling (admitted *pro hac vice*)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:　(212) 408-2500<br>Facsimile:　(212) 259-2501<br>Email: scott.bowling@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>David R. Eastlake (admitted *pro hac vice*)<br>Lauren N. Randle (admitted *pro hac vice*)<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone:　(713) 229-1234<br>Facsimile:　(713) 229-1522<br>Email: david.eastlake@bakerbotts.com<br>　　　　lauren.randle@bakerbotts.com | */s/ Matthew O. Talmo*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Matthew O. Talmo (No. 6333)<br>Brian Loughnane (No. 6853)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:　rdehney@morrisnichols.com<br>　　　　cmiller@ morrisnichols.com<br>　　　　dbutz@ morrisnichols.com<br>　　　　mtalmo@ morrisnichols.com<br>　　　　bloughnane@ morrisnichols.com<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* |