**TPC Group Inc. Case No. 22-10493**

**Sep 22, 2022 @ 9:00 AM**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Danielle | Rodriguez | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation |
| Jeff | Kaplan | BCAS | BCAS |
| Dov | Gottlieb | Debtors | Simpson Thacher & Bartlett LLP |
| Kevin | Jacobs | TPC Group Inc. | Baker Botts L.L.P. |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Jordan | Sazant | Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP |
| Seth | Lieberman | Glas USA LLC & Glas Americas LLC | Pryor Cashman LLP |
| Sameer | Alifarag | GLAS USA LLC & GLAS Americas LLC | Pryor Cashman LLP |
| Conrad | Chiu | Glas USA LLC & Glas Americas LLC | Pryor Cashman LLP |
| Patrick | Sibley | Glas USA LLC & Glas Americas LLC | Pryor Cashman LLP |
| David | Azarkh | Debtors | Simpson Thacher & Bartlett LLP |
| Daniel | Kay | Debtors | Simpson Thacher & Bartlett LLP |
| David | Hillman | Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP |
| Michael | Hasenauer | Mockingbird Credit Opportunities Company LLC | |
| Mark | Radtke | U.S. Bank Trust Company, National Association, as trustee | Foley & Lardner LLP |
| Peter | Young | Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP |
| Greg | Stuecheli | Mockingbird Credit Opportunities Company LLC | |
| Isaac | Hudis | Debtors | Simpson Thacher & Bartlett LLP |
| Charles | Persons | Mockingbird Credit Opportunities Company LLC | Sidley Austin LLP |
| Maegan | Quejada | Mockingbird Credit Opportunities Company LLC | Sidley Austin LLP |
| Laura | Jones | TPC Group | Pachulski Stang Ziehl & Jones LLP |
| Arthur | Osueke | Pension Benefit Guaranty Corporation (PBGC) | Pension Benefit Guaranty Corporation (PBGC) |
| Emily | Kuznick | Ad Hoc Noteholder Committee | Paul Hastings LLP |
| Michael | Magzamen | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Peter | D'Apice | MDL Claimants Counsel | Stutzman, Bromberg, Esserman & Plifka, P.C. |
| Daniel | Butz | Debtor | |
| Ross | Spence | Southern Chemical Corp. | Spence, Desenberg & Lee, PLLC |
| Walter | McLallen | Cerberus Capital Management, L.P. | Cerberus Capital Management, L.P. |
| Alessandra | Glorioso | U.S. Bank Trust Company, National Association as Indenture Trustee and Collateral Agent | Dorsey & Whitney (Delaware) LLP |

| First Name | Last Name | Party | Firm |
|---|---|---|---|
| William | Sullivan | TPC Class Claimants | Sullivan Hazeltine Allinson LLC |
| Greg | Hill | UCC | |
| M. Shane | Johnson | Lion Elastomers LLC | Porter Hedges LLP |
| Eric | English | Air Liquide Large Industries U.S. LP | Porter Hedges LLP |
| Morris Nichols | Conf Room 16E | TPC Group Inc. | Morris Nichols Arsht & Tunnell LLP |
| Rachel | Jankowski | Zurich Insurers | |
| Heather | Barlow | UCC | Dundon Advisers LLC |
| Benjamin | Loveland | Multiple Insurers | WilmerHale |
| Lauren | Lifland | Multiple Insurers | WilmerHale |
| Eric | Monzo | GLAS USA LLC | Morris James LLP |
| Jason | Levin | GLAS USA LLC | Morris James LLP |
| Brya | Keilson | GLAS USA LLC | Morris James LLP |
| Ron | Meisler | Nalco Company LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Aaron | Stulman | Eclipse Business Capital LLC | Potter Anderson & Corroon LLP |
| Elizabeth | Schlecker | Eclipse Business Capital LLC | Potter Anderson & Corroon LLP |
| Levi | Akkerman | Eclipse Business Capital LLC | Potter Anderson & Corroon LLP |
| Dimitri | Karcazes | Eclipse Business Capital LLC | Goldberg Kohn Ltd. |
| Prisca | Kim | Eclipse Business Capital LLC | Goldberg Kohn Ltd. |
| Jeffrey | Dunlop | Eclipse Business Capital LLC | Goldberg Kohn Ltd. |
| Nicole | Bruno | Eclipse Business Capital LLC | Goldberg Kohn Ltd. |
| T. Josh | Judd | Enterprise Products | |
| Jeff | Linstrom | Eclipse Business Capital LLC | Eclipse Business Capital LLC |
| Karen | Grivner | Lukoil | Clark Hill |
| Randall | Rios | Indorama Ventures Oxides LLC and Indorama Ventures Propylene | Husch Blackwell LLP |
| Izzy | Muncan | Ad Hoc Noteholder Group | Paul Hastings LLP |
| David | Mayo | Reorg | |
| Ankit | Dalal | AHG | Evercore |
| Marty | Brimmage | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld |
| Dietrich | Knauth | non-participant, media observer | |
| Malak | Doss | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Phil | Dublin | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Yehuda | Katz | Ad Hoc Group | |
| Vince | Sullivan | Law360 | |
| Brian | Loughnane | Debtors | Morris Nichols |
| Robert | Del Genio | TPC | FTI Consulting |
| Negisa | Balluku | N/A | Bloomberg |
| Michael | Queenan | TPC Group | FTI Consulting |
| John | Colendenski | JPMorgan North America Credit Trading | |
| Alex | Wolf | Bloomberg | |

| | | | |
|---|---|---|---|
| Mark | Sparks | Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Ferguson Law Firm, LLP |
| Taylor | Harrison | Debtwire | |
| Richard | Archer | Law360 | |
| Jane | Leger | Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Ferguson Law Firm, LLP |
| Richard | Gladstein | Environmental Protection Agency | U.S. Department of Justice |
| Randall | Carl Weber-Levine | Sponsor | LATHAM & WATKINS LLP |
| Matthew | Talmo | TPC | TPC |
| Scott | Flaherty | Debtwire/press outlet | |

# SIGN-IN SHEET

<u>JUDGE</u>: Goldblatt    <u>COURTROOM</u>: 7

<u>CASE NUMBER</u>: 22-10493    <u>CASE NAME</u>: TPC Group Inc.    <u>DATE</u>: 9/22/2022 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lauren Randle | Baker Botts | Debtor |
| Kevin Chiu | | |
| Scott Bowling | | |
| Jim Prince | | |
| Robert Denney | | |
| Lucian Murley | MNAT | |
| Stephen DeAleanre | Saul Ewing | |
| Justin Alberto | Shulman | |
| Patrick Reilley | Cole Schotz | UCC |
| Phil Dublin | Akin Gump | |
| Naomi Moss | " | |
| Eden Lisovicz | " | |
| David Hammerman | Latham | |
| Hugh Murtagh | Latham | FR Sawgrass L.P. and SK Sawgrass L.P. |
| Zail Shiping | RLF | |
| Jeremy Ryan | Potter Anderson: Correen | Eclipse Business Capital |

# SIGN-IN SHEET

**JUDGE:** Goldblatt  **COURTROOM:** 7

**CASE NUMBER:** 22-10493  **CASE NAME:** TPC Group Inc.  **DATE:** 9/22/2022 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kris Hansen | Paul Weiss | Ad Hoc Group |
| Ken Pasquale | " | " |
| Gabe Sasson | " | " |
| Cust Cunn | YCS[T] | |
| Kevin Capuzzi | Benesch | |
| Daniel Kilby | Hogan McDaniel | Mackinzie D Creditors Pty |
| Rosa Sierra-Fox | USTP | MDL Plaintiffs U.S. Trustee |