# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TPC GROUP INC., *et al.*,[1] | Case No. 22-10493 (CTG) |
| Debtors. | (Jointly Administered) |

## THE PNO CLAIMANTS' NOTICE OF DEPOSITION OF MICHAEL S. WHITE

PLEASE TAKE NOTICE that, pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure and Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and Delaware Bankruptcy Local Rule 7030-1, the PNO Claimants of TPC Group, Inc. ("TPC") and its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, will take the deposition of Michael S. White. The deposition will commence **October 10, 2022**, beginning at **9:00 a.m. (ET)** at the office of Hogan McDaniel located at 1311 Delaware Avenue, Wilmington, DE 19806 or on such other date and at such other location as mutually agreed by the PNO Claimants and the Debtors. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by audio, video and/or stenographic means. Remote access to the deposition may be available.

The deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Rules for the Bankruptcy Court of the District of Delaware. The deposition is being taken for discovery, for use at any evidentiary hearing or trial, or for any purposes that are permitted by law or under the rules of this Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

| | |
|---|---|
| Dated: September 29, 2022 | **HOGAN ♦ McDANIEL** |
| | */s/ Daniel K. Hogan* |
| | Daniel K. Hogan (DE No. 2814) |
| | 1311 Delaware Avenue |
| | Wilmington, DE 19806 |
| | dkhogan@dkhogan.com |
| | Telephone: (302) 656-7540 |
| | |
| | and |
| | |
| | **STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,** |
| | **A Professional Corporation** |
| | Sander L. Esserman (admitted *pro hac vice*) |
| | State Bar No. 05377783 |
| | 2323 Bryan Street, Suite 2200 |
| | Dallas, Texas 75201-2689 |
| | Telephone: (214) 969-4900 |
| | Facsimile: (214) 969-4999 |
| | |
| | *Attorneys for PNO Claimants* |