**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AGENDA FOR STATUS CONFERENCE**
**SCHEDULED FOR OCTOBER 11, 2022, AT 11:30 A.M. EASTERN TIME**

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.  PLEASE REGISTER BY OCTOBER 10, 2022 AT 4:00 P.M. (E.T.)**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-6spzwiHBpomSL-hDeAAexUyiMHsXc**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**Topic:  TPC Group, Inc.**

**Time:  October 11, 2022 at 11:30 AM Eastern Time (US and Canada)**

**STATUS CONFERENCE**

1. [SEALED] Motion of the Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248).  Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Prosecute Certain Claims on Behalf of the Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 704 – filed August 31, 2022].

Objection Deadline: October 6, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Hearing on the Motion of the Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 712 – filed September 1, 2022];

ii. Notice of Filing of Proposed Redacted Version of the Motion of the Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 725 – filed September 6, 2022];

iii. Amended Notice of Hearing on the Motion of the Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 911 – filed October 3, 2022]; and

iv. Amended Notice of Hearing on the Motion of The Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of The Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 943 – filed October 6, 2022].

Status: The Committee unilaterally adjourned the Standing Motion without the consent of the Debtors or any other party in interest. The Debtors intend to discuss the scheduling of the Standing Motion at the Status Conference and intend to file a response to the Committee's unilateral adjournment of the hearing by October 10, 2022 at 12:00 p.m. (ET).

2. Motion of The Official Committee of Unsecured Creditors to Adjourn Debtors' Motion for Entry of an Order (I) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding All Such Claims for Purposes of Vote Tabulation and Plan Confirmation [D.I. 920 - filed October 4, 2022].

Objection Deadline: October 10, 2022 at 12:00 p.m. (ET).

    Objections/Responses Received: None at this time.

    Related Documents:

i. Debtors Motion for Entry of An Order (I) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding All Such Claims for Purposes of Vote Tabulation and Plan Confirmation [D.I. 832 – filed September 22, 2022].

Status: This matter is going forward. The Debtors intend to file a consolidated response to the Committee's and PNO Claimants' request for an adjournment of the Estimation Motion by October 10, 2022 at 12:00 p.m. (ET).

3. Letter Motion to (A) Compel Discovery on Debtors Motion For Entry of an Order (I) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding all Such Claims for Purposes of Vote Tabulation and Plan Confirmation and (B) to Adjourn Debtors Motion To Estimate [D.I. 945 – filed October 6, 2022].

    Objection Deadline: October 10, 2022 at 12:00 p.m. (ET).

    Objections/Responses Received: None at this time.

    Related Documents:

i. Debtors Motion for Entry of An Order (I) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding All Such Claims for Purposes of Vote Tabulation and Plan Confirmation [D.I. 832 – filed September 22, 2022];

ii. [WITHDRAWN] Letter Motion of PNO Claimants to (A) Compel Discovery on Debtors Motion For Entry of an Order (II) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding all Such Claims for Purposes of Vote Tabulation and Plan Confirmation and (B) to Adjourn Debtors Motion To Estimate [D.I. 919 – filed October 4, 2022]; and

iii. Notice of Withdrawal of Motion of PNO Claimants to (A) Compel Discovery on Debtors Motion For Entry of an Order (II) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding all Such Claims for Purposes of Vote Tabulation and Plan Confirmation and (B) to Adjourn Debtors Motion To Estimate [D.I. 942 – filed October 6, 2022].

Status: This matter is going forward. The Debtors intend to file a response to the PNO Claimants' letter motion by October 10, 2022 at 12:00 p.m. (ET).

Dated: October 6, 2022
Wilmington, Delaware

| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br>James R. Prince (admitted *pro hac vice*)<br>Kevin Chiu (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>Telephone:    (214) 953-6500<br>Facsimile:     (214) 953-6503<br>Email: jim.prince@bakerbotts.com<br>           kevin.chiu@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>Scott R. Bowling (admitted *pro hac vice*)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:    (212) 408-2500<br>Facsimile:     (212) 259-2501<br>Email: scott.bowling@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>David R. Eastlake (admitted *pro hac vice*)<br>Lauren N. Randle (admitted *pro hac vice*)<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone:    (713) 229-1234<br>Facsimile:     (713) 229-1522<br>Email: david.eastlake@bakerbotts.com<br>           lauren.randle@bakerbotts.com | */s/ Brian Loughnane*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Matthew O. Talmo (No. 6333)<br>Brian Loughnane (No. 6853)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:    rdehney@morrisnichols.com<br>             cmiller@morrisnichols.com<br>             aremming@morrisnichols.com<br>             dbutz@morrisnichols.com<br>             mtalmo@morrisnichols.com<br>             bloughnane@morrisnichols.com<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* |