## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |

NOTICE OF **SECOND**[2] AMENDED AGENDA FOR STATUS CONFERENCE
SCHEDULED FOR OCTOBER 11, 2022, AT 11:30 A.M. EASTERN TIME

THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND REQUIRES ALL
PARTICIPANTS TO REGISTER IN ADVANCE.  PLEASE REGISTER BY OCTOBER 10, 2022 AT
4:00 P.M. (E.T.)

COURTCALL WILL NOT BE USED FOR THIS HEARING.

Please use the following link to register for this hearing:

https://debuscourts.zoomgov.com/meeting/register/vJItf-6spzwiHBpomSL-hDeAAexUyiMHsXc

After registering your appearance by Zoom, you will receive a confirmation email containing information
about joining the hearing.

YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR
YOU WILL NOT BE ALLOWED INTO THE MEETING.

Topic:  TPC Group, Inc.

Time:  October 11, 2022 at 11:30 AM Eastern Time (US and Canada)

## STATUS CONFERENCE

1. [SEALED] Motion of the Official Committee of Unsecured Creditors of TPC Group Inc.,
   et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

[2] Amended items in **bold**.

Prosecute Certain Claims on Behalf of the Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 704 – filed August 31, 2022].

Objection Deadline: October 6, 2022 at 4:00 p.m. (ET)

Objections/Responses Received:

i.      [SEALED] Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors of TPC Group, Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 950 – filed October 6, 2022]; and

ii.     [SEALED] The Ad Hoc Noteholder Group's Objection to the Motion of The Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of The Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 960 – filed October 6, 2022].

Related Documents:

i.      Notice of Hearing on the Motion of the Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 712 – filed September 1, 2022];

ii.     Notice of Filing of Proposed Redacted Version of the Motion of the Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 725 – filed September 6, 2022];

iii.    Amended Notice of Hearing on the Motion of the Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 911 – filed October 3, 2022]; and

iv.     [Second] Amended Notice of Hearing on the Motion of The Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of The Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 943 – filed October 6, 2022];

v.      [SEALED] Declaration of Robert Del Genio in Support off Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors of TPC Group, Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to

Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 951 – filed October 6, 2022];

vi.    [SEALED] Declaration of Zul Jamal in Support of Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors of TPC Group, Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 952 – filed October 6, 2022];

vii.   [SEALED] Declaration of Russell Lewis [D.I. 953 – filed October 6, 2022];

viii.  [SEALED] Declaration of Curtis S. Miller in Support of the Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors of TPC Group, Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 954 – filed October 6, 2022];

ix.    [SEALED] Declaration of Kenneth Pasquale in Support of the Ad Hoc Noteholder Group's Objection to the Motion of The Official Committee of Unsecured Creditors of TPC Group Inc., et al., for Entry of an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of The Debtors Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [D.I. 961 – filed October 6, 2022]; and

x.     Letter to The Honorable Craig T. Goldblatt from Robert J. Dehney Objecting to Motions to Adjourn [D.I. 981 – filed October 10, 2022].

Status: The Committee unilaterally adjourned the Standing Motion without the consent of the Debtors or the Ad Hoc Noteholder Group.  The Debtors filed a response to the Committee's adjournment of the hearing [D.I. 981] and intend to discuss the scheduling of the Standing Motion at the Status Conference.

## MATTERS GOING FORWARD

2.    Motion of The Official Committee of Unsecured Creditors to Adjourn Debtors' Motion for Entry of an Order (I) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding All Such Claims for Purposes of Vote Tabulation and Plan Confirmation [D.I. 920 - filed October 4, 2022].

Objection Deadline: October 10, 2022 at 12:00 p.m. (ET).

Objections/Responses Received:

i.    Letter to The Honorable Craig T. Goldblatt from Robert J. Dehney Objecting to Motions to Adjourn [D.I. 981 – filed October 10, 2022].

Related Documents:

i.    Debtors Motion for Entry of An Order (I) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding All Such Claims for Purposes of Vote Tabulation and Plan Confirmation [D.I. 832 – filed September 22, 2022].

Status: This matter is going forward.

3.    Letter Motion to (A) Compel Discovery on Debtors Motion For Entry of an Order (I) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding all Such Claims for Purposes of Vote Tabulation and Plan Confirmation and (B) to Adjourn Debtors Motion To Estimate [D.I. 945 – filed October 6, 2022].

Objection Deadline:  October 10, 2022 at 12:00 p.m. (ET).

Objections/Responses Received:

i.    Letter to The Honorable Craig T. Goldblatt from Robert J. Dehney Objecting to Motions to Adjourn [D.I. 981 – filed October 10, 2022];

ii.   Letter to The Honorable Craig T. Goldblatt // Consolidated Letter in Response to PNO Claimants' Motion to Compel and in Support of Motion for Protective Order [D.I. 982 – filed October 10, 2022].

Related Documents:

i.    Debtors Motion for Entry of An Order (I) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding All Such Claims for Purposes of Vote Tabulation and Plan Confirmation [D.I. 832 – filed September 22, 2022];

ii.   [WITHDRAWN] Letter Motion of PNO Claimants to (A) Compel Discovery on Debtors Motion For Entry of an Order (II) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding all Such Claims for Purposes of Vote Tabulation and Plan Confirmation and (B) to Adjourn Debtors Motion To Estimate [D.I. 919 – filed October 4, 2022];

iii.  Notice of Withdrawal of Motion of PNO Claimants to (A) Compel Discovery on Debtors Motion For Entry of an Order (II) Estimating Certain Claims Filed Against Debtor TPC Holdings Inc. at $0.00 in Amount Solely for Purposes of Plan Voting and Confirmation and (II) Disregarding all Such Claims for Purposes of Vote Tabulation and Plan Confirmation and (B) to Adjourn Debtors Motion To Estimate [D.I. 942 – filed October 6, 2022]**; and**

4

iv.     **Motion to Quash (A) The PNO Claimants' Notice of Deposition of Barry Siadat and (B) the PNO Claimants' Notice of Deposition of Timothy Day [D.I. 991 – filed October 10, 2022].**

<u>Status</u>: This matter is going forward.

Dated: October 10, 2022
       Wilmington, Delaware

/s/ Brian Loughnane

**BAKER BOTTS L.L.P.**

James R. Prince (admitted *pro hac vice*)

Kevin Chiu (admitted *pro hac vice*)

2001 Ross Avenue, Suite 900

Dallas, Texas 75201-2980

Telephone:    (214) 953-6500

Facsimile:    (214) 953-6503

Email: jim.prince@bakerbotts.com

       kevin.chiu@bakerbotts.com

-and-

BAKER BOTTS L.L.P.

Scott R. Bowling (admitted *pro hac vice*)

30 Rockefeller Plaza

New York, New York 10112

Telephone:    (212) 408-2500

Facsimile:    (212) 259-2501

Email: scott.bowling@bakerbotts.com

-and-

BAKER BOTTS L.L.P.

David R. Eastlake (admitted *pro hac vice*)

Lauren N. Randle (admitted *pro hac vice*)

910 Louisiana Street

Houston, Texas 77002

Telephone:    (713) 229-1234

Facsimile:    (713) 229-1522

Email: david.eastlake@bakerbotts.com

       lauren.randle@bakerbotts.com

16216889.1

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Robert J. Dehney (No. 3578)

Curtis S. Miller (No. 4583)

Andrew R. Remming (No. 5120)

Daniel B. Butz (No. 4227)

Matthew O. Talmo (No. 6333)

Brian Loughnane (No. 6853)

1201 N. Market Street, 16th Floor

P.O. Box 1347

Wilmington, Delaware 19899-1347

Telephone: (302) 658-9200

Facsimile: (302) 658-3989

Email:    rdehney@morrisnichols.com

       cmiller@morrisnichols.com

       aremming@morrisnichols.com

       dbutz@morrisnichols.com

       mtalmo@morrisnichols.com

       bloughnane@morrisnichols.com

*Attorneys for Debtors*
*and Debtors in Possession*