# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF PLAN SETTLEMENT TERM SHEET

**PLEASE TAKE NOTICE** that, as previously announced, representatives of the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), the PNO MDL leadership counsel, the Ad Hoc Noteholder Group, and the Supporting Sponsors have been engaged in negotiations to explore a possible resolution of disputed matters more fully described in the Disclosure Statement and anticipated objections to confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, as a result of these negotiations, the Debtors, the Committee, the PNO MDL leadership counsel, the Ad Hoc Noteholder Group, and the Supporting Sponsors have agreed to resolve their pending and anticipated disputes, including confirmation objections, on the terms generally set forth on **Exhibit A** (the "Plan Settlement Term Sheet").

*[Remainder intentionally left blank]*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Dated: October 27, 2022
Wilmington, Delaware

|  |  |
|---|---|
| **BAKER BOTTS L.L.P.**<br>James R. Prince (admitted *pro hac vice*)<br>Kevin Chiu (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>Telephone:   (214) 953-6500<br>Facsimile:    (214) 953-6503<br>Email: jim.prince@bakerbotts.com<br>          kevin.chiu@bakerbotts.com | */s/ Brian Loughnane*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Matthew O. Talmo (No. 6333)<br>Brian Loughnane (No. 6853)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:   rdehney@morrisnichols.com<br>             cmiller@morrisnichols.com<br>             aremming@morrisnichols.com<br>             dbutz@morrisnichols.com<br>             mtalmo@morrisnichols.com<br>             bloughnane@morrisnichols.com<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* |

-and-

BAKER BOTTS L.L.P.
Scott R. Bowling (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:   (212) 408-2500
Facsimile:    (212) 259-2501
Email: scott.bowling@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
David R. Eastlake (admitted *pro hac vice*)
Lauren N. Randle (admitted *pro hac vice*)
910 Louisiana Street
Houston, Texas 77002
Telephone:   (713) 229-1234
Facsimile:    (713) 229-1522
Email: david.eastlake@bakerbotts.com
          lauren.randle@bakerbotts.com